IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

COMMISSIONER OF PATENTS,
    Washington, DC 20231

DEAR COMMISSIONER:

    In compliance with Title 15, Chapter 22, U.S.C., §1116, you are advised that there was filed on the 3rd day of July, 2007, in this court an action, No. 07-2768, entitled:

| | |
|---|---|
| NAME | Cross Atlantic Capital Partners, Inc. - Plff. |
| ADDRESS | 100 Matsonford Road |
| | Building 5, Suite 555 |
| | Radnor, PA 19087 |

versus

| | |
|---|---|
| NAME | Facebook, Inc. |
| ADDRESS | 156 University Avenue |
| | Palo Alto, CA 94301-1605 |

and

Thefacebook, LLC
156 University Avenue
Palo Alto, CA 94301-1605

involving the following registered trademark(s):

Plaintiff Cross Atlantic Capital Partners, Inc. is the assignee of complete interest in United States Patent No. 6,519,629 B2 entitled System for Creating a Community for Users with Common Interests to Interact In.


Date <u>July 3, 2007</u>

                                    By: <u>Janet Vecchione</u>
                                        Deputy Clerk

civ649.frm