# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CROSS ATLANTIC CAPITAL PARTNERS, INC.** | : | |
| | : | **CIVIL ACTION** |
| Plaintiff | : | NO.: 2:07-CV-02768-JP |
| vs. | : | |
| **FACEBOOK, INC.** | : | |
| And | : | |
| **THEFACEBOOK, LLC** | : | |
| Defendants. | : | |

## ENTRY OF APPEARANCE OF PATRICK J. KEENAN

TO THE CLERK OF THE COURT:

Please enter the appearance of Patrick J. Keenan, Esquire as co-counsel for plaintiff in the above-referenced action.

Respectfully submitted,

BY: s/Patrick J. Keenan _____
Patrick J. Keenan, Esquire (PJK5053)
**Duffy & Keenan**
Suite 1150, The Curtis Center
Independence Square West
Philadelphia, Pennsylvania 19106
(215) 238-8700
(215) 238-8710 (Fax)
pjk@duffykeenan.com

Counsel for plaintiff,
Cross Atlantic Capital Partners, Inc.

Dated: July 5, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of July, 2007, I caused a true and correct copy of foregoing Entry of Appearance of Patrick J. Keenan, Esquire was served, *via First Class Mail*, upon the Defendants as follows:

Facebook, Inc.  
156 University Avenue  
Palo Alto, CA 94301-1605

Thefacebook, LLC  
156 University Avenue  
Palo Alto, CA 94301-1605

 s/Patrick J. Keenan  
Patrick J. Keenan, Esquire (PJK5053)  
**Duffy & Keenan**  
Suite 1150, The Curtis Center  
Independence Square West  
Philadelphia, Pennsylvania 19106  
(215) 238-8700  
(215) 238-8710 (Fax)  
pjk@duffykeenan.com

Counsel for plaintiff,  
Cross Atlantic Capital Partners, Inc.