# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CROSS ATLANTIC CAPITAL** | : | |
| **PARTNERS, INC.** | : | CIVIL ACTION |
| | : | |
| Plaintiff | : | NO.: 2:07-CV-02768-JP |
| vs. | : | |
| | : | |
| **FACEBOOK, INC.** | : | |
| **And** | : | |
| **THEFACEBOOK, LLC** | : | |
| Defendants. | : | |

## ENTRY OF APPEARANCE OF THOMAS J. DUFFY

TO THE CLERK OF THE COURT:

Please enter the appearance of Thomas J. Duffy, Esquire as co-counsel for plaintiff in the above-referenced action.

                Respectfully submitted,

              BY: s/Thomas J. Duffy
                   Thomas J. Duffy, Esquire (TJD5052)
                   **Duffy & Keenan**
                   Suite 1150, The Curtis Center
                   Independence Square West
                   Philadelphia, Pennsylvania 19106
                   (215) 238-8700
                   (215) 238-8710 (Fax)
                   tjd@duffykeenan.com

                   Counsel for plaintiff,
                   Cross Atlantic Capital Partners, Inc.

Dated: July 5, 2007

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of July, 2007, I caused a true and correct copy of foregoing Entry of Appearance of Thomas J. Duffy, Esquire was served, *via First Class Mail*, upon the Defendants as follows:

| | |
|---|---|
| Facebook, Inc. | Thefacebook, LLC |
| 156 University Avenue | 156 University Avenue |
| Palo Alto, CA 94301-1605 | Palo Alto, CA 94301-1605 |

 s/Thomas J. Duffy
Thomas J. Duffy, Esquire (TJD5052)
**Duffy & Keenan**
Suite 1150, The Curtis Center
Independence Square West
Philadelphia, Pennsylvania 19106
(215) 238-8700
(215) 238-8710 (Fax)
tjd@duffykeenan.com

Counsel for plaintiff,
Cross Atlantic Capital Partners, Inc.