UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

CROSS ATLANTIC CAPITAL
PARTNERS, INC.                          :    Civil Action No:  07-cv-2768
                                        :
V.                                      :
                                        :
FACEBOOK, INC., ET AL.                  :

**FILED**
JUL 1 3 2007
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

**DISCLOSURE STATEMENT FORM**

Please check one box:

[X]  The nongovernmental corporate party, <u>Cross Atlantic Capital Partners</u>, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

[ ]  The nongovernmental corporate party, _____, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock.

July 10, 2007
_____
Date

_____
Signature

Counsel for: Cross Atlantic Capital Partners, Inc.

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**

(a) WHO MUST FILE: NONGOVERNMENTAL CORPORATE PARTY. A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.
(b) TIME FOR FILING; SUPPLEMENTAL FILING. A party must:
  (1)  file the Rule 7.1(a) statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court, and
  (2)  promptly file a supplemental statement upon any change in the information that the statement requires.