## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CROSS ATLANTIC CAPITAL PARTNERS, INC. | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | NO.  06-cv-2768-JP |
| | : | |
| vs. | : | |
| | : | |
| FACEBOOK, INC. and THEFACEBOOK, LLC | : | |
| | : | |
| Defendants. | : | |

### AFFIDAVIT OF SERVICE

I, Frederick A. Tecce, Esquire, of full age, hereby certify as follows:

1.     I am an attorney in the Commonwealth of Pennsylvania and am with the firm of McShea\Tecce, P.C., counsel for Plaintiff in this litigation.  I am an attorney handling this matter and, as such, am fully familiar with the facts stated herein.

2.     On or about July 20, 2007, I caused defendants, Facebook, Inc. and Thefacebook, LLC, to be served with a Summons and Complaint by certified mail, return receipt requested.  A copy of the green return cards are attached hereto as Exhibit 1.

Dockets.Justia.com

The foregoing statements are true to the best of my knowledge, information and belief. I understand that the foregoing statements made by me are willfully false, I am subject to punishment.

/s/ Frederick A. Tecce
Frederick A. Tecce
**MCSHEA\TECCE, P.C.**
The Bell Atlantic Tower - 28th Floor
1717 Arch Street
Philadelphia, PA 19103
(215) 599-0800
(215) 599-0888 (Fax)
ftecce@mcshea-tecce.com

Thomas J. Duffy, Esquire
Patrick J. Keenan, Esquire
**Duffy & Keenan**
The Curtis Center, Suite 1150
Independence Square West
Philadelphia, PA 19106
(215) 238-8700
(215) 238-8710 (fax)
pjk@duffykeenan.com

Counsel for plaintiff
Cross Atlantic Capital
Partners, Inc.

# EXHIBIT 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Thefacebook, LLC
156 University
Ave.
Palo Alto, CA
94301

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                        ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Freencla)

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☒ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7005 3110 0004 1488 9070

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Facebook, Inc
156 University
Ave.
Palo Alto, CA
94301

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☒ Agent
                        ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Freencla)

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☒ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7005 3110 0004 1488 9087

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

## CERTIFICATE OF SERVICE

This is to hereby certify that on this 8th day of August 2007, I caused a true and

correct copy of the forgoing Affidavit of Service to be served, *via electronic mail and*

*first-class mail, postage prepaid,* upon the following:

> Charles J. Bloom, Esquire
> Stevens & Lee, PC
> 620 Freedom Business Center
> Suite 200
> King of Prussia, PA   19406
>
> Counsel for defendants
> Facebook, Inc. and
> TheFaceBook, LLC

and a courtesy copy (via electronic mail) to:

> Theodor Herhold, Esquire
> Townsend and Townsend
> 379 Lytton Avenue
> Palo Alto, California  94019
> 650-325-2400
> tth@townsend.com

                    /s/ Frederick A. Tecce
                    Frederick A. Tecce