UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CROSS ATLANTIC CAPITAL PARTNERS, INC., | : CIVIL ACTION |
| Plaintiff, | : |
| v. | : No. 07-cv-02768 |
| | : JURY TRIAL DEMANDED |
| FACEBOOK, INC., and THEFACEBOOK, LLC., | : |
| Defendants. | : |

### STIPULATION FOR EXTENSION OF TIME

It is hereby stipulated by and among counsel for Plaintiff, Cross Atlantic Capital Partners, Inc., and counsel for Defendants, Facebook, Inc., and Thefacebook, LLC, that the time within which Defendants may answer, move or otherwise plead to the Complaint is extended for a period of less than thirty days up to and including September 4, 2007. No prior extensions have been sought by the parties or granted by the Court.

Dated: August 8, 2007

By: /s/ Frederick A. Tecce
    Frederick A. Tecce, Esquire
    Attorney ID No. 47298
    McShea/Tecce
    1717 Arch Street
    28th Floor
    Philadelphia, PA   19103
    Ph: (215) 599-0800

*Attorneys for Plaintiff Cross Atlantic Capital Partners, Inc.*

By: s/ Charles J. Bloom      CJB322
    Charles J. Bloom, Esquire
    Attorney ID No. 10086
    Stevens & Lee, PC
    620 Freedom Business Center
    Suite 200
    King of Prussia, PA   19406
    Ph: (610) 205-6001

*Attorneys for Defendant Facebook, Inc., and Thefacebook, LLC*

SO ORDERED

_____
, J.