APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CROSS ATLANTIC CAPITAL PARTNERS, INC. | : | CIVIL ACTION |
| v. | : | |
| FACEBOOK, INC., THE FACEBOOK, LLC. | : | NO. 07-2768 |

ORDER

AND NOW, this 3rd Day of August, 2007, it is hereby

ORDERED that the application of __Theodore T. Herhold__, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____ J.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 07-2768

*APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

I. APPLICANT'S STATEMENT

I, __Theodore T. Herhold__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number __363917__, for the $40.00 admission fee.

A. *I state that I am currently admitted to practice in the following state jurisdictions:*

| California | 06/10/1986 | CA State Bar No.: 122895 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| Hawaii | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. *I state that I am currently admitted to practice in the following federal jurisdictions:*

| US Court of Appeals/Fed. | 2003 | CA State Bar No.: 122895 |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| USDC/Central District | 1986 | Same |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| USDC/Eastern District | 1995 | Same |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C. *I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

I am entering my appearance for   Facebook, Inc.; The Facebook, LLC

_____
(Applicant's Signature)

08/03/2007
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Theodore T. Herhold

Townsend and Townsend and Crew, LLP, 379 Lytton Avenue, Palo Alto, CA 94301-1431

Tel: (650) 326-2400; Fax: (650) 326-2422; E-mail: ttherhold@townsend.com

Sworn and subscribed before me this

3rd Day of August, 2007

_____
Notary Public

ALICE M. CAMERON
Commission # 1437892
Notary Public - California
Santa Clara County
My Comm. Expires Sep 6, 2007

10/04

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ____Theodore T. Herhold____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Charles J. Bloom | *(signature)* Charles Bloom | 1971 | 10086 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Charles J. Bloom

Stevens & Lee PC, 620 Freedom Business Center, Suite 200, King of Prussia, PA 19406

Tel: (610) 205-6001; Fax: (610) 247-2551; E-mail: cjb@stevenslee.com

Sworn and subscribed before me this

9th Day of August, 2007

*(signature)* Barbara J. Haedel
Notary Public

```
COMMONWEALTH OF PENNSYLVANIA
       NOTARIAL SEAL
BARBARA J. HAEDEL, Notary Public
Upper Merion Twp., Montgomery County
My Commission Expires August 6, 2009
```

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CROSS ATLANTIC CAPITAL PARTNERS, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| | : | NO.  07-2768 |
| FACEBOOK, INC., THE FACEBOOK, LLC | | |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of __Theodore T. Herhold__

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant

proposed Order which, if granted, would permit such practice in this court was mailed today with

postage prepaid to:

Frederick A. Tecce, MCSHEA TECCE PC, Bell Atlantic Tower, 1717 Arch Street, 28th Fl., PA 19103

Patrick Keenan, Thomas Duffy, Duffy & Keenan, Curtis Ctr, Ste. 1150, Independence SQ West, PA  19106

_____
Signature of Attorney

Theodore T. Herhold
Name of Attorney

_Charles Brown_
Name of Moving Party

8/8/07
Date