APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Cross Atlantic Capital Partners, Inc. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| Facebook, Inc. and Thefacebook, LLC | : | |
| | : | NO.   2:07-CV-02768-JP |

ORDER

AND NOW, this _____ Day of _____, 200__, it is hereby

ORDERED that the application of _Robert J. Artuz_____, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____
                                                                                                    J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 2:07-CV-02768-JP

**APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

I. APPLICANT'S STATEMENT

I, _____Robert J. Artuz_____ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number __363941__, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| California | 12/03/2003 | 227789 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
|  |  |  |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
|  |  |  |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| USDC CAND | 6/19/06 | 227789 |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
|  |  |  |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
|  |  |  |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C. *I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

*I am entering my appearance for*   Defts, Facebook, Inc. & Thefacebook LLC

_____
(Applicant's Signature)

8/7/07
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Townsend and Townsend and Crew LLP, 379 Lytton Avenue, Palo Alto, CA 94301 (650) 326-2400

Sworn and subscribed before me this

7th Day of August, 2007

_____
Notary Public

10/04

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ___Robert J. Artuz___ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Charles J. Bloom | *Charles Bloom* | 1971 | 10086 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Stevens and Lee PC, 620 Freedom Business Center, Suite 200, King of Prussia, PA 19406 (610) 205-6001

Sworn and subscribed before me this

9th Day of August, 2007

*Barbara J. Haedel*
Notary Public

```
COMMONWEALTH OF PENNSYLVANIA
        NOTARIAL SEAL
BARBARA J. HAEDEL, Notary Public
Upper Merion Twp., Montgomery County
My Commission Expires August 6, 2009
```

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CROSS ATLANTIC CAPITAL PARTNERS, INC. | : | CIVIL ACTION |
| v. | : | |
| FACEBOOK, INC. and THEFACEBOOK, LLC. | : | |
| | : | NO. 07-2768 |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of ___Robert J. Artuz___

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was mailed today with postage prepaid to:

Frederick A. Tecce; McShea Tecce PC; 1717 Arch Street; Philadelphia, PA 19103

Patrick Keenan; Duffy & Keenan; The Curtis Center, Suite 1150; Philadelphia, PA 19106

Thomas Duffy; Duffy & Keenan; The Curtis Center, Suite 1150; Philadelphia, PA 19106

_[signature]_
Signature of Attorney

CHARLES J BLOOM
Name of Attorney

CHARLES J BLOOM
Name of Moving Party

8/8/07
Date