APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CROSS ATLANTIC CAPITAL PARTNERS, INC. | : | CIVIL ACTION |
| v. | : | |
| FACEBOOK, INC. THEFACEBOOK, LLC | : | NO.   07-2768 |

ORDER

AND NOW, this _____ Day of _____, 200__, it is hereby

ORDERED that the application of _Eric Andrew Mercer_____, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____
                              J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 07-2768

**APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

I. APPLICANT'S STATEMENT

I, __Eric Andrew Mercer__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| California | 04/19/2007 | 248707 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| U.S. Court of Appeals, Federal Circuit | 06/12/2007 | |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| U.S.D.C., N.D., S.D. & C.D. of CA | 05/17/2007 | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| U.S. District Court E.D. Texas | 05/14/2007 | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for   Facebook, Inc.; Thefacebook, LLC

_____
(Applicant's Signature)

8/7/2007
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Townsend and Townsend and Crew LLP, 379 Lytton Avenue, Palo Alto, California 94301-1431

Telephone: (650) 326-2400; Facsimile: (650) 326-2422; e-mail: eamercer@townsend.com

Sworn and subscribed before me this

7th Day of August, 2007

_____
Notary Public

[Notary Seal: ALICE M. CAMERON, Commission # 1437892, Notary Public - California, Santa Clara County, My Comm. Expires Sep 6, 2007]

10/04

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of _Eric Andrew Mercer_ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| CHARLES J BLOOM | _(signature)_ | 1971 | 10082 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

### SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Charles J. Bloom

Stevens & Lee PC, 620 Freedom Business Center, Suite 200, King of Prussia, PA 19406

Telephone: (610) 247-2551; Facsimile: (610) 247-2551; e-mail: cjb@stevenslee.com

Sworn and subscribed before me this

9th Day of August, 2007

_(signature)_
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
BARBARA J. HAEDEL, Notary Public
Upper Merion Twp., Montgomery County
My Commission Expires August 6, 2009

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CROSS ATLANTIC CAPITAL PARTNERS, INC. | : | CIVIL ACTION |
| v. | : | |
| FACEBOOK, INC., THEFACEBOOK, LLC | : | NO. 07-2768 |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of __Eric Andrew Mercer__

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant

proposed Order which, if granted, would permit such practice in this court was mailed today with

postage prepaid to:

Frederick A. Tecce, MCSHEA TECCE PC, 1717 Arch St., 28th Floor, Philadelphia, PA 19103

Patrick Keenan, Duffy & Keenan, Curtis Ctr, Ste. 1150, Independence SQ West, Philadelphia, PA 19106

_____
Signature of Attorney

Eric Andrew Mercer
_____
Name of Attorney

Charles Bloom
_____
Name of Moving Party

8/8/07
_____
Date