



APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CROSS ATLANTIC CAPITAL
PARTNERS, INC.                          :          CIVIL ACTION
                    v.                  :
                                        :
FACEBOOK, INC., THE FACEBOOK,           :
LLC.                                    :
                                        :          NO.   07-2768

## ORDER

AND NOW, this 3rd          Day of August               , 2007, it is hereby

ORDERED that the application of _Theodore T. Herhold_____, Esquire, to practice in this

court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☒ GRANTED.

☐ DENIED.

_____ J.

Dockets.Justia.com