APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Cross Atlantic Capital Partners, Inc. | CIVIL ACTION |
| v. | |
| Facebook, Inc. and Thefacebook, LLC | NO. 2:07-CV-02768-JP |

ORDER

AND NOW, this 14 Day of August, 2007, it is hereby ORDERED that the application of Robert J. Artuz, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☑ GRANTED.

☐ DENIED.

_____ J.