```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CROSS ATLANTIC CAPITAL         :      CIVIL ACTION
PARTNERS, INC.                 :
                               :
           v.                  :
                               :
FACEBOOK, INC., ET AL          :      NO.   07-2768
```

                                NOTICE

        AND NOW, this 23rd day of August, 2007, please take
note that a

        [x] preliminary pretrial conference
        [ ]

in the above-captioned case will be held on September 26, 2007
at 1:30 p.m. before the **Honorable John R. Padova**. This
conference will be held

        [x] in chambers, Room 17613
        [ ] by telephone*
            *Counsel for the plaintiff will be responsible for
            contacting all parties, at which time you may
            contact Judge Padova's chambers at 215/597-1178.

        If trial counsel is on trial in a court of record prior
to the time of the conference, the Judge and opposing counsel
should be advised of this in writing at the earliest possible
date. Another attorney in such trial counsel's office, who
should be as familiar as is feasible with the case, have
authority from the client, and an evaluation of the case for
settlement purposes, should appear at the conference.

        Failure to comply with this directive may result in the
imposition of sanctions. The conference will be continued to
another date only under exceptional circumstances.

ATTEST:                               or    BY THE COURT:


BY: _____                    _____
    Gerrie M. Keane                         JOHN R. PADOVA,      J.
    Deputy Clerk

cc:     Frederick A. Tecce
        Patrick J. Keenan
        Thomas J. Duffy
        Charles J. Bloom
        Eric Andrew Mercer
        Robert J. Artuz
        Theodore T. Herhold