UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CROSS ATLANTIC CAPITAL PARTNERS, INC., | : | Civil Action |
| | : | |
| | : | No.: 07-2768 |
| v. | : | |
| | : | JURY TRIAL DEMANDED |
| FACEBOOK, INC. and THEFACEBOOK, LLC. | : | |

DISCLOSURE STATEMENT FORM

Please check one box:

[X]  The nongovernmental corporate party,  **Facebook, Inc.**
     in the above listed civil action does not have any parent corporation and publicly held
     corporation that owns 10% or more of its stock.

[ ]  The nongovernmental corporate party, _____
     in the above listed civil action has the following parent corporation(s) and public held
     corporation(s) that owns 10% or more of its stock:

     _____
     _____
     _____
     _____

September 7, 2007                s/ Charles J. Bloom            CJB322
Date                             Signature

Counsel for:   Defendants

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
     (a) WHO MUST FILE: NONGOVERNMENTAL CORPORATE PARTY. A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.
     (b) TIME FOR FILING; SUPPLEMENTAL FILING. A party must:
          (1) file the Rule 7.1(a) statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court, and
          (2) promptly file a supplemental statement upon any change in the information that the statement requires.

## CERTIFICATE OF SERVICE

I, CHARLES J. BLOOM, ESQUIRE, certify that on this date the foregoing Disclosure Statement 7.1 was filed electronically and made available for viewing via the Court's ECF system. I further certify that a true and correct copy was served upon the following counsel of record, by depositing the same in the United States mail, postage prepaid, addressed as follows:

>Frederick A. Tecce, Esquire
>McShea/Tecce
>1717 Arch Street
>28th Floor
>Philadelphia, PA   19103
>
>Patrick J. Keenan, Esquire
>Thomas J. Duffy, Esquire
>Duffy & Keenan
>Independence Square West
>Suite 1150
>Philadelphia, PA   19106

>s/ Charles J. Bloom           CJB322

Date:  September 7, 2007