IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CROSS ATLANTIC CAPITAL PARTNERS, INC. | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | NO.: 07-CV-02768-JP |
| vs. | : | |
| | : | JURY TRIAL DEMANDED |
| FACEBOOK, INC. and THEFACEBOOK, LLC | : | |
| Defendants. | : | |
| | : | |

### REPLY TO COUNTERCLAIM

Plaintiff, Cross Atlantic Capital Partners, Inc., by and through its undersigned counsel, replies to the Counterclaim of the defendants and counterclaimants, Facebook, Inc. and Thefacebook, LLC, as follows:

1. Admitted.

2. Admitted.

3. Admitted in part; denied in part. Plaintiff admits that this civil action arises under the patent laws of the United States, Title 35 of the United States Code, based on a claim of patent infringement, and that defendants seek relief under the Declaratory Judgment Act. Plaintiff denies that defendants are entitled to the relief they seek. Plaintiff admits that this court has subject matter jurisdiction.

4. Admitted.

## COUNT I

5.  Plaintiff incorporates by reference the prior paragraphs as thought the same were set forth herein at length.

6.  Admitted.

7.  Denied.

8.  Admitted in part; denied in part. Plaintiff admits that an actual controversy exits between the plaintiff and defendants, and that defendants seek a declaration of non-infringement and invalidity and that plaintiff's claims under the '629 Patent are barred. Plaintiff denies that defendants are entitled to the relief they seek.

WHEREFORE, plaintiff, Cross Atlantic Capital Partners, Inc., demands judgment in its favor and against defendants and counterclaimants, Facebook, Inc. and Thefacebook, LLC, on their Counterclaim as well as attorney fess and costs incurred in the defense thereof due to the exceptional nature of the case and all other available relief this Court may deem just and proper.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Plaintiff incorporates by reference the averments set forth in the Complaint as though the same were set forth herein at length.

### SECOND AFFIRMATIVE DEFENSE

Defendants fail to state a cause of action, claim and/or prayer for relief upon which relief may be granted.

## THIRD AFFIRMATIVE DEFENSE

Defendants' claim is barred by the doctrine of laches.

## FOURTH AFFIRMATIVE DEFENSE

Defendants' claim is barred by the doctrines of waiver and/or estoppel.

Respectfully submitted,

s/Thomas J. Duffy          TJD5052
Thomas J. Duffy, Esquire (PA ID # 34729)
Patrick J. Keenan, Esquire (PA ID # 53775)
**Duffy & Keenan**
The Curtis Center, Suite 1150
Independence Square West
Philadelphia, Pennsylvania 19106
(215) 238-8700
(215) 238-8710 (Fax)
pjk@duffykeenan.com

And

Frederick A. Tecce, Esquire (PA ID #47298)
**McShea\Tecce, P.C.**
The Bell Atlantic Tower - 28th Floor
1717 Arch Street
Philadelphia, Pennsylvania 19103
(215) 599-0800
(215) 599-0835 (Fax)
ftecce@mcshea-tecce.com

Counsel for plaintiff,
Cross Atlantic Capital Partners, Inc.

Dated: September 10, 2007

## CERTIFICATE OF SERVICE

This is to hereby certify that on this 10th day of September, 2007, I caused a true and correct copy of the foregoing Reply to Counterclaim to be served *via* this Court's Electronic Court Filing ("ECF") System and regular mail, upon the following:

>Charles J. Bloom, Esquire
>Stevens & Lee, PC
>620 Freedom Business Center
>Suite 200
>King of Prussia, PA   19406
>
>Theodor Herhold, Esquire
>Eric Andrew Mercer, Esquire
>Robert J. Artuz, Esquire
>Townsend and Townsend and Crew
>379 Lytton Avenue
>Palo Alto, CA   94019
>
>Heidi L. Keefe, Esquire
>Mark R. Weinstein, Esquire
>Sam C. O'Rourke, Esquire
>White & Case
>3000 El Camino Real
>5 Palo Alto Square, 9th Floor
>Palo Alto, CA 94306
>
>Counsel for defendants
>Facebook, Inc. and
>TheFaceBook, LLC

>s/Thomas J. Duffy      TJD5052
>Thomas J. Duffy, Esquire (PA ID # 34729)