APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CROSS ATLANTIC CAPITAL PARTNERS, INC.<br>v.<br>FACEBOOK, INC., and THEFACEBOOK, LLC. | CIVIL ACTION<br><br>NO. 07-2768 |

ORDER

AND NOW, this _____ Day of September _____, 2007, it is hereby

ORDERED that the application of Sam C. O'Rourke _____, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____ J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 2:07-CV-02768-JP

*APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

I. APPLICANT'S STATEMENT

I, _____Sam C. O'Rourke_____ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $40.00 admission fee.

A.   *I state that I am currently admitted to practice in the following state jurisdictions:*

| CALIFORNIA | 12/15/1999 | 205233 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B.   *I state that I am currently admitted to practice in the following federal jurisdictions:*

| CA - Northern | 12/23/1999 | 205233 |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| 9th Circuit Ct. of Appeals | 01/11/2000 | 205233 |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| CA - Central | 04/15/2005 | 205233 |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C.   *I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

*I am entering my appearance for*   FACEBOOK, INC. AND THE FACEBOOK LLC

(Applicant's Signature)

09/06/2007
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

White & Case LLP, 3000 El Camino Real, 5 Palo Alto, Square, 9th Floor, Palo Alto, CA  94306

Tel: (650) 213-0300; Fax : (650) 213-8158

Sworn and subscribed before me this

___ Day of SEPTEMBER, 2007

Notary Public



YOLANDA BULLOCK
Commission # 1469868
Notary Public - California
Santa Clara County
My Comm. Expires Mar 6, 2008

10/04

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ___Sam C. O'Rourke___ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Charles J. Bloom | *[signature]* | 11/18/1971 | 10086 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

620 Freedom Business Center; Suite 200

King of Prussia, PA 19406

(610) 205-6001

Sworn and subscribed before me this

___10th___ Day of ___September___, 2007

*[signature]* Barbara J. Haedel
Notary Public

```
COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
BARBARA J. HAEDEL, Notary Public
Upper Merion Twp., Montgomery County
My Commission Expires August 6, 2009
```

Case 2:07-cv-02768-JP   Document 20   Filed 09/10/2007   Page 4 of 4

## CERTIFICATE OF SERVICE

I, CHARLES J. BLOOM, ESQUIRE, certify that on this date the foregoing Motion for Admission *Pro Hac Vice* was served upon the following counsel of record, by depositing the same in the United States mail, postage prepaid, addressed as follows:

>Frederick A. Tecce, Esquire
>McShea/Tecce
>1717 Arch Street
>28th Floor
>Philadelphia, PA   19103
>
>Patrick J. Keenan, Esquire
>Thomas J. Duffy, Esquire
>Duffy & Keenan
>Independence Square West
>Suite 1150
>Philadelphia, PA   19106

*/s/ Charles J. Bloom*

Date:  September 10, 2007