APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CROSS ATLANTIC CAPITAL PARTNERS, INC. | : | CIVIL ACTION |
| v. | : | |
| FACEBOOK, INC., and THEFACEBOOK, LLC. | : | NO. 07-2768 |

## ORDER

AND NOW, this _____ Day of September _____, 2007, it is hereby

ORDERED that the application of _Mark R. Weinstein_____, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____
                                    J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 2:07-CV-02768-JP

**APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

I. APPLICANT'S STATEMENT

I, _____Mark R. Weinstein_____ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $40.00 admission fee.

A.   I state that I am currently admitted to practice in the following state jurisdictions:

| CALIFORNIA | 12/09/1997 | 193043 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B.   I state that I am currently admitted to practice in the following federal jurisdictions:

| CA - Northern, Central, Southern | 12/09/1997 | 193043 |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| US Ct of Appeals | 09/01/2003 | 193043 |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| Colorado | 07/21/2006 | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

**FILED**
SEP 10 2007
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

C.   I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for     FACEBOOK, INC. AND THE FACEBOOK LLC

_____
(Applicant's Signature)

09/06/2007
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

White & Case LLP, 3000 El Camino Real, 5 Palo Alto, Square, 9th Floor, Palo Alto, CA 94306

Tel: (650) 213-0300; Fax : (650) 213-8158

Sworn and subscribed before me this
____ Day of September, 2007
_____
Notary Public

YOLANDA BULLOCK
Commission # 1469868
Notary Public - California
Santa Clara County
My Comm. Expires Mar 6, 2008

10/04

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ____Mark R. Weinstein____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Charles J. Bloom | *[signature]* | 11/18/1971 | 10086 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

620 Freedom Business Center; Suite 200

King of Prussia, PA 19406

(610) 205-6001

**FILED**

SEP 1 0 2007

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

Sworn and subscribed before me this

*10th* Day of *September* 2007

*[signature]*
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
BARBARA J. HAEDEL, Notary Public
Upper Merion Twp., Montgomery County
My Commission Expires August 6, 2009

## CERTIFICATE OF SERVICE

      I, CHARLES J. BLOOM, ESQUIRE, certify that on this date the foregoing Motion for Admission *Pro Hac Vice* was served upon the following counsel of record, by depositing the same in the United States mail, postage prepaid, addressed as follows:

    Frederick A. Tecce, Esquire
    McShea/Tecce
    1717 Arch Street
    28th Floor
    Philadelphia, PA   19103

    Patrick J. Keenan, Esquire
    Thomas J. Duffy, Esquire
    Duffy & Keenan
    Independence Square West
    Suite 1150
    Philadelphia, PA   19106

Date: September 10, 2007

FILED

SEP 1 0 2007

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk