APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CROSS ATLANTIC CAPITAL PARTNERS, INC. | : | CIVIL ACTION |
| v. | : | |
| FACEBOOK, INC., and THEFACEBOOK, LLC. | : | NO.  07-2768 |

ORDER

AND NOW, this _____ Day of September _____, 2007, it is hereby

ORDERED that the application of __Heidi L. Keefe_____, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____
J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 2:07-CV-02768-JP

*APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

I. APPLICANT'S STATEMENT

I, __HEIDI L. KEEFE__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| CALIFORNIA | 12/07/1995 | 178960 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| CA - Northern, Central & Eastern | 12/07/1995 | 178960 |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| PRO HAC VICE IN uTAH, COLROADO, DELAWARE | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for  FACEBOOK, INC. AND THE FACEBOOK LLC

(Applicant's Signature)

09/06/2007
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

White & Case LLP, 3000 El Camino Real, 5 Palo Alto, Square, 9th Floor, Palo Alto, CA 94306

Tel: (650) 213-0300; Fax : (650) 213-8158

Sworn and subscribed before me this

___ Day of September, 2007

_____
Notary Public



YOLANDA BULLOCK
Commission # 1469868
Notary Public - California
Santa Clara County
My Comm. Expires Mar 6, 2008

10/04

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

      The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ____Heidi L. Keefe____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Charles J. Bloom | *[signature]* | 11/18/1971 | 10086 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

620 Freedom Business Center; Suite 200

King of Prussia, PA 19406

(610) 205-6001

Sworn and subscribed before me this

10th Day of September 2007

*[signature]*
Notary Public

```
COMMONWEALTH OF PENNSYLVANIA
        NOTAR[IAL SEAL]
    BARBARA J. H[AEDEL, Notary P]ublic
    Upper Merion Twp., Montgomery County
    My Commission Expires August 6, 2009
```

```
COMMONWEALTH OF PENNSYLVANIA
        NOTARIAL SEAL
    BARBARA J. HAEDEL, Notary Public
    Upper Merion Twp., Montgomery County
    My Commission Expires August 6, 2009
```

## CERTIFICATE OF SERVICE

       I, CHARLES J. BLOOM, ESQUIRE, certify that on this date the foregoing Motion for Admission *Pro Hac Vice* was served upon the following counsel of record, by depositing the same in the United States mail, postage prepaid, addressed as follows:

       Frederick A. Tecce, Esquire
       McShea/Tecce
       1717 Arch Street
       28th Floor
       Philadelphia, PA   19103

       Patrick J. Keenan, Esquire
       Thomas J. Duffy, Esquire
       Duffy & Keenan
       Independence Square West
       Suite 1150
       Philadelphia, PA   19106

                                                      */s/ Charles J. Bloom*

Date:  September 10, 2007