IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CROSS ATLANTIC CAPITAL PARTNERS, INC., | : | CIVIL ACTION |
| | : | NO. 07-CV- 02768-JP |
| Plaintiff, | : | JURY TRIAL DEMANDED |
| v. | : | |
| | : | [FILED ELECTRONICALLY] |
| FACEBOOK, INC. and THEFACEBOOK, LLC, | : | |
| Defendants. | : | |

### MOTION TO TRANSFER VENUE

Defendants Facebook, Inc., and Thefacebook, LLC, by and through their counsel, hereby move the Court to transfer the above-captioned matter to the United States District Court for the Northern District of California, pursuant to 28 U.S.C. § 1404(a).

Respectfully submitted,

Dated: September 12, 2007

By: s/Charles J. Bloom          CJB322
Charles J. Bloom
Attorney ID No. 10086
STEVENS & LEE, P.C.
620 Freedom Business Center
Suite. 200
King of Prussia, PA 19406

Heidi L. Keefe (*pro hac vice pending*)
Mark R. Weinstein (*pro hac vice pending*)
Sam C. O'Rourke (*pro hac vice pending*)
WHITE & CASE LLP
3000 El Camino Real
5 Palo Alto Square, 9th Floor
Palo Alto, CA 94306

SL1 749806v1/102725.00001

Dockets.Justia.com

CERTIFICATE OF SERVICE

    I, CHARLES J. BLOOM, ESQUIRE, certify that on this date, the foregoing Motion to Transfer Venue was filed electronically and made available for viewing via the Court's ECF system. I further certify that a true and correct copy was served upon the following counsel of record, by depositing the same in the United States mail, postage prepaid, addressed as follows:

  Frederick A. Tecce, Esquire
  McShea/Tecce
  1717 Arch Street
  28th Floor
  Philadelphia, PA   19103

  Patrick J. Keenan, Esquire
  Thomas J. Duffy, Esquire
  Duffy & Keenan
  Independence Square West
  Suite 1150
  Philadelphia, PA   19106

               s/ Charles J. Bloom   CJB322

Date:  September 12, 2007