IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CROSS ATLANTIC CAPITAL PARTNERS, INC., | : CIVIL ACTION |
| | : NO. 07-CV-02768-JP |
| Plaintiff, | : JURY TRIAL DEMANDED |
| v. | : |
| | : [FILED ELECTRONICALLY] |
| FACEBOOK, INC. and THEFACEBOOK, LLC, | : |
| Defendants. | : |

## ORDER

Upon consideration of defendants' Motion to Transfer Venue pursuant to 28 U.S.C. § 1404(a), IT IS HEREBY ORDERED this ___ day of _____, 2007 that defendants' Motion is GRANTED and this case is transferred to the United States District Court for the Northern District of California.

SO ORDERED,

_____
, J