IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CROSS ATLANTIC CAPITAL PARTNERS, INC., | CIVIL ACTION |
| Plaintiff, | NO. 07-CV-02768-JP |
| v. | JURY TRIAL DEMANDED |
| FACEBOOK, INC. and THEFACEBOOK, LLC, | |
| Defendants. | |

### DECLARATION OF ANIRUDDHA GADRE IN SUPPORT OF MOTION TO TRANSFER

I, Aniruddha Gadre, hereby declare and state as follows:

1. I make this declaration in support of Facebook, Inc. and Thefacebook, LLC's (collectively "Facebook") motion to transfer the above-mentioned case to the Northern District of California. I currently serve as the Vice President & General Counsel of Facebook. The matters set forth in this declaration are based on my personal knowledge and, if called as a witness, I could and would testify competently thereto.

2. Facebook is a technology company headquartered in Palo Alto, California. Facebook has 40 million active users worldwide, with more than 200,000 new registrations per day, on average, since January 2007.

3. Facebook has approximately 350 employees, of which approximately 95 percent reside in California. Facebook operates, develops, maintains, advertises, markets, conducts research on, tests and produces the accused website out of its Palo Alto headquarters. Marketing and sales decisions are also made at the Palo Alto headquarters. Facebook's decision makers are

located in the Palo Alto headquarters, as are the employees involved in the operations, research and development of its website.

4. All documents concerning the attributes of the Facebook website are kept at Facebook's Palo Alto headquarters, including any documents that might address making, using, selling and offering for sale the accused website, or advertising, marketing and financial information concerning the Facebook website.

5. Facebook entered into a contract with Comcast under which Comcast will be creating a television series of broad appeal consisting of content produced by Facebook's community of users.

Dated: September 11, 2007

Aniruddha Gadre
Vice President & General Counsel
Facebook, Inc. and Thefacebook, LLC