

APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CROSS ATLANTIC CAPITAL PARTNERS, INC. | : | CIVIL ACTION |
| v. | : | |
| FACEBOOK, INC., and THEFACEBOOK, LLC. | : | NO. 07-2768 |

### ORDER

AND NOW, this 17 Day of September, 2007, it is hereby

ORDERED that the application of _Mark R. Weinstein_, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☒ GRANTED.

☐ DENIED.

_____ J.