APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CROSS ATLANTIC CAPITAL : CIVIL ACTION
PARTNERS, INC. :
    v. :
     :
FACEBOOK, INC., and THEFACEBOOK, :
LLC. : NO. 07-2768

**FILED**

ORDER

SEP 1 3 2007

AND NOW, this ____ Day of September____, 2007, it is hereby

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

ORDERED that the application of _Heidi L. Keefe_____, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☒ GRANTED.

☐ DENIED.

_____ J.