IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CROSS ATLANTIC CAPITAL PARTNERS, INC., | : CIVIL ACTION |
| | : NO. 07-CV-02768-JP |
| Plaintiff, | : JURY TRIAL DEMANDED |
| v. | : |
| | : |
| FACEBOOK, INC. and THEFACEBOOK, LLC, | : |
| Defendants. | : |

## WITHDRAWAL OF APPEARANCE

TO THE CLERK:

    Kindly withdrawal my appearance on behalf of defendants Facebook, Inc., and Thefacebook, LLC.

Respectfully submitted,

Dated: September 14, 2007

By: _____
Robert J. Artuz
CA ID No. 227789
Townsend and Townsend and Crew
379 Lytton Avenue
Palo Alto, CA 94301
Ph: (650) 326-2400
F: (650) 326-2422
rjartuz@townsend.com

SL1 750765v1/102725.00001

## CERTIFICATE OF SERVICE

I, ROBERT J. ARTUZ, ESQUIRE, certify that on this date, the foregoing Withdrawal of Appearance was served upon the following counsel of record, by depositing the same in the United States mail, postage prepaid, addressed as follows:

Frederick A. Tecce, Esquire
McShea/Tecce
1717 Arch Street
28th Floor
Philadelphia, PA   19103

Patrick J. Keenan, Esquire
Thomas J. Duffy, Esquire
Duffy & Keenan
Independence Square West
Suite 1150
Philadelphia, PA   19106

_____

Date:  September 14, 2007