

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CROSS ATLANTIC CAPITAL        :       CIVIL ACTION
PARTNERS, INC.                :
                              :
         v.                   :
                              :
FACEBOOK, INC., ET AL         :       NO.  07-2768

### REPORT OF CONFERENCE

On this 26th day of September, 2007, a

Preliminary Pretrial Conference

was held before the Honorable John R. Padova.

Length of Conference:   70   minutes

**FILED**

SEP 2 7 2007

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

_____
Gerrie M. Keane
Deputy Clerk to Judge John R. Padova