IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CROSS ATLANTIC CAPITAL PARTNERS, INC. | : | CIVIL ACTION |
| | : | |
| V. | : | |
| | : | |
| FACEBOOK, INC., ET AL | : | NO. 07-2768 |

O R D E R

_____AND NOW, this 15th day of October, 2007, IT IS HEREBY ORDERED that this matter is referred to Magistrate Judge Timothy R. Rice for a settlement conference to be held on or about April 25, 2008.

BY THE COURT:

S/John R. Padova

JOHN R. PADOVA,     J.