IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EARL STAUFFENBERG, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | No.: 07-3788 |
| | : | |
| STATE FARM FIRE AND CASUALTY CO. | : | |

**ORDER**

And now this 17th day of October, 2007, Plaintiffs' motion to remand (Document 3) is DENIED. This cases is hereby REFERRED to arbitration with the hearing to be held no sooner than January 30, 2008. Loc. R. Civ. P. 53.2.

BY THE COURT:

/s/Juan R. Sánchez
Juan R. Sánchez                         J.