# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CROSS ATLANTIC CAPITAL PARTNERS, INC. | : <br> : <br> : Civil Action No. 07-2768 (JRP) |
| v. | : <br> : |
| FACEBOOK, INC., et al | : |

## SUBSTITUTION OF COUNSEL FOR
## <u>DEFENDANTS FACEBOOK, INC. AND THEFACEBOOK, LLC</u>

TO THE CLERK OF THE COURT:

    Kindly withdraw the appearance of Charles J. Bloom as counsel for Defendants Facebook, Inc. and THEFACEBOOK, LLC.

Date:  November 8, 2007                /s/ Charles J. Bloom (CJB322)
                                                                   Charles J. Bloom, Esquire
                                                                   Stevens & Lee, PC
                                                                   620 Freedom Business Center
                                                                   Suite 200
                                                                   King of Prussia, PA   19406

    Kindly enter the appearances of Alfred W. Zaher as counsel for Defendants Facebook, Inc. and THEFACEBOOK, LLC.

Date:  November 8, 2007                /s/ Alfred W. Zaher (AWZ2556)
                                                                   Alfred W. Zaher, Esquire
                                                                   Blank Rome LLP
                                                                   One Logan Square
                                                                   130 N. 18th Street
                                                                   Philadelphia, PA  19103-6998

900200.00001/11721556v.1

## **CERTIFICATE OF SERVICE**

      I, Joel L. Dion, hereby certify that on this 8th day of November, 2007, I caused a true and correct copy of the foregoing Substitution of Counsel for Defendants Facebook, Inc. and THEFACEBOOK, LLC to be served, via Electronic Case Filing ("ECF"), upon counsel for plaintiff, as follows:

| | |
|---|---|
| Frederick A. Tecce | Thomas J. Duffy, Esquire |
| McShea Tecce, P.C. | Duffy & Keenan |
| The Bell Atlantic Tower, 28th Floor | The Curtis Center, Suite 1150 |
| 1717 Arch Street | Independence Square West |
| Philadelphia, PA 19103 | Philadelphia, PA. 19106 |

                                                  /s/Joel L. Dion_____
                                                  Joel L. Dion