## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CROSS ATLANTIC CAPITAL PARTNERS, INC.<br><br>v.<br><br>FACEBOOK, INC., et al | :<br>:<br>:  Civil Action No. 07-2768 (JRP)<br>:<br>:<br>: |

### ENTRY OF APPEARANCE OF JOEL L. DION FOR
### <u>DEFENDANTS FACEBOOK, INC. AND THEFACEBOOK, LLC</u>

TO THE CLERK OF THE COURT:

    Kindly enter the appearances of Joel L. Dion as counsel for Defendants Facebook, Inc. and THEFACEBOOK, LLC.

Date:  November 8, 2007                              /s/ Joel L. Dion (JLD6264)
                                                                                  Joel L. Dion, Esquire
                                                                                  Blank Rome LLP
                                                                                  One Logan Square
                                                                                  130 N. 18th Street
                                                                                  Philadelphia, PA  19103-6998

## CERTIFICATE OF SERVICE

I, Joel L. Dion, hereby certify that on this 8th day of November, 2007, I caused a true and correct copy of the foregoing Entry of Appearance of Joel L. Dion for Defendants Facebook, Inc. and THEFACEBOOK, LLC to be served, via Electronic Case Filing ("ECF"), upon counsel for plaintiff, as follows:

| | |
|---|---|
| Frederick A. Tecce | Thomas J. Duffy, Esquire |
| McShea Tecce, P.C. | Duffy & Keenan |
| The Bell Atlantic Tower, 28th Floor | The Curtis Center, Suite 1150 |
| 1717 Arch Street | Independence Square West |
| Philadelphia, PA 19103 | Philadelphia, PA. 19106 |

/s/Joel L. Dion  
Joel L. Dion