## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CROSS ATLANTIC CAPITAL PARTNERS, INC. | : <br> : <br> :    Civil Action No. 07-2768 (JRP) |
| v. | : <br> : |
| FACEBOOK, INC., et al | : |

### ENTRY OF APPEARANCE OF DENNIS P. MCCOOE FOR
### DEFENDANTS FACEBOOK, INC. AND THEFACEBOOK, LLC

TO THE CLERK OF THE COURT:

    Kindly enter the appearances of Dennis P. McCooe as counsel for Defendants Facebook,

Inc. and THEFACEBOOK, LLC.


Date:  November 8, 2007           /s/ Dennis P. McCooe (DM4508)
                                                        Dennis P. McCooe, Esquire
                                                        Blank Rome LLP
                                                        One Logan Square
                                                        130 N. 18th Street
                                                        Philadelphia, PA  19103-6998

900200.00001/11722369v.1

## CERTIFICATE OF SERVICE

I, Joel L. Dion, hereby certify that on this 8th day of November, 2007, I caused a true and correct copy of the foregoing Entry of Appearance of Dennis P. McCooe for Defendants Facebook, Inc. and THEFACEBOOK, LLC to be served, via Electronic Case Filing ("ECF"), upon counsel for plaintiff, as follows:

| | |
|---|---|
| Frederick A. Tecce | Thomas J. Duffy, Esquire |
| McShea Tecce, P.C. | Duffy & Keenan |
| The Bell Atlantic Tower, 28th Floor | The Curtis Center, Suite 1150 |
| 1717 Arch Street | Independence Square West |
| Philadelphia, PA 19103 | Philadelphia, PA. 19106 |

/s/Joel L. Dion
Joel L. Dion

900200.00001/11722369v.1