IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CROSS ATLANTIC CAPITAL PARTNERS, INC. | : | CIVIL ACTION |
| | : | |
| V. | : | |
| | : | |
| FACEBOOK, INC., ET AL | : | NO. 07-2768 |

O R D E R

AND NOW, this 27th day of November, 2007, IT IS HEREBY ORDERED that Plaintiff's Motion to Compel (Doc. No. 42) is referred to Magistrate Judge Timothy R. Rice for resolution.

BY THE COURT:

S/John R. Padova

JOHN R. PADOVA,     J.