# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CROSS ATLANTIC CAPITAL PARTNERS, INC. | : |
| | : Civil Action No. 07-2768 (JRP) (TRR) |
| v. | : |
| FACEBOOK, INC., et al | : |

**STIPULATION TO EXTEND TIME FOR DEFENDANTS
TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL**

Pursuant to Local Rule 7.4(b) of the Local Rules of Civil Procedure, the parties, by their undersigned counsel, hereby agree and stipulate as follows:

1. Defendants shall have a three (3) day extension of time until December 13, 2007, to respond to Plaintiffs' Motion to Compel dated November 25, 2007.

2. Defendants have received no prior extension of time to respond to Plaintiff's Motion to Compel.

Respectfully submitted,

CROSS ATLANTIC CAPITAL PARTNERS, INC. v. FACEBOOK, INC. et al                    Doc. 44

| | |
|---|---|
| **McSHEA TECCE, P.C.** | **BLANK ROME, LLP** |
| /s/ Frederick A. Tecce by permission | /s/ Dennis P. McCooe (DPM3072) |
| Frederick A. Tecce | Dennis P. McCooe, Esquire |
| 1717 Arch Street | Identification No.: 74739 |
| Philadelphia, PA 19103 | One Logan Square |
| (215) 599-0800 | Philadelphia, PA 19103 |
| | (215) 569-5500 |
| *Counsel for Plaintiff* | *Counsel for Defendants.* |

**APPROVED and SO ORDERED by the Court:**

_____
J.

## CERTIFICATE OF SERVICE

I, Dennis McCooe, hereby certify that on this 10th day of December, 2007, I caused a true and correct copy of the foregoing Stipulation To Extend Time For Defendants To Respond To Plaintiff's Motion To Compel to be served, via Electronic Case Filing ("ECF"), upon counsel for Plaintiff, as follows:

| | |
|---|---|
| Frederick A. Tecce | Thomas J. Duffy, Esquire |
| McShea Tecce, P.C. | Duffy & Keenan |
| The Bell Atlantic Tower, 28th Floor | The Curtis Center, Suite 1150 |
| 1717 Arch Street | Independence Square West |
| Philadelphia, PA 19103 | Philadelphia, PA. 19106 |

/s/ DPM 3072
Dennis P. McCooe

2

128605.00601/11731933v.1