# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CROSS ATLANTIC CAPITAL PARTNERS, INC. | : <br> : <br> : Civil Action No. 07-2768 (JRP) (TRR) |
| v. | : <br> : |
| FACEBOOK, INC., et al | : |

### STIPULATION TO EXTEND TIME FOR DEFENDANTS
### TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL

Pursuant to Local Rule 7.4(b) of the Local Rules of Civil Procedure, the parties, by their undersigned counsel, hereby agree and stipulate as follows:

1. Defendants shall have a three (3) day extension of time until December 13, 2007, to respond to Plaintiffs' Motion to Compel dated November 25, 2007.

2. Defendants have received no prior extension of time to respond to Plaintiff's Motion to Compel.

Respectfully submitted,

| | |
|---|---|
| **McSHEA TECCE, P.C.** | **BLANK ROME, LLP** |
| /s/ Frederick A. Tecce by permission <br> Frederick A. Tecce <br> 1717 Arch Street <br> Philadelphia, PA 19103 <br> (215) 599-0800 | /s/ Dennis P. McCooe (DPM3072) <br> Dennis P. McCooe, Esquire <br> Identification No.: 74739 <br> One Logan Square <br> Philadelphia, PA 19103 <br> (215) 569-5500 |
| *Counsel for Plaintiff* | *Counsel for Defendants.* |

APPROVED and SO ORDERED by the Court:

_____ J.
12-11-07

128605.00601/11731933v.1

Dockets.Justia.com