# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CROSS ATLANTIC CAPITAL PARTNERS, INC., | **CIVIL ACTION** |
| Plaintiff, | **NO. 07-CV- 02768-JP** |
| v. | |
| FACEBOOK, INC. and THEFACEBOOK, LLC, | **JURY TRIAL DEMANDED** |
| Defendants. | |

## ORDER

AND NOW this _____ day of _____, 2007, upon consideration of Plaintiff's Motion to Compel Full and Complete Interrogatory Responses and Documents, Plaintiff's Opposition thereto and all accompanying documents and exhibits, **IT IS HEREBY ORDERED** that Plaintiff's motion is **DENIED**.

**BY THE COURT:**

By: _____

**Hon. Timothy R. Rice**
U.S. Magistrate Judge