# EXHIBIT B

# APPLICATION OBJECT

1. A method for creating a community for users with common interests to interact in, the method comprising the steps of:

>receiving a creation transmission from a registered user, the creation transmission indicating that the registered user desires to create a community;
>receiving community identification information from the registered user;
>receiving a selection of at least one **application object** from the registered user;
>creating a community based on the community identification information and the at least one **application object**;
>receiving at least one communications address designated by the registered user, the at least one communications address corresponding to a user to receive a created community; and
>transmitting the created community based in part on the at least one communications address.

…

4. The method according to claim 1, wherein the selected at least one **application object** comprises at least one of:
>a) chat **application object**;
>b) an instant message **application object**;
>c) a white board **application object**;
>d) a shopping cart **application object**;
>e) an invitation **application object**;
>f) a creation **application object**;
>g) a photo album **application object**;
>h) a store **application object**;
>i) a calendar **application object**;
>j) a video conferencing **application object**;
>k) a voice chat **application object;**
>l) an e-mail list **application object**;
>m) a bulletin board **application object**; and
>n) a pals **application object**.

5. The method according to claim 1, further comprising the step of receiving a selection to subscribe to at least one subscription object, wherein the at least one subscription object is accessed through one of the at least one **application object**.

# COMMUNICATIONS ADDRESS

1. A method for creating a community for users with common interests to interact in, the method comprising the steps of:

>receiving a creation transmission from a registered user, the creation transmission indicating that the registered user desires to create a community;
>receiving community identification information from the registered user;
>receiving a selection of at least one application object from the registered user;
>creating a community based on the community identification information and the at least one application object;
>receiving at least one **communications address** designated by the registered user, the at least one **communications address** corresponding to a user to receive a created community; and
>transmitting the created community based in part on the at least one **communications address**.

…

3. The method according to claim 1, wherein the at least one **communications address** is an e-mail address.

…

9. A system for creating a community for users with common interests to interact in comprising:
>a receiver module for receiving:
>a) a creation transmission from a registered user, the creation transmission indicating that the registered user desires to create a community;
>b) receiving community identification information from the registered user;
>c) receiving a selection of at least one application object from the registered user; and
>d) at least one **communications address** designated by the registered user, the at least one **communications address** corresponding to a user to receive a created community;
>a creation module for creating a community based on the community identification information and the at least one community function; and
>a transmitter for transmitting the created community based in part on the at least one **communications address**.

# COMMUNITY

1. A method for creating a **community** for users with common interests to interact in, the method comprising the steps of:

>   receiving a creation transmission from a registered user, the creation transmission indicating that the registered user desires to create a **community**;
>   receiving **community** identification information from the registered user;
>   receiving a selection of at least one application object from the registered user;
>   creating a **community** based on the **community** identification information and the at least one application object;
>   receiving at least one communications address designated by the registered user, the at least one communications address corresponding to a user to receive a created **community**; and
>   transmitting the created **community** based in part on the at least one communications address.

2. The method according to claim 1, wherein the step of transmitting the created **community** further comprises transmitting the created **community** and a user interface.

…

6. The method according to claim 5, wherein the at least one subscription object is published by at least one of:

>   a) at least one other **community**;
>   b) at least one other user; and
>   c) at least one vendor.

…

8. The method according to claim 1, wherein **community** information further comprises **community** fields, whereby the **community** presents to a user at least at least one of:

>   a) at least one other user having user fields;
>   b) at least one other **community** having **community** fields; and
>   c) at least one vendor product having vendor fields;
>   wherein the presentation is based in part on a comparison of user fields, **community** fields and vendor fields.

# COMMUNITY FIELDS

8. The method according to claim 1, wherein community information further comprises community fields, whereby the community presents to a user at least at least one of:
 - a) at least one other user having user fields;
 - b) at least one other community having **community fields**; and
 - c) at least one vendor product having vendor fields;
   wherein the presentation is based in part on a comparison of user fields, community fields and vendor fields.

…

16. The system according to claim 9, wherein community information further comprises community fields, whereby the community presents to a user through the community at least at least one of:

 - a) at least one other user having user fields;
 - b) at least one other community having **community fields**; and
 - c) at least one vendor product having vendor fields;
   wherein the presentation is based in part on a comparison of user fields, community fields and vendor fields.

…

24. The method according to claim 17, wherein community information further comprises community fields, whereby the community presents to a user at least at least one of:

 - a) at least one other user having user fields;
 - b) at least one other community having **community fields**; and
 - c) at least one vendor product having vendor fields;
   wherein the presentation is based in part on a comparison of user fields, community fields and vendor fields.

# CREATION TRANSMISSION

1. A method for creating a community for users with common interests to interact in, the method comprising the steps of:

>receiving a **creation transmission** from a registered user, the **creation transmission** indicating that the registered user desires to create a community;
>receiving community identification information from the registered user;
>receiving a selection of at least one application object from the registered user;
>creating a community based on the community identification information and the at least one application object;
>receiving at least one communications address designated by the registered user, the at least one communications address corresponding to a user to receive a created community; and
>transmitting the created community based in part on the at least one communications address.

…

9. A system for creating a community for users with common interests to interact in comprising:

>a receiver module for receiving:
>a) a **creation transmission** from a registered user, the **creation transmission** indicating that the registered user desires to create a community;
>b) receiving community identification information from the registered user;
>c) receiving a selection of at least one application object from the registered user; and
>d) at least one communications address designated by the registered user, the at least one communications address corresponding to a user to receive a created community;
>a creation module for creating a community based on the community identification information and the at least one community function; and
>a transmitter for transmitting the created community based in part on the at least one communications address.

# DISPLAY MODULE

25. A system for creating a community for users with common interests to interact in, the system comprising:

> a transmitter module for transmitting:
> a) a creation transmission, the creation transmission indicating the desire to create a community;
> b) community identification information;
> c) at least one communications address corresponding to a user to receive the created community; and
> d) a selection of at least one application object for inclusion in the community, whereby the community is created based on the community identification information and the at least one application object; and
> a **display module** for displaying prompts for the community identification information, the at least one communications address, and the selection of at least one application object.

6. The method according to claim 5, wherein the at least one subscription object is **published** by at least one of:

    a) at least one other community;
    b) at least one other user; and
    c) at least one vendor.

…

14. The method according to claim 13, wherein the at least one subscription object is **published** by at least one of:

    a) at least one other community;
    b) at least one other user; and
    c) at least one vendor.

# RECEIVER MODULE

9. A system for creating a community for users with common interests to interact in comprising:

> a **receiver module** for receiving:
> a) a creation transmission from a registered user, the creation transmission indicating that the registered user desires to create a community;
> b) receiving community identification information from the registered user;
> c) receiving a selection of at least one application object from the registered user; and
> d) at least one communications address designated by the registered user, the at least one communications address corresponding to a user to receive a created community;
> a creation module for creating a community based on the community identification information and the at least one community function; and
> a transmitter for transmitting the created community based in part on the at least one communications address.

# REGISTERED USER

1. A method for creating a community for users with common interests to interact in, the method comprising the steps of:

>receiving a creation transmission from a **registered user**, the creation transmission indicating that the **registered user** desires to create a community;
>receiving community identification information from the **registered user**;
>receiving a selection of at least one application object from the **registered user**;
>creating a community based on the community identification information and the at least one application object;
>receiving at least one communications address designated by the **registered user**, the at least one communications address corresponding to a user to receive a created community; and
>transmitting the created community based in part on the at least one communications address.

…

9. A system for creating a community for users with common interests to interact in comprising:

>a receiver module for receiving:
>a) a creation transmission from a **registered user**, the creation transmission indicating that the **registered user** desires to create a community;
>b) receiving community identification information from the **registered user**;
>c) receiving a selection of at least one application object from the **registered user**; and
>d) at least one communications address designated by the **registered user**, the at least one communications address corresponding to a user to receive a created community;
>a creation module for creating a community based on the community identification information and the at least one community function; and
>a transmitter for transmitting the created community based in part on the at least one communications address.

# SUBSCRIBE / SUBSCRIBING

5. The method according to claim 1, further comprising the step of receiving a selection to **subscribe** to at least one subscription object, wherein the at least one subscription object is accessed through one of the at least one application object.

…

13. The system according to claim 9, further comprising a subscription module for **subscribing** to at least one subscription object, wherein the at least one subscription object is accessed through one of the at least one application object.

…

21. The method according to claim 17, further comprising the step of **subscribing** to at least one subscription object for inclusion in the community, wherein the at least one subscription object is accessed through one of the at least one application object.

…

29. The system according to claim 25, wherein the transmitter module further transmits the selection of **subscribing** to at least one subscription object for inclusion in the community, wherein the at least one subscription object is accessed through one of the at least one application object.

## SUBSCRIPTION MODULE

13. The system according to claim 9, further comprising a **subscription module** for subscribing to at least one subscription object, wherein the at least one subscription object is accessed through one of the at least one application object.

# SUBSCRIPTION OBJECT

5. The method according to claim 1, further comprising the step of receiving a selection to subscribe to at least one **subscription object**, wherein the at least one **subscription object** is accessed through one of the at least one application object.

6. The method according to claim 5, wherein the at least one **subscription object** is published by at least one of:

   a) at least one other community;
   b) at least one other user; and
   c) at least one vendor.

7. The method according to claim 5, wherein accessing the at least one **subscription object** through the one of the at least one application object maintains all of the original features of the **subscription object**.

…

13. The system according to claim 9, further comprising a subscription module for subscribing to at least one **subscription object**, wherein the at least one **subscription object** is accessed through one of the at least one application object.

# TRANSMITTER MODULE

25. A system for creating a community for users with common interests to interact in, the system comprising:

>a **transmitter module** for transmitting:
>a) a creation transmission, the creation transmission indicating the desire to create a community;
>b) community identification information;
>c) at least one communications address corresponding to a user to receive the created community; and
>d) a selection of at least one application object for inclusion in the community, whereby the community is created based on the community identification information and the at least one application object; and
>a display module for displaying prompts for the community identification information, the at least one communications address, and the selection of at least one application object.

…

29. The system according to claim 25, wherein the **transmitter module** further transmits the selection of subscribing to at least one subscription object for inclusion in the community, wherein the at least one subscription object is accessed through one of the at least one application object.

# TRANSMITTING

1. A method for creating a community for users with common interests to interact in, the method comprising the steps of:

>   receiving a creation transmission from a registered user, the creation transmission indicating that the registered user desires to create a community;
>   receiving community identification information from the registered user;
>   receiving a selection of at least one application object from the registered user;
>   creating a community based on the community identification information and the at least one application object;
>   receiving at least one communications address designated by the registered user, the at least one communications address corresponding to a user to receive a created community; and
>   **transmitting** the created community based in part on the at least one communications address.

2. The method according to claim 1, wherein the step of transmitting the created community further comprises **transmitting** the created community and a user interface.

…

9. A system for creating a community for users with common interests to interact in comprising:

>   a receiver module for receiving:
>   a) a creation transmission from a registered user, the creation transmission indicating that the registered user desires to create a community;
>   b) receiving community identification information from the registered user;
>   c) receiving a selection of at least one application object from the registered user; and
>   d) at least one communications address designated by the registered user, the at least one communications address corresponding to a user to receive a created community;
>   a creation module for creating a community based on the community identification information and the at least one community function; and
>   a transmitter for **transmitting** the created community based in part on the at least one communications address.

# USER FIELDS

8. The method according to claim 1, wherein community information further comprises community fields, whereby the community presents to a user at least at least one of:

>  a) at least one other user having **user fields**;
>  b) at least one other community having community fields; and
>  c) at least one vendor product having vendor fields;
>  wherein the presentation is based in part on a comparison of **user fields**, community fields and vendor fields.

…

16. The system according to claim 9, wherein community information further comprises community fields, whereby the community presents to a user through the community at least at least one of:

>  a) at least one other user having **user fields**;
>  b) at least one other community having community fields; and
>  c) at least one vendor product having vendor fields;
>  wherein the presentation is based in part on a comparison of **user fields**, community fields and vendor fields.

…

24. The method according to claim 17, wherein community information further comprises community fields, whereby the community presents to a user at least at least one of:

>  a) at least one other user having **user fields**;
>  b) at least one other community having community fields; and
>  c) at least one vendor product having vendor fields;
>  wherein the presentation is based in part on a comparison of **user fields**, community fields and vendor fields.

## USER INTERFACE

2. The method according to claim 1, wherein the step of transmitting the created community further comprises transmitting the created community and a **<u>user interface</u>**.

…

10. The system according to claim 9, wherein transmitting the created community comprises transmitting the created community and a **<u>user interface</u>**.

# VENDOR FIELDS

8. The method according to claim 1, wherein community information further comprises community fields, whereby the community presents to a user at least at least one of:

    a) at least one other user having user fields;
    b) at least one other community having community fields; and
    c) at least one vendor product having **vendor fields**;
    wherein the presentation is based in part on a comparison of user fields, community fields and **vendor fields**.

…

16. The system according to claim 9, wherein community information further comprises community fields, whereby the community presents to a user through the community at least at least one of:

    a) at least one other user having user fields;
    b) at least one other community having community fields; and
    c) at least one vendor product having **vendor fields**;
    wherein the presentation is based in part on a comparison of user fields, community fields and **vendor fields**.

…

24. The method according to claim 17, wherein community information further comprises community fields, whereby the community presents to a user at least at least one of:

    a) at least one other user having user fields;
    b) at least one other community having community fields; and
    c) at least one vendor product having **vendor fields**;
    wherein the presentation is based in part on a comparison of user fields, community fields and **vendor fields**.