# EXHIBIT C

# Webster's II
# *New College*
# *Dictionary*

**REVISED AND UPDATED**

*More than 200,000 clear, concise definitions*

*The newest words in science, technology, and more*

*Hundreds of synonyms, usage notes, and word histories*

*The right choice for home, school, or office*

# Webster's II
## New College Dictionary



Houghton Mifflin Company

*Boston • New York*

Words are included in this Dictionary on the basis of their usage. Words that are known to have current trademark registrations are shown with an initial capital and are also identified as trademarks. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. The inclusion of any word in this Dictionary is not, however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

Copyright © 1999, 1995 by Houghton Mifflin Company. All rights reserved.

No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system without the prior written permission of Houghton Mifflin Company unless such copying is expressly permitted by federal copyright law. Address inquiries to Reference Permissions, Houghton Mifflin Company, 222 Berkeley Street, Boston MA 02116.

Illustrations **azimuthal equidistant projection** and **sinusoidal projection** © 1986 by The American Congress on Surveying and Mapping.

ISBN 0-395-96214-5

*Library of Congress Cataloging-in-Publication Data*

Webster's II new college dictionary.
    p.   cm.
  ISBN 0-395-70869-9 (alk. paper)
  1. English language — Dictionaries.  I. Webster's II new Riverside University dictionary
PE1628.W55164    1995
423 — dc20                                      95-5833
                                                       CIP

For information about this and other Houghton Mifflin trade and reference books and multimedia products, visit The Bookstore at Houghton Mifflin on the World Wide Web at http://www.hmco.com/trade/.

Printed in the United States

**common noun** *n.* A noun, as *building* or *flower*, that represents one, more, or all of the members of a class and can be preceded by a definite article.

**com·mon·place** (kŏm′ən-plās′) *adj.* [Transl. of Lat. *locus communis*, generally applicable theme, transl. of Gk. *koinos topos*.] Not of any special quality or type : ORDINARY. —*n.* **1. a.** An overused or trite remark : PLATITUDE. **b.** Something customary or regular. **2.** *Archaic.* A passage marked for reference or entered in a commonplace book.

**commonplace book** *n.* A journal or diary in which quotable passages, literary excerpts, and comments are written.

**common pleas** *n.* COURT OF COMMON PLEAS 1.

**common room** *n.* **1.** A faculty lounge in a college or university. **2.** A lounge for use by all members of a residential institution or community.

**common salt** *n.* **1.** Salt. **2.** Sodium chloride. **3.** TABLE SALT 1.

**common school** *n.* An elementary school.

**com·mon·sense** (kŏm′ən-sĕns′) *adj.* Having or exhibiting native good judgment. —**com′mon·sen′si·ble** *adj.* —**com′mon·sen′si·bly** *adv.*

**common sense** *n.* [Transl. of Lat. *sensus communis*, common feelings of humanity.] The ability to make sound judgments.

**common stock** *n.* Ordinary capital shares of a corporation that have claim on the net assets and income of the corporation after all prior or preferred claims have been paid.

**common time** *n.* *Mus.* A meter having four quarter notes to the measure.

**common touch** *n.* The ability to appeal to the interests and sensibilities of the ordinary person.

**com·mon·weal** (kŏm′ən-wēl′) *n.* **1.** The public good or welfare. **2.** *Archaic.* A commonwealth.

**com·mon·wealth** (kŏm′ən-wĕlth′) *n.* [ME *commune welthe* : *commune*, common + *welthe*, well-being. —see WEALTH.] **1.** The people of a nation or state. **2.** A nation or state governed by the people : REPUBLIC. **3.** *Commonwealth.* The official title of some U.S. states, including Kentucky, Virginia, Massachusetts, and Pennsylvania. **4.** *Commonwealth.* The official title of certain political units, as Puerto Rico or Australia, having a self-governing, autonomous, voluntary relationship with a larger political unit. **4.** *Archaic.* COMMONWEAL 1.

**com·mo·tion** (kə-mō′shən) *n.* [ME *commocioun* < Lat. *commotio* < *commovere*, to disturb : *com-* (intensive) + *movēre*, to move.] **1.** Violent or turbulent motion : AGITATION. **2.** Political or social disturbance or insurrection : DISORDER. **3.** A confused disturbance : HUBBUB. —**com·mo′tion·al** *adj.*

**com·move** (kə-mōōv′) *vt.* **-moved, -mov·ing, -moves.** [ME *commeven* < OFr. *commovoir* < Lat. *commovere.*] —see COMMOTION. To agitate : disturb.

**com·mu·nal** (kə-myōō′nəl, kŏm′yə-) *adj.* [Fr. < LLat. *communalis* < *communis*, common.] **1.** Of or relating to a commune. **2.** Of or relating to a community. **3. a.** Of, relating to, or belonging to the people of a community. **b.** Typical of common ownership and control of goods and property. —**com′mu·nal′i·ty** (kŏm′yə-năl′ĭ-tē) *n.* —**com·mu′nal·ly** *adv.*

**com·mu·nal·ism** (kə-myōō′nə-lĭz′əm, kŏm′yə-nə-) *n.* **1.** A theory or system of government in which communities are virtually autonomous and loosely bound in a federation. **2.** Belief in or practice of communal ownership, as of assets and property. **3.** Devotion to the concerns of one's own ethnic group rather than those of society as a whole. —**com·mu′nal·ist** *n.* —**com·mu′nal·is′tic** *adj.*

**com·mu·nal·ize** (kə-myōō′nə-līz′, kŏm′yə-nə-) *vt.* **-ized, -iz·ing, -iz·es.** To change into communal property.

**com·mu·nard** (kŏm′yə-närd′) *n.* [Fr. < *commune*, division.] —see COMMUNE². **1.** A member or advocate of the 1871 Commune of Paris. **2.** *Communard.* One who lives in a commune.

**com·mune¹** (kə-myōōn′) *vi.* **-muned, -mun·ing, -munes.** [ME *communen* < OFr. *communier* < *commune*, common.] **1. a.** To exchange thoughts and feelings. **b.** To be in accord or agreement. **2.** To receive Communion.

**com·mune²** (kŏm′yōōn′, kə-myōōn′) *n.* [Fr. < Med. Lat. *communitas* < Lat. *communis*, common.] **1.** The smallest local political unit of certain European countries, governed by a mayor and municipal council. **2. a.** A local community having a government that promotes local interests. **b.** A medieval municipal corporation. **3. a.** A small group of people, often in a rural area, whose members have common interests and share or own property jointly. **b.** The members of a commune.

**com·mu·ni·ca·ble** (kə-myōō′nĭ-kə-bəl) *adj.* **1.** Capable of being transmitted <*communicable* diseases> **2.** Communicative. —**com·mu′ni·ca·bil′i·ty, com·mu′ni·ca·ble·ness** *n.* —**com·mu′ni·ca·bly** *adv.*

**com·mu·ni·cant** (kə-myōō′nĭ-kənt) *n.* **1.** One who receives or may receive Communion. **2.** One who communicates. —*adj.* Communicating.

**com·mu·ni·cate** (kə-myōō′nĭ-kāt′) *v.* **-cat·ed, -cat·ing, -cates.** [Lat. *communicare, communicat-* < *communis*, common.] —*vt.* **1. a.** To make known : DISCLOSE <*communicate* information> **b.** To manifest : disclose. **2.** To transmit (a disease) to others. —*vi.* **1.** To have an interchange, as of ideas or information. **2.** To express oneself effectively. *usage:* In recent years the verb *communicate* has developed the meaning "to express oneself effectively." This new sense, which occurs in contexts such as *a person who lacked the ability to communicate*, is now well established. **3.** To receive Communion. **4.** To be connected <hotel rooms that *communicate*> —**com·mu′ni·ca′tor** *n.*

**com·mu·ni·ca·tion** (kə-myōō′nĭ-kā′shən) *n.* **1.** The act or process of communicating : TRANSMISSION. **2.** The exchange of ideas, messages, or information, as by speech, signals, or writing. **3.** Something communicated, as information : MESSAGE. **4. communications.** A means of communicating, esp.: **a.** A system for sending and receiving messages, as by mail, telephone, or television. **b.** A network of routes for sending messages and transporting troops and supplies. **5. communications.** The art and technology of communicating. —**com·mu′ni·ca′tion·al** *adj.*

**communications satellite** *n.* An artificial satellite that aids communications, as by reflecting or relaying a radio signal.

**com·mu·ni·ca·tive** (kə-myōō′nĭ-kā′tĭv, -kə-tĭv) *adj.* **1.** Tending to communicate openly and readily : TALKATIVE. **2.** Of or relating to communication. —**com·mu′ni·ca′tive·ly** *adv.* —**com·mu′ni·ca′tive·ness** *n.*

**com·mun·ion** (kə-myōōn′yən) *n.* [ME *communioun*, Christian fellowship, Eucharist < LLat. *communio*, Eucharist < Lat., mutual participation < *communis*, common.] **1.** An act or instance of sharing or exchanging, as of ideas, opinions, or feelings. **2.** A religious or spiritual fellowship. **3.** A group of Christians with a common religous faith who practice the same rites : DENOMINATION. **4. Communion. a.** The Christian sacrament in which consecrated bread and wine are partaken of in celebration of Christ's Last Supper. **b.** The consecrated elements of this sacrament. **c.** The part of the Mass or other religious ritual in which Communion is received.

**com·mu·ni·qué** (kə-myōō′nĭ-kā′, -myōō′nĭ-kā′) *n.* [Fr. < *communiquer*, to announce < Lat. *communicare*, to communicate.] An official announcement or bulletin.

**com·mu·nism** (kŏm′yə-nĭz′əm) *n.* [Fr. *communisme* < *commun*, common < OFr. *commune.*] **1.** A social system marked by the common ownership of the means of production and common sharing of labor and products. **2. a.** A system of government in which the state controls the means of production and a single, usu. authoritarian party holds power with the intention of establishing a social order in which all goods are shared equally. **b.** The Marxist-Leninist version of Communist doctrine that provided the basis for the system of government in the former Soviet Union.

**Com·mu·nist** (kŏm′yə-nĭst) *n.* **1. a.** A member of a Marxist-Leninist party. **b.** A supporter of such a party or movement. **2. communist.** A communalist. **3.** A Communard. **4.** *often* **communist.** One who believes in or advocates communism. —*adj. also* **communist.** Relating to, typical of, or like communism or Communists.

**com·mu·nis·tic** (kŏm′yə-nĭs′tĭk) *adj.* Of, like, or inclined to communism. —**com′mu·nis′ti·cal·ly** *adv.*

**Communist Party** *n.* A Marxist-Leninist party.

**com·mu·ni·tar·i·an** (kə-myōō′nĭ-târ′ē-ən) *n.* A member or supporter of a communistic community.

**com·mu·ni·ty** (kə-myōō′nĭ-tē) *n., pl.* **-ties.** [ME *communite*, citizenry < OFr. *communite* < Lat. *communitas*, fellowship < *communis*, common.] **1. a.** A group of people residing in the same locality and under the same government. **b.** The area or locality in which such a group resides. **2.** A group or class having common interests <the academic *community*> **3.** Likeness or identity <a *community* of interests> **4.** Society as a whole. **5.** *Ecol.* **a.** A group of plants and animals living in a particular region under more or less similar conditions. **b.** The region in which such a group lives. **6.** Common ownership or participation.

**community antenna television** *n.* Cable television.

**community center** *n.* A meeting place used by members of a community for social, cultural, or recreational purposes.

**community chest** *n.* A fund financed by private contributions for aiding various charitable organizations.

**community college** *n.* A two-year college without residential facilities that is often government-funded.

**community property** *n.* Property owned jointly by a husband and wife.

**com·mu·nize** (kŏm′yə-nīz′) *vt.* **-nized, -niz·ing, -niz·es.** [< Lat. *communis*, common.] **1.** To bring under public ownership or control. **2.** To convert to Communist principles or control. —**com′mu·ni·za′tion** *n.*

**com·mut·a·ble** (kə-myōō′tə-bəl) *adj.* Capable of being exchanged or substituted. —**com·mut′a·bil′i·ty** *n.*

**com·mu·tate** (kŏm′yə-tāt′) *vt.* **-tat·ed, -tat·ing, -tates.** [Back-formation < COMMUTATION.] To reverse the direction of (an alternating electric current) each half-cycle to yield a unidirectional current.

**com·mu·ta·tion** (kŏm′yə-tā′shən) *n.* [ME *commutacioun* < Lat. *commutatio* < *commutare*, to commute.] **1.** A substitution or exchange. **2. a.** The substitution of one type of payment for another. **b.**


creamcups

**cream·er** (krē'mər) n. 1. A small pitcher or jug for cream. 2. A device for separating cream from milk. 3. A refrigerator in which milk is placed to form cream.
**cream·er·y** (krē'mə-rē) n., pl. **-ies.** A place where dairy products are prepared or sold.
**cream of tartar** n. Potassium bitartrate.
**cream puff** n. 1. A shell of light pastry filled with whipped cream, custard, etc. 2. Slang. A sissy.
**cream sauce** n. White sauce made by cooking together a flour and butter mixture with cream or milk.
**cream·y** (krē'mē) adj. **-i·er, -i·est.** Rich in or like cream. —**cream'i·ly** adv. —**cream'i·ness** n.
**crease** (krēs) n. [Obs. creast < ME crest, ridge. —see CREST.] 1. A line made by folding, pressing, or wrinkling. 2. One of the lines marking off the positions of the bowler and batsman in cricket or the space between two of these lines. 3. A rectangle marked off in front of the goalkeeper's cage in hockey. —v. **creased, creas·ing, creas·es.** vt. 1. To make a crease in. 2. To wound superficially with a bullet. —vi. To become wrinkled. —**crease'less** adj. —**creas'er** n. —**creas'y** adj.
**cre·ate** (krē-āt') vt. **-at·ed, -at·ing, -ates.** [ME createn < Lat. creare.] 1. To bring into being. 2. To give rise to : PRODUCE <The remark created great interest.> 3. To invest with an office or title : APPOINT. 4. To produce through artistic or imaginative effort <create a new ballet>. —adj. Archaic. Created.
**cre·a·tine** (krē'ə-tēn', -tĭn) n. [Gk. kreas, kreat-, flesh + -INE.] A nitrogenous organic acid, $C_4H_9N_3O_2$, found in the muscle tissue of many vertebrates.
**creatine phosphate** n. Phosphocreatine.
**cre·at·i·nine** (krē-ăt'n-ēn', -ĭn) n. [CREATIN(E) + -INE.] The creatine anhydride $C_4H_7N_3O$, a normal metabolic waste.
**cre·a·tion** (krē-ā'shən) n. 1. a. The act of creating or process of being created. b. The fact of having been created. 2. The act of investing with a title or office. 3. a. The world and everything in it. b. All creatures or a class of creatures. 4. An original product of human invention or artistic imagination. 5. A new, usu. specially designed garment. —**cre·a'tion·al** adj.
**cre·a·tion·ism** (krē-ā'shə-nĭz'əm) n. The postition that the account of the creation in Genesis is literally true. —**cre·a'tion·ist** adj. & n.
**cre·a·tive** (krē-ā'tĭv) adj. 1. Having the power or ability to create. 2. Productive. 3. Marked by originality : IMAGINATIVE. —**cre·a'tive·ly** adv. —**cre'a·tiv'i·ty** (-ĭ-tē), **cre·a'tive·ness** n.
**cre·a·tor** (krē-ā'tər) n. 1. One that creates. 2. **Creator.** GOD 1.
**crea·ture** (krē'chər) n. 1. Something created. 2. A living being, esp. an animal. 3. A human being. 4. One dependent on or subservient to another : TOOL. —**crea'tur·al** adj. —**crea'ture·ly** adj.
**creature comfort** n. Something adding to physical comfort.
**crèche** (krĕsh) n. [Fr. < OFr. crib, of Germanic orig.] 1. A usu. three-dimensional representation of the Nativity. 2. A foundling hospital. 3. Chiefly Brit. A day nursery.
**cre·dence** (krēd'ns) n. [ME < OFr. < Med. Lat. credentia < Lat. credere, to believe.] 1. Acceptance as true : BELIEF. 2. Claim to acceptance : TRUSTWORTHINESS. 3. Credential : recommendation <a letter of credence> 4. A small table used for holding the elements of the Eucharist.
**cre·den·tial** (krĭ-dĕn'shəl) n. [< Med. Lat. credentialis, giving authority < credentia, trust < Lat. credere, to believe.] 1. A factor entitling one to confidence, credit, or authority. 2. **credentials.** Evidence attesting one's right to credit, confidence, or authority.
**cre·den·za** (krĭ-dĕn'zə) n. [Ital. < Med. Lat. credentia, trust, from the practice of placing food and drink on a sideboard to be tasted by a servant before being served to ensure they contained no poison.] A cabinet, buffet, or sideboard, esp. one without legs.
**credibility gap** n. 1. Public skepticism about the truth of official claims and pronouncements. 2. Lack of trustworthiness. 3. A disparity or discrepancy.
**cred·i·ble** (krĕd'ə-bəl) adj. [ME < Lat. credibilis < credere, to believe.] 1. Capable of being believed : PLAUSIBLE. 2. Deserving confidence. —**cred'i·bil'i·ty** n. —**cred'i·ble·ness** n. —**cred'i·bly** adv.
**cred·it** (krĕd'ĭt) n. [OFr. < OItal. credito < Lat. creditum, loan < credere, to entrust.] 1. Belief or confidence in the truth of something : TRUST. 2. A reputation for sound character or quality : STANDING. 3. A source of honor or distinction <a credit to one's college> 4. Approval for an act, ability, or quality : PRAISE. 5. Influence based on the confidence or good opinion of others. 6. often **credits.** Acknowledgment of work done, as in the production of a movie or play. 7. a. Official certification that a student has successfully completed a course of study. b. A unit of study so certified. 8. Reputation for solvency and integrity entitling a party to be trusted in buying or borrowing. 9. a. Confidence in a buyer's ability and intention to fulfill financial obligations. b. Time allowed for payment for something sold on trust. 10. a. Deduction of a payment made by a debtor from an amount due. b. The right-hand side of a bookkeeping account on which such amounts are entered. c. An entry or the sum of the entries on this side. 11. The balance remaining in a person's account. 12. An amount placed by a bank at the disposal of a client. —vt. **-it·ed, -it·ing, -its.** 1. To believe in : TRUST <"she refused steadfastly to credit the reports of his death" —Agatha Christie> 2. Archaic. To bring distinction or honor to. 3. a. To give credit to for something <credited me with the invention> b. To ascribe to a person <credit the winning streak to the new manager> 4. a. To enter as a credit <credited the entire sum to my account> b. To make a credit entry in <credit an account> 5. To award or give an educational credit to.
**cred·it·a·ble** (krĕd'ĭ-tə-bəl) adj. 1. Deserving commendation : PRAISEWORTHY. 2. Worthy of belief. 3. Deserving commercial credit. 4. Capable of being assigned. —**cred'it·a·bil'i·ty, cred'it·a·ble·ness** n. —**cred'it·a·bly** adv.
**credit bureau** n. An organization from which business firms request credit data on prospective clients.
**credit card** n. A card entitling the holder to buy services or goods on credit.
**credit line** n. 1. A line of copy acknowledging the source or origin of a news dispatch, published article, movie, etc. 2. The maximum amount of credit to be extended to a customer.
**cred·i·tor** (krĕd'ĭ-tər) n. One to whom money or its equivalent is owed.
**credit rating** n. An estimate of the amount of credit that can be extended to a party without undue risk.
**credit union** n. A cooperative organization that makes loans to its members at relatively low interest rates.
**cred·it·wor·thy** (krĕd'ĭt-wûr'thē) adj. Having an acceptable credit rating. —**cred'it·wor'thi·ness** n.
**cre·do** (krē'dō, krā'-) n., pl. **-dos.** [Lat., I believe (the first word of the Apostles' Creed) < credere, to believe.] A creed.
**cre·du·li·ty** (krĭ-doo'lĭ-tē, -dyoo'-) n. [ME credulite < OFr. < Lat. credulitas < credulus, credulous.] A tendency to believe too readily.
**cred·u·lous** (krĕj'ə-ləs) adj. [Lat. credulus < credere, to believe.] 1. Tending to believe too readily : GULLIBLE. 2. Marked by or arising from credulity. —**cred'u·lous·ly** adv. —**cred'u·lous·ness** n.
**Cree** (krē) n., pl. **Cree** or **Crees.** 1. A member of an American Indian people inhabiting a large area from eastern Canada west to Alberta and the Great Slave Lake. 2. The Algonquian language of the Cree.
**creed** (krēd) n. [ME crede < OE creda < Lat. credo, I believe. —see CREDO.] 1. A formal statement of religious belief : confession of faith. 2. A statement or system of belief, principles, or opinions. —**creed'·al** (krēd'l) adj.
**creek** (krēk, krĭk) n. [ME creke, prob. < ON kriki, bend.] 1. A small stream, esp. a shallow or intermittent tributary to a river. 2. Chiefly Brit. A small inlet. —**up the creek.** Informal. In a difficult or unfortunate position.
**Creek** (krēk) n., pl. **Creek** or **Creeks.** 1. A member of an American Indian confederacy formerly inhabiting parts of Georgia, Alabama, and northern Florida, now living mainly in Oklahoma and southern Alabama. 2. The Muskhogean language of the Creek.
**creel** (krēl) n. [ME crelle.] 1. A wicker basket, esp. one used by anglers for carrying fish. 2. A frame for holding spools or bobbins in a spinning machine.
**creep** (krēp) vi. **crept** (krĕpt), **creep·ing, creeps.** [ME crepen < OE creopan.] 1. To move with the body close to the ground <a baby creeping across the rug> 2. a. To move cautiously or stealthily <a burger creeping from room to room> b. To move very slowly <rush hour traffic creeping along> 3. Bot. To grow along a surface, rooting at intervals or clinging by means of tendrils or suckers. 4. To shift gradually. 5. To have a tingling sensation. —n. 1. The act of creeping. 2. Slang. A repulsive, sinister person. 3. A slow flow of metal when under high temperature or great pressure. 4. Geol. Slow movement of rock debris and soil down a weathered slope. 5. **creeps.** Informal. A sensation of repugnance or fear.
**creep·er** (krē'pər) n. 1. One that creeps. 2. Bot. A plant with stems that grow along a surface, either rooting at intervals or clinging for support. 3. A grappling device for dragging bodies of water, as lakes. 4. **creepers.** A metal frame with spikes, attached to a shoe or boot to prevent slipping.

to reach puberty < *puber*, adult < *pubes*, pubic hair.] **1.** Covered with short hairs or soft down. **2.** Reaching or having reached puberty.
**pu·bic** (pyōō′bĭk) *adj.* [< PUBES.] Of or in the region of the lower part of the abdomen, the pubis, or the pubes.
**pu·bis** (pyōō′bĭs) *n., pl.* **-bes** (-bēz) [NLat. (*os*) *pubis*, (bone) of the pubes, groin.] The forward portion of either of the hipbones, at the juncture forming the front arch of the pelvis.
**pub·lic** (pŭb′lĭk) *adj.* [ME *publyk* < OFr. *public* < Lat. *publicus* < *populus*, people.] **1.** Of, affecting, or concerning the community or the people <the *public* good> **2.** Maintained for or used by the people or community <a *public* stadium> **3.** Participated in or attended by the community <a *public* concert> **4.** Connected with or acting on behalf of the people, community, or government <*public* officials> **5.** Open to the judgment or knowledge of all <a *public* statement> —*n.* **1.** The community or the people as a group. **2.** A group of people sharing a mutual interest. **3.** Admirers or followers, esp. of a celebrity. —**pub′lic·ness** *n.*
**Syns:** PUBLIC, DEMOCRATIC, GENERAL, POPULAR *adj.* core meaning: Representing, or carried on by the people <*public* elections> —Ant: PRIVATE
**public access** *n.* Availability of television or radio broadcast facilities provided by law, for use by the public for presentation of programs of those of community interest.
**public-address system** (pŭb′lĭk-ə-drĕs′) *n.* An electronic amplification apparatus with loudspeakers for broadcasting in public areas.
**pub·li·can** (pŭb′lĭ-kən) *n.* [ME, tax collector < OFr. *publicain* < Lat. *publicanus* < *publicum*, public revenue < *publicus*, public < *populus*, people.] **1.** *Chiefly Brit.* The keeper of a public house : INNKEEPER. **2.** A collector of public taxes or tolls in the ancient Roman Empire. **3.** A collector of taxes or tribute.
**public assistance** *n.* RELIEF 3.
**pub·li·ca·tion** (pŭb′lĭ-kā′shən) *n.* [ME *publicacioun* < OFr. < Lat. *publicatio* < *publicare*, to make public < Lat. *publicus*, public < *populus*, people.] **1.** The act or process of publishing printed matter. **2.** A piece of printed material offered for distribution or sale. **3.** Communication of information to the public.
**public defender** *n.* A usu. publicly appointed attorney or staff of attorneys having responsibility for the legal defense of those unable to obtain legal assistance.
**public domain** *n.* **1.** Land owned and controlled by the state or federal government. **2.** The status of products, publications, and processes not protected by copyright or patent.
**public health** *n.* The art and science of protecting and improving community health by means of preventive medicine, health education, communicable disease control, and the application of the social and sanitary sciences.
**public house** *n.* *Chiefly Brit.* A place, as a tavern, licensed to sell alcoholic beverages.
**public housing** *n.* Housing built, operated, and owned by a government and usu. provided at a low rent to the needy.
**public interest** *n.* **1.** The well-being of the general public : COMMON WEAL. **2.** The attention of the people with respect to events or occurrences.
**pub·li·cist** (pŭb′lĭ-sĭst) *n.* A press or publicity agent.
**pub·lic·i·ty** (pŭ-blĭs′ĭ-tē) *n.* [Fr. *publicité* < *public*, public < OFr. PUBLIC.] **1. a.** Information concerning a person, group, event, or product that is disseminated through various communications media to attract public attention. **b.** Public notice, interest, or notoriety gained by the spreading of such information. **c.** The act, process, or occupation of disseminating information to gain public interest. **2.** The state of being public.
**pub·li·cize** (pŭb′lĭ-sīz′) *vt.* **-cized, -ciz·ing, -ciz·es.** To give publicity to <*publicize* a new movie>
**public law** *n.* **1.** The branch of law dealing with the state or government and its relationships with individuals or other governments. **2.** A law affecting the public.
**pub·lic·ly** (pŭb′lĭk-lē) *adv.* **1.** In a public manner : OPENLY. **2.** By or with consent of the public.
**public offering** *n.* The sale of a new securities issue to the public by an underwriter.
**public opinion** *n.* Public consensus, as with respect to an issue.
**pub·lic-o·pin·ion** (pŭb′lĭk-ə-pĭn′yən) *adj.*
**public policy** *n.* The policy or set of policies forming the foundation of public laws, esp. when not yet formally enunciated.
**public prosecutor** *n.* A government official who prosecutes criminal actions on behalf of the state or community.
**public relations** *pl.n.* **1. a.** The methods and activities employed in inducing the public to understand and regard favorably a person, group, or institution. **b.** The degree of understanding and favorable regard achieved. **2.** A staff hired to promote a favorable relationship with the public. **3.** The art or science of promoting favorable relations with the public.

**public sale** *n.* AUCTION 1.
**public school** *n.* **1.** A U.S. elementary or secondary school supported by public funds and providing free education for children of a community or district. **2.** *Chiefly Brit.* A private boarding school for pupils between the ages of 13 and 18.
**public servant** *n.* One elected or appointed to a government position <senators, judges, and other *public servants*>
**public service** *n.* **1.** Employment in a governmental system, esp. in the civil services. **2.** A service performed for public benefit.
**pub·lic-serv·ice corporation** (pŭb′lĭk-sûr′vĭs) *n.* A corporation providing utilities for the public.
**public speaking** *n.* The art or process of making speeches before an audience. —**public speaker** *n.*
**pub·lic-spir·it·ed** (pŭb′lĭk-spĭr′ĭ-tĭd) *adj.* Motivated by or exhibiting devotion to the public welfare. —**pub′lic-spir′it·ed·ness** *n.*
**public television** *n.* Noncommercial television providing esp. educational programs for the public.
**public utility** *n.* **1.** A private business organization, subject to governmental regulation, that provides an essential commodity or service, as water, electricity, or communication, to the public. **2.** *often* **public utilities.** Stock shares issued by a public utility.
**public works** *pl.n.* Construction projects, as highways or dams, financed by public funds and constructed by a government for the general public.
**pub·lish** (pŭb′lĭsh) *v.* **-lished, -lish·ing, -lish·es.** [ME *publishen* < OFr. *publier* < LLat. *publicare*, to make public. —see PUBLICATION.] —*vt.* **1.** To issue and prepare (printed material) for public distribution or sale. **2.** To bring to public notice : ANNOUNCE. —*vi.* **1.** To issue a publication. **2.** To be the author of a published work or works. —**pub′lish·a·ble** *adj.* —**pub′lish·er** (pŭb′lĭ-shər) *n.*
**puc·coon** (pə-kōōn′) *n.* [Algonquian *pocoon*.] **1. a.** A North American plant of the genus *Lithospermum*, yielding a red or yellow dye, esp. *L. canescens*, having orange flowers. **b.** A plant yielding a reddish dye, as the bloodroot. **2.** The dye from a puccoon.
**puce** (pyōōs) *n.* [Fr. (*couleur*) *puce*, flea (color) < Lat. *pulex*, flea.] A deep red to dark grayish purple. —**puce** *adj.*
**puck** (pŭk) *n.* [Prob. < dial. *puck*, to strike, var. of POKE¹.] A hard rubber disk used in ice hockey.
**Puck** (pŭk) *n.* [ME *pouke* < OE *pūca*.] A mischievous sprite in English folklore.
**puck·a** (pŭk′ə) *n. var. of* PUKKA.
**puck·er** (pŭk′ər) *v.* **-ered, -er·ing, -ers.** [Perh. < POCKET.] —*vt.* To gather into small folds or wrinkles. —*vi.* To become contracted and wrinkled. —**puck′er** *n.*
**puck·ish** (pŭk′ĭsh) *adj.* Playful : impish. —**puck′ish·ly** *adv.* —**puck′ish·ness** *n.*
**pud·ding** (pŏŏd′ĭng) *n.* [ME < OFr. *boudin* < Lat. *botulus*, sausage.] **1. a.** A sweet dessert, usu. containing flour or a cereal product, that has been steamed, boiled, or baked. **b.** A mixture with a soft puddinglike consistency. **2.** A sausagelike preparation made with minced meat or other ingredients stuffed into a bag or skin and boiled.
**pudding stone** *n.* CONGLOMERATE 2.
**pud·dle** (pŭd′l) *n.* [ME *podel*, dim. of OE *pudd*, ditch.] **1.** A small pool of liquid, esp. of muddy water. **2.** A tempered paste of wet clay and sand used as waterproofing. —*v.* **-dled, -dling, -dles.** —*vt.* **1.** To make muddy. **2.** To work (clay or sand) into a thick, watertight paste. **3.** To process (impure metal) by puddling. —*vi.* To splash or dabble in or as if in a puddle. —**pud′dly** *adj.*
**pud·dler** (pŭd′lər) *n.* One who puddles iron or clay.
**pud·dling** (pŭd′lĭng) *n.* **1.** Purification of impure metal, esp. pig iron, by agitation of a molten bath of the metal in an oxidizing atmosphere. **2.** Compaction of wet material, as clay, to make a watertight paste.
**pu·den·cy** (pyōōd′n-sē) *n.* [LLat. *pudentia* < Lat. *pudēre*, to be ashamed.] Modesty.
**pu·den·dum** (pyōō-dĕn′dəm) *n., pl.* **-da** (-də) [Lat., neuter gerundive of *pudere*, to be ashamed.] **1.** A woman's external genital organs. **2. pudenda.** External genitals of either sex. —**pu·den′dal** *adj.*
**pudg·y** (pŭj′ē) *adj.* **-i·er, -i·est.** [Orig. unknown.] Short and fat : CHUBBY. —**pudg′i·ness** *n.*
**pueb·lo** (pwĕb′lō) *n., pl.* **-los.** [Sp., pueblo, people < Lat. *populus*, people.] **1. Pueblo** *pl.* **Pueblo** or **-los.** A member of any of various American Indian peoples, such as the Hopi or Zuñi, living in established villages in northern and western New Mexico and northeastern Arizona. **2.** A permanent village of any of the Pueblo peoples, typically consisting of multilevel adobe or stone communal dwellings around a central plaza.
**pu·er·ile** (pyōō′ər-əl, pyōōr′əl, -ĭl′) *adj.* [Fr. *puéril* < Lat. *puerilis* < *puer*, child.] **1.** Belonging to childhood : JUVENILE. **2.** Childish : immature. —**pu′er·ile·ly** *adv.* —**pu′er·ile·ness, pu′er·il′i·ty** (-ĭl′ĭ-tē) *n.*
**pu·er·per·al** (pyōō-ûr′pər-əl) *adj.* [< Lat. *puerperus*, bearing children : *puer*, child + *parēre*, to bear.] Associated with, resulting from, or occurring after childbirth.
**puerperal fever** *n.* Infection of the endometrium and of the blood stream after childbirth.
**pu·er·pe·ri·um** (pyōō′ər-pĭr′ē-əm) *n., pl.* **-ri·a** (-ē-ə) [Lat., childbirth < *puerperus*, bearing children. —see PUERPERAL.] **1.** The state of

**re·gard·ful** (rĭ-gärd′fəl) *adj.* 1. Attentive : heedful. 2. Deferential : respectful. **—re·gard′ful·ly** *adv.* **—re·gard′ful·ness** *n.*
**re·gard·ing** (rĭ-gär′dĭng) *prep.* In reference to.
**re·gard·less** (rĭ-gärd′lĭs) *adj.* Unmindful. *—adv.* In spite of everything : ANYWAY. **—re·gard′less·ly** *adv.* **—re·gard′less·ness** *n.*
**regardless of** *prep.* In spite of.
**re·gat·ta** (rĭ-gä′tə, -găt′ə) *n.* [Ital.] A boat race or an organized series of boat races.
**re·ge·late** (rē′jə-lāt′, rē′jə-lāt′) *vi.* **-lat·ed, -lat·ing, -lates.** [RE- + Lat. *gelare, gelat-,* to freeze.] To undergo regelation.
**re·ge·la·tion** (rē′jə-lā′shən) *n.* 1. Fusion of two blocks of ice by pressure. 2. Successive melting under pressure and freezing when pressure is relaxed at the interface of two blocks of ice.
**re·gen·cy** (rē′jən-sē) *n., pl.* **-cies.** 1. A person or group chosen to head the government in case of a monarch's minority, absence, incompetence, or sickness. 2. The period during which a regent governs. 3. The office, area of jurisdiction, or government of a regent or regents. *—adj.* **—Re·gen·cy.** Of, pertaining to, or typical of the style, esp. in furniture, common during the regency (1811–20) of George, Prince of Wales.
**re·gen·er·ate** (rĭ-jĕn′ə-rāt′) *v.* **-at·ed, -at·ing, -ates.** [Lat. *regenerare, regenerat-,* to reproduce : *re-,* again + *generare,* to beget < *genus,* birth.] *—vt.* 1. To reform spiritually or morally. 2. To form, construct, or create anew. 3. *Biol.* To replace (a lost or damaged organ in part) by formation of new tissue. *—vi.* 1. To become formed or constructed again. 2. To undergo spiritual conversion or rebirth. 3. To effect regeneration. *—n.* (rĭ-jĕn′ər-ĭt). One spiritually reborn or reformed. *—adj.* (rĭ-jĕn′ər-ĭt). 1. Spiritually or morally revitalized. 2. Restored : renewed. **—re·gen′er·a·ble** (-rə-bəl) *adj.* **—re·gen′er·a·cy** (-jĕn′ər-ə-sē) *n.* **—re·gen′er·ate·ly** *adv.* **—re·gen′er·a·tor** *n.*
**re·gen·er·a·tion** (rĭ-jĕn′ə-rā′shən) *n.* 1. An act or process of regenerating or state of being regenerated. 2. Spiritual or moral revival or rebirth. 3. *Biol.* Regrowth of lost or destroyed parts or organs.
**re·gen·er·a·tive** (rĭ-jĕn′ə-rā′tĭv, -ər-ə-tĭv) *adj.* 1. Of, relating to, or characterized by regeneration. 2. Apt to regenerate. **—re·gen′er·a·tive·ly** *adv.*
**re·gent** (rē′jənt) *n.* [ME < OFr., ruling < Lat. *regens,* pr.part. of *regere,* to rule.] 1. One who rules during the minority, absence, or disability of a monarch. 2. One acting as a ruler or governor. 3. One serving on a governing board of an institution, as a university. **—re·gent·al** (-jən-tl) *adj.*
**reg·gae** (rĕg′ā) *n.* [Orig. unknown.] Popular music of Jamaican origin combining elements of calypso, soul, and rock 'n' roll and marked by simple syncopated rhythm.
**reg·i·cide** (rĕj′ĭ-sīd′) *n.* [Lat. *rex, regi-,* king + -CIDE.] 1. Murder of a king. 2. One who murders a king. **—reg′i·ci′dal** (-sīd′l) *adj.*
**re·gime** *also* **ré·gime** (rā-zhēm′, rĭ-) *n.* [Fr. *régime* < Lat. *regimen < regere,* to rule.] 1. **a.** A management system. **b.** A government in power : ADMINISTRATION <the Tory *regime*> 2. A social system or pattern. 3. REGIMEN 2.
**reg·i·men** (rĕj′ə-mən, -mĕn′) *n.* [ME < Lat., regime.] 1. Governmental rule or control. 2. A system, as of therapy or diet.
**reg·i·ment** (rĕj′ə-mənt) *n.* [ME < OFr. < LLat. *regimentum,* rule < *regere,* to rule.] A military unit of ground or airborne troops composed of at least two battalions <an artillery *regiment*> <a paratroop *regiment*> *—vt.* (rĕj′ə-mĕnt′) **-ment·ed, -ment·ing, -ments.** 1. To organize into a regiment. 2. To appoint to a regiment. 3. To put into systematic order. 4. To impose uniformity and rigid order upon. **—reg′i·men′tal** (-mĕn′tl) *adj.* **—reg′i·men′tal·ly** *adv.* **—reg′i·men·ta′tion** *n.*
**reg·i·men·tals** (rĕj′ə-mĕnt′lz) *pl.n.* 1. The uniform and insignia typical of a specific regiment. 2. Military dress.
**re·gion** (rē′jən) *n.* [ME *regioun* < OFr. *region* < Lat. *regio < regere,* to rule.] 1. A large, usu. continuous portion of a surface or space : AREA. 2. A large, indefinite area of the earth's surface. 3. A particular place or territory. 4. A field of interest or activity : SPHERE. 5. A part of the earth marked by distinctive animal or plant life. 6. An area of the body with natural or arbitrarily assigned boundaries <the *region* of the lower back>
**re·gion·al** (rē′jə-nəl) *adj.* 1. Of, relating to, or characteristic of a large geographic region. 2. Of, relating to, or typical of a specific region : not LOCALIZED. 3. Of, belonging to, or typical of a form of a language that is distributed in identifiable geographic areas and has identifiable phonetic, structural, and other differences from the standard form of the language : DIALECTAL. *—n.* 1. Something that serves a region as a branch of an organization. 2. One that is regional. **—re′gion·al·ly** *adv.*
**ré·gis·seur** (rā′zhē-sûr′) *n., pl.* **-seurs** (-sûr′) [Fr. < *régir,* to direct < Lat. *regere < rex,* king.] The director of a ballet.
**reg·is·ter** (rĕj′ĭ-stər) *n.* [ME *registre* < OFr. < Med. Lat. *registrum < Lat., neuter pl. of *regestus,* p.part. of *regerere,* to bring back < *gerere,* to carry.] 1. **a.** A formal or official recording of items, names, or actions. **b.** A book for such entries. 2. An entry in a register. 3. A device that automatically registers an amount or number. 4. An adjustable grill-like device through which heated or cooled air is released into a room. 5. Correct alignment or positioning. 6. Registration : registry. 7. *Mus.* **a.** The range of an instrument or voice. **b.** A part of such a range that has similar quality. **c.** A group of matched organ pipes : STOP. *—v.* **-tered, -ter·ing, -ters.** *—vt.* 1. **a.** To enter in an official register. **b.** To enroll formally or officially. 2. To indicate, as on an instrument or scale. 3. To show (emotion). 4. To cause (mail) to be officially recorded by payment of a fee. *—vi.* 1. To place or cause placement of one's name in a register. 2. To have one's name officially placed on a list of eligible voters. 3. To make an impression. 4. To be properly aligned. **—reg′is·ter·er** *n.* **—reg′is·tra·ble** (-ĭ-strə-bəl) *adj.*
**reg·is·tered** (rĕj′ĭ-stərd) *adj.* 1. Having the owner's name listed in a register <*registered* bonds> 2. Having a pedigree recorded in a breed association studbook <a *registered* cocker spaniel> 3. Officially qualified <a *registered* pharmacist>
**registered mail** *n.* Mail that is recorded by the post office when sent and at each point on its route so as to assure safe delivery.
**registered nurse** *n.* A graduate trained nurse who has passed a state registration examination.
**reg·is·trant** (rĕj′ĭ-strənt) *n.* One who registers or is registered.
**reg·is·trar** (rĕj′ĭ-strär′, rĕj′ĭ-strär′) *n.* 1. An officer in a college or university who keeps records on the enrollment and academic standing of students. 2. An officer of a corporation charged with maintaining records of ownership of its securities. 3. A hospital admitting officer.
**reg·is·tra·tion** (rĕj′ĭ-strā′shən) *n.* 1. An act of registering. 2. The number of persons registered : ENROLLMENT. 3. An entry in a register. 4. A document certifying an act of registering. 5. *Mus.* **a.** A combination of organ stops chosen to be used in playing a piece. **b.** The technique of choosing and adjusting organ stops.
**reg·is·try** (rĕj′ĭ-strē) *n., pl.* **-tries.** 1. Registration. 2. A ship's registered nationality : FLAG. 3. A place for registering. 4. A book for official records.
**re·gius professor** (rē′jəs, -jē-əs) *n.* [< Lat. *regius,* royal < *rex,* king.] One holding a professorship set up by royal subsidy at certain British universities.
**reg·let** (rĕg′lĭt) *n.* [OFr. < *regle,* ruler < Lat. *regula < regere,* to rule.] 1. A narrow, flat molding. 2. A flat piece of wood for separating lines of printing type.
**reg·nal** (rĕg′nəl) *adj.* [Med. Lat. *regnalis,* royal < Lat. *regnum,* reign < *rex,* king.] Specifying a particular year of a monarch's reign reckoned from the date of accession.
**reg·nant** (rĕg′nənt) *adj.* [Lat. *regnans,* pr.part. of *regnare,* to reign < *regnum,* reign < *rex,* king.] 1. Reigning : ruling. 2. Predominant. 3. Widespread : prevalent.
**reg·o·lith** (rĕg′ə-lĭth′) *n.* [Gk. *rhēgos,* blanket + -LITH.] The layer of loose rock material resting on bedrock, making up the surface of most land.



regolith

**re·gorge** (rē-gôrj′) *vt.* **-gorged, -gorg·ing, -gorg·es.** [Fr. *regorger* < OFr. : *re-,* back + *gorger,* to gorge < *gorge,* throat.] To disgorge.
**re·gress** (rĭ-grĕs′) *v.* **-gressed, -gress·ing, -gress·es.** [Lat. *regredi, regress- : re-,* back + *gradi,* to go.] *—vi.* 1. To revert or return to a former and usu. worse condition. 2. To have a tendency to approach or return to a statistical mean. *—vt.* To induce a state of regression in. *—n.* (rē′grĕs′). 1. Return or withdrawal. 2. An act of reasoning backward from an effect to a cause. **—re·gres′sor** *n.*
**re·gres·sion** (rĭ-grĕsh′ən) *n.* 1. Reversion : retrogression. 2. Relapse to a less perfect or developed state. 3. *Psychoanal.* Reversion to a more primitive or less mature behavior pattern. 4. *Statistics.* The tendency for the expected value of one of two jointly correlated random variables to approach more closely the mean value of its set than the other. 5. *Astron.* Retrogradation.
**re·gres·sive** (rĭ-grĕs′ĭv) *adj.* 1. Likely to return or revert. 2. Marked by regression or a tendency to regress. 3. Having the rate decrease as the taxable amount increases. **—re·gres′sive·ly** *adv.* **—re·gres′sive·ness** *n.*
**re·gret** (rĭ-grĕt′) *v.* **-gret·ted, -gret·ting, -grets.** [ME *regretten* < OFr. *regretter,* to lament.] *—vt.* 1. To feel sorry, disappointed, or distressed about. 2. To feel sorrow or grief over : MOURN. *—vi.* To feel regret. *—n.* 1. A sense of loss and longing for someone gone. 2. Dis-

—**trans•gres'sive** *adj.* —**trans•gres'sive•ly** *adv.* —**trans•gres'sor** *n.*

**tran•ship** (trăn-shĭp', trăns-) *v. var. of* TRANSSHIP.

**trans•hu•mance** (trăns-hyo͞o'məns, trănz-) *n.* [Fr. < *transhumer,* to move livestock seasonally < Sp. *transhumar* : Lat. *trans,* across + Lat. *humus,* ground.] Seasonal movement of livestock and herders to different grazing grounds. —**trans•hu'mant** *adj. & n.*

**tran•sient** (trăn'shənt, -zhənt, -zē-ənt) *adj.* [Lat. *transiens, transeunt-,* pr.part. of *transire,* to go over : *trans,* over + *ire,* to go.] 1. Lasting only a short time : TRANSITORY <a *transient* civilization now extinct> 2. a. Passing through from one place to another <*transient* farm laborers> b. Intended for the use of temporary residents <*transient* billets> 3. *Physics.* Decaying with time, esp. as a simple exponential function of time. —*n.* 1. One that is transient <*transients* at a hotel> 2. *Physics.* A transient phenomenon or property, esp. a transient electric current. —**tran•sience** (trăn'shəns, -zhəns, -zē-əns), **tran•sien•cy** (-shən-sē, -zhən-sē, -zē-ən-sē) *n.* —**tran'sient•ly** *adv.*

**trans•il•lu•mi•na•tion** (trăns'ĭ-lo͞o'mə-nā'shən, trănz'-) *n. Med.* Examination of a bodily part or organ by passing a light through its walls. —**trans•il•lu•mi•nate** (-lo͞o'mə-nāt') *v.* (-**nat•ed, -nat•ing, -nates**). —**trans•il'lu•mi'na•tor** *n.*

**tran•sis•tor** (trăn-zĭs'tər, -sĭs'-) *n.* [TRANS(FER) + (RES)ISTOR.] 1. A three-terminal semiconductor device for amplification, switching, and detection, typically containing two rectifying junctions and operating so that the current between one pair of terminals controls the current between the other pair, one terminal being common to input and output. 2. A radio fitted with transistors.

**tran•sis•tor•ize** (trăn-zĭs'tə-rīz', -sĭs'-) *vt.* -**ized, -iz•ing, -iz•es.** To fit (an electronic circuit or device) with transistors. —**tran•sis'tor•i•za'tion** *n.*

**transistor radio** *n.* TRANSISTOR 2.

**tran•sit** (trăn'sĭt, -zĭt) *n.* [Lat. *transitus* < p.part. of *transire,* to go across. —see TRANSIENT.] 1. a. Passage over, across, or through. b. Conveyance of goods or persons from one place to another, esp. on a local public transport system. 2. A transition or change, esp. from one life to another at death. 3. *Astron.* a. The passage of a celestial body across the observer's meridian. b. The passage of a smaller celestial body across the disk of a larger celestial body. 4. A surveying instrument that measures horizontal and vertical angles. —*v.* -**sit•ed, -sit•ing, -sits.** —*vt.* 1. To pass over, across, or through. 2. To revolve (the telescope of a surveying transit) about the horizontal transverse axis for direction reversal. —*vi. Astron.* To make a transit. —**in transit.** In the course of transit.



transit

**tran•si•tion** (trăn-zĭsh'ən, -sĭsh'-) *n.* 1. An act, process, or instance of changing from one state, form, activity, or place to another. 2. Passage from one subject to another. 3. *Mus.* a. A modulation, esp. a brief one. b. A passage connecting two themes. —**tran•si'tion•al, tran•si'tion•ar•y** (-ə-nĕr'ē) *adj.* —**tran•si'tion•al•ly** *adv.*

**transition element** *n.* 1. Any of the elements that serve as transitional links between the most and the least electropositive in a series of elements, and that are marked by high melting points, densities, magnetic moments, multiple valences, and the ability to form stable complex ions. 2. Any of the elements in which an inner electron shell rather than an outer shell is only partially filled, generally taken to include elements 21–29, 38–46, and 71–78.

**transition metal** *n.* A transition element.

**tran•si•tive** (trăn'sĭ-tĭv, -zĭ-) *adj.* [LLat. *transitivus* < *transitio,* transition < *transire,* to go over. —see TRANSIENT.] 1. Expressing an action carried from the subject to the object and requiring a direct object to complete the meaning. —Used of a verb. 2. Marked by or effecting transition. —*n.* A transitive verb. —**tran'si•tive•ly** *adv.* —**tran'si•tive•ness, tran'si•tiv'i•ty** (-tĭv'ĭ-tē) *n.*

**tran•si•to•ry** (trăn'sĭ-tôr'ē, -tōr'ē, trăn'zĭ-) *adj.* [ME *transitorie* < LLat. *transitorius* < Lat., having a passageway < *transitus,* transit. —see TRANSIT.] TRANSIENT 1. —**tran'si•to'ri•ly** *adv.* —**tran'si•to'ri•ness** *n.*

* ***syns:*** TRANSITORY, MOMENTARY, PASSING, SHORT-LIVED, TEMPORARY, TRANSIENT *adj. core meaning* : lasting or existing only for a short time <the *transitory* Arctic summer> <*transitory* popularity> *ants:* ENDURING, LASTING

**trans•late** (trăns-lāt', trănz-, trăns'lāt', trănz'-) *v.* -**lat•ed, -lat•ing, -lates.** [ME *translaten* < Lat. *transferre, translat-* : *trans,* across + *ferre,* to carry.] —*vt.* 1. To express in another language, while systematically retaining the original sense. 2. To put into simpler terms : EXPLAIN <*translate* complex legal documents into lay people's language> 3. To change from one form or style to another : CONVERT <*translate* ideas into reality> 4. To transfer (a bishop) to another see. 5. To forward or retransmit (a telegraphic message). 6. To convey to heaven without natural death. 7. *Physics.* To subject (a body) to translation. 8. *Archaic.* To transport : enrapture. 9. *Genetics.* To subject (a genetic code) to translation during protein synthesis. —*vi.* 1. a. To make a translation. b. To work as a translator. 2. To admit of translation <a Russian proverb that does not *translate* easily> 3. *Aerospace.* To move from one place to another in space by means of reaction power. —**trans•lat'a•bil'i•ty, trans•lat'a•ble•ness** *n.* —**trans•lat'a•ble** *adj.*

**trans•la•tion** (trăns-lā'shən, trănz-) *n.* 1. The act or process of translating, esp. from one language to another, or the state of being translated. 2. A translated version of a text. 3. *Physics.* Motion of a body in which every point of the body moves parallel to and the same distance as every other point of the body. 4. *Genetics.* The process by which the genetic information in a messenger RNA molecule directs the linear sequence of amino acids in a protein molecule during protein synthesis on a ribosome. —**trans•la'tion•al** *adj.*

**trans•la•tor** (trăns-lā'tər, trănz-, trăns'lā'tər, trănz'-) *n.* 1. One who translates, esp. one hired to translate written works. 2. An interpreter. —**trans'la•to'ri•al** (trăns'lə-tôr'ē-əl, -tōr'-, trănz'-) *adj.*

**trans•lit•er•ate** (trăns-lĭt'ə-rāt', trănz-) *vt.* -**at•ed, -at•ing, -ates.** [TRANS- + Lat. *littera,* letter + -ATE¹.] To represent (letters or words) in the corresponding characters of another alphabet. —**trans•lit'er•a'tion** *n.*

**trans•lo•cate** (trăns'lō-kāt', trănz'-, trăns-lō'-, trănz'-) *vt.* -**cat•ed, -cat•ing, -cates.** To cause to change from one position to another : DISPLACE.

**trans•lo•ca•tion** (trăns'lō-kā'shən, trănz'-) *n.* 1. A change in location. 2. *Genetics.* A chromosomal aberration in which different nonhomologous genes are interchanged.

**trans•lu•cent** (trăns-lo͞o'sənt, trănz-) *adj.* [Lat. *translucens, translucent-,* pr.part. of *translucēre,* to shine through : *trans,* through + *lucēre,* to shine.] Admitting and diffusing light so that objects beyond cannot be clearly perceived. —**trans•lu'cence, trans•lu'cen•cy** *n.* —**trans•lu'cent•ly** *adv.*

**trans•ma•rine** (trăns'mə-rēn', trănz'-) *adj.* [Lat. *transmarinus* : *trans,* across + *mare,* sea.] 1. Crossing the sea <*transmarine* shipments> 2. Located beyond or coming from across the sea <*transmarine* peoples>

**trans•mem•brane** (trăns-mĕm'brān', trănz-) *adj.* Occurring or passing across a membrane.

**trans•mi•grant** (trăns-mī'grənt, trănz-) *n.* 1. One who transmigrates. 2. An immigrant passing through a country while traveling to the country of destination.

**trans•mi•grate** (trăns-mī'grāt', trănz-, trăns'mī'-, trănz'-) *vi.* -**grat•ed, -grat•ing, -grates.** [Lat. *transmigrare, transmigrat-* : *trans,* across + *migrare,* to migrate.] 1. To migrate : emigrate. 2. To pass into another body after death. —Used of the soul. —**trans•mi'gra•tor** *n.* —**trans•mi'gra•to'ry** (-mī'grə-tôr'ē, -tōr'ē) *adj.*

**trans•mi•gra•tion** (trăns'mī-grā'shən, trănz'-) *n.* 1. The act or process of transmigrating. 2. Passage of a soul into another body after death : METEMPSYCHOSIS. —**trans'mi•gra'tion•ism** *n.*

**trans•mis•si•ble** (trăns-mĭs'ə-bəl, trănz-) *adj.* Able to undergo transmission <*transmissible* viruses> —**trans•mis'si•bil'i•ty** *n.*

**trans•mis•sion** (trăns-mĭsh'ən, trănz-) *n.* [Lat. *transmissio,* a sending across < *transmittere,* to transmit.] 1. The act or process of transmitting or the state of being transmitted. 2. Something, as a voice or message, that is transmitted. 3. a. An automotive assembly of gears and associated parts by which power is transmitted from the engine to a drive shaft. b. A system of gears. 4. Passage of modulated carrier waves from a transmitter. —**trans•mis'sive** (-mĭs'ĭv) *adj.* —**trans'mis•siv'i•ty** (-sĭv'ĭ-tē) *n.*

**trans•mis•som•e•ter** (trăns'mĭ-sŏm'ĭ-tər, trănz'-) *n.* [TRANSMISS(ION) + -METER.] A device for measuring the transmission of light through a medium. —**trans'mis•som'e•try** *n.*

**trans•mit** (trăns-mĭt', trănz-) *v.* -**mit•ted, -mit•ting, -mits.** [ME *transmitten* < Lat. *transmittere* : *trans,* across + *mittere,* to send.] —*vt.* 1. To convey or dispatch from one person, thing, or place to another. 2. To cause to spread <*transmit* a contagious disease> 3. To convey to others by heredity. 4. *Electron.* To send (a signal), as by wire or radio. 5. *Physics.* To cause (a disturbance) to propagate through a medium. 6. To convey (force or energy) from one part of a mechanism to another. —*vi.* To send out a signal. —**trans•mit'ta•ble** *adj.* —**trans•mit'tal** (trăns-mĭt'l, trănz-) *n.*

**trans•mit•tance** (trăns-mĭt'ns, trănz-) *n.* 1. TRANSMISSION 1. 2. *Physics.* The ratio of the radiant energy transmitted to the total radiant energy incident on a given body.

**trans•mit•ter** (trăns-mĭt'ər, trănz-) *n.* One that transmits, as: a. A

o͞o boot   ou out   th thin   th this   ŭ cut   ûr urge   y young   ə abuse   zh vision   ə about, item, edible, gallop, circus

**uric acid** *n.* A white crystalline compound, $C_5H_4N_4O_3$, the end product of purine metabolism in humans and other primates, birds, terrestrial reptiles, and most insects.

**u·ri·co·sur·ic** (yŏŏr′ĭ-kə-sŏŏr′ĭk) *adj.* [URIC + -O- + -S- (connective element) + URIC.] Promoting excretion of uric acid in the urine.

**u·ri·co·tel·ic** (yŏŏr′ĭ-kō-tĕl′ĭk) *adj.* Excreting unneeded nitrogen in the form of uric acid. —**u′ri·co·tel′ism** (-tĕl′ĭz′əm, -kŏt′l-) *n.*

**u·ri·dine** (yŏŏr′ĭ-dēn′) *n.* A white, odorless powder, $C_9H_{12}N_2O_6$, that is the nucleoside of uracil, important in carbohydrate metabolism and used in biochemical experiments.

**U·ri·el** (yŏŏr′ē-əl) *n.* [Heb. *ūrī'ēl.*] One of the archangels.

**U·rim and Thum·mim** (yŏŏr′ĭm ən thŭm′ĭm) *pl.n.* Objects carried inside the breastplate of the chief priests of ancient Israel and used as oracular media to divine the will of God.

**urin–** *pref. var. of* URINO-.

**u·ri·nal** (yŏŏr′ə-nəl) *n.* [ME, chamber pot < OFr. < LLat. < *urina,* urine.] 1. **a.** An upright wall fixture used by men for urinating. **b.** A room or other enclosure containing such a fixture. 2. A receptacle for urine used by a bedridden patient.

**u·ri·nal·y·sis** (yŏŏr′ə-năl′ĭ-sĭs) *n.* [URIN(O) + (AN)ALYSIS.] Chemical analysis of urine.

**u·ri·nar·y** (yŏŏr′ə-nĕr′ē) *adj.* Of or pertaining to urine, its production, function, or excretion.

**urinary bladder** *n.* A muscular membranous sac situated in the anterior part of the pelvic cavity and serving as a urine reservoir prior to excretion.

**urinary calculus** *n. Pathol.* A solid concretion of mineral and organic substances in the urinary tract.

**u·ri·nate** (yŏŏr′ə-nāt′) *vi.* **-nat·ed, -nat·ing, -nates.** [Med. Lat. *urinare, urinat-* < Lat. *urina,* urine.] To discharge urine.

**u·rine** (yŏŏr′ĭn) *n.* [ME < OFr. < Lat. *urina.*] The fluid and dissolved substances secreted by the kidneys, stored in the bladder, and discharged from the body through the urethra.

**u·ri·nif·er·ous** (yŏŏr′ə-nĭf′ər-əs) *adj.* Conveying urine.

**urino–** *or* **urin–** *pref.* [< Lat: *urina,* urine.] Urine <*urinalysis*>

**u·ri·no·gen·i·tal** (yŏŏr′ə-nō-jĕn′ĭ-təl) *n. var. of* UROGENITAL.

**u·ri·nous** (yŏŏr′ə-nəs) *also* **u·ri·nose** (-nōs′) *adj.* Of, resembling, or containing urine.

**urn** (ûrn) *n.* [ME *urne* < Lat. *urna.*] 1. A vase of varying size and shape, usu. having a footed base or pedestal, esp. an ornamental vase for holding the ashes of the dead. 2. A closed metal vessel having a spigot and used for making or serving tea or coffee. 3. *Bot.* The spore-bearing part of a moss capsule.

**uro–¹** *or* **ur–** *pref.* [NLat. < Gk. *ouro-* < *ouron,* urine.] 1. Urine <*uric*> 2. Urinary tract <*urology*> 3. Urea <*urethane*>

**uro–²** *or* **ur–** *pref.* [NLat. < Gk. *oura,* tail.] Tail <*urochord*>

**u·ro·chord** (yŏŏr′ə-kôrd′) *n.* [URO-² + CHORD.] *Zool.* A notochord limited to the caudal region, as in tunicates.

**u·ro·chrome** (yŏŏr′ə-krōm′) *n.* The pigment responsible for the normal yellow color of urine.

**u·ro·gen·i·tal** (yŏŏr′ō-jĕn′ĭ-təl) *also* **u·ri·no·gen·i·tal** (yŏŏr′ə-nō-) *adj.* Of, relating to, or involving the urinary and genital organs and their functions : GENITOURINARY.

**u·ro·ki·nase** (yŏŏr′ō-kī′nās) *n.* An enzyme that is found in human urine and is used for dissolving intravascular blood clots.

**u·ro·lith** (yŏŏr′ə-lĭth′) *n.* A urinary calculus. —**u′ro·lith′ic** *adj.*

**u·ro·lith·i·a·sis** (yŏŏr′ə-lĭ-thī′ə-sĭs) *n.* Formation or presence of urinary calculi.

**u·rol·o·gy** (yŏŏ-rŏl′ə-jē) *n.* The branch of medicine concerned with the physiology and pathology of the urogenital tract.

**-uronic** *suff.* [< Gk. *ouron,* urine.] Connected with urine <*hyaluronic*>

**u·ro·pod** (yŏŏr′ə-pŏd′) *n.* [URO-² + -POD.] One of a pair of posterior abdominal appendages of certain crustaceans, as the lobster or shrimp.

**u·ro·py·gi·al gland** (yŏŏr′ə-pĭj′ē-əl, -pĭj′ē-) *n.* An oil-secreting gland at the base of a bird's tail.

**u·ro·py·gi·um** (yŏŏr′ə-pĭj′ē-əm, -pĭj′ē-) *n.* [NLat. < Gk. *ouropygion: oura,* tail + *pugē,* rump.] The posterior part of a bird's body, from which the tail feathers grow. —**u′ro·py′gi·al** *adj.*

**u·ros·co·py** (yŏŏ-rŏs′kə-pē) *n., pl.* **-pies.** Microscopic examination of urine.

**-urous** *suff.* [NLat. *-urus* < Gk. *-ouros* < *oura,* tail.] Having a specified kind of tail <*anurous*>

**Ur·sa Major** (ûr′sə) *n.* [Lat., the greater bear.] A constellation in the Northern Hemisphere.

**Ursa Minor** *n.* [Lat., the lesser bear.] A constellation having the shape of a ladle with Polaris at the tip of its handle.

**ur·sine** (ûr′sīn′) *adj.* [Lat. *ursinus* < *ursus,* bear.] Of or characteristic of a bear.

**Ur·spra·che** (ŏŏr′shprä′KHə) *n.* [G. : *ur-,* original (< OHG *ur,* out of) + *Sprache,* language < OHG *sprāhha,* speech.] A parent language reconstructed from the evidence of later languages.

**Ur·su·line** (ûr′sə-lĭn, -līn′, -lēn′, ûr′syə-) *n.* [After St. *Ursula.*] A member of an order of nuns of the Roman Catholic Church, founded in Italy in the early 16th cent. and devoted to the education of girls. —*adj.* Of or belonging to the Ursuline.

**ur·ti·cant** (ûr′tĭ-kənt) *adj.* Causing itching or stinging. —*n.* A substance that causes itching or stinging.

**ur·ti·car·i·a** (ûr′tĭ-kâr′ē-ə) *n.* [NLat. < Lat. *urtica,* nettle.] A skin condition marked by intensely itching wheals and usu. caused by allergic reactions to internal or external agents.

**ur·ti·cate** (ûr′tĭ-kāt′) *vi.* **-cat·ed, -cat·ing, -cates.** [Med. Lat. *urticare, urticat-* < Lat. *urtica,* nettle.] To sting or whip with or as if with nettles. —*adj.* (ûr′tĭ-kĭt, -kāt′). Characterized by the presence of itching or stinging wheals.

**ur·ti·ca·tion** (ûr′tĭ-kā′shən) *n.* 1. A lashing with nettles once used to treat a paralyzed bodily part. 2. The sensation of having been stung by nettles. 3. Urticaria.

**u·rus** (yŏŏr′əs) *n.* [Lat., of Germanic orig.] An extinct bovine mammal, *Bos primigenius* of northern Africa, Europe, and western Asia, thought to be the forerunner of domestic cattle.

**u·ru·shi·ol** (ŏŏ-rŏŏ′shē-ôl′, -ōl′) *n.* [J. *urushi,* lacquer + -OL.] A toxic substance present in the resin of plants of the genus *Rhus,* which includes poison ivy and the lacquer tree, *R. verniciflua,* from which a black Japanese lacquer is obtained.

**us** (ŭs) *pron.* [ME < OE *ūs.*] *The objective case of* WE. —Used: **a.** As the direct object of a verb <The film impressed *us.*> **b.** As the indirect object of a verb <The singer gave *us* an autograph.> **c.** As the object of a preposition <The singer gave an autograph to *us.*>

**us·a·ble** *also* **use·a·ble** (yŏŏ′zə-bəl) *adj.* 1. Capable of being used. 2. Fit for use. —**us′a·bil′i·ty, us′a·ble·ness** *n.* —**us′a·bly** *adv.*

**us·age** (yŏŏ′sĭj, -zĭj) *n.* [ME < OFr. < *user,* to use. —see USE.] 1. The act or manner of using or treating <computer *usage*> 2. Customary and accepted practice or procedure. 3. The customary way in which the elements of a language are used in speech or writing <modern English *usage*> 4. A particular expression in speech or writing <a nonstandard *usage*>

**us·ance** (yŏŏ′zəns) *n.* [ME, usage < OFr. < VLat. *usantia* < *usare,* to use. —see USE.] 1. The length of time, established by custom and varying between countries, that is allowed for payment of a foreign bill of exchange. 2. *Obs.* Use. 3. *Obs.* Usage : custom. 4. *Obs.* Interest paid on money.

**Us·beg** (ŏŏs′bĕg′, ŭs′-) *or* **Us·bek** (-bĕk′) *n. vars. of* UZBEK.

**use** (yŏŏz) *v.* **used, us·ing, us·es.** [ME *usen* < OFr. *user* < VLat. *usare* < Lat. *uti.*] —*vt.* 1. To bring or put into service or action : EMPLOY <*use* a pen> <*use* your imagination> 2. To put to some purpose : avail oneself of <*use* the bus to get to work> 3. To conduct oneself toward : TREAT <*use* someone unkindly> 4. *Informal.* To exploit for one's own advantage or gain <*used* people to get ahead> 5. To take or partake of regularly, as tobacco, alcohol, or drugs. —*vi.* (yŏŏs, yŏŏst). —Used in the past tense with an infinitive to indicate a former state, habitual practice, or custom <Doctors *used* to make house calls.> —**use up.** To consume completely : EXHAUST <*used up* all the paint> —*n.* (yŏŏs). 1. **a.** The act of using or putting to a purpose <the *use* of a car> **b.** The condition or fact of being used. 2. The manner of using <the proper *use* of a dictionary> 3. **a.** The permission, privilege, or benefit of using something <have *use* of the library> **b.** The power or ability to use something <regained the *use* of both eyes> 4. The need or occasion to use or employ <Do you still have *use* for a tutor?> 5. The quality of being suitable or adaptable to an end : USEFULNESS. 6. The goal, object, or purpose for which something is used. 7. Accustomed or usual procedure : habitual practice. 8. *Law.* **a.** The enjoyment of property, as by occupying or exercising it. **b.** The benefit or profit of lands and tenements of which the legal title and possession are vested in another who holds them in trust for the beneficiary. **c.** The arrangement establishing the equitable right to such benefits and profits. 9. The distinctive form of ritual or liturgy practiced in a particular church, ecclesiastical district, or community. 10. *Obs.* Usual occurrence or experience.

**use·a·ble** (yŏŏ′zə-bəl) *adj. var. of* USABLE.

**used** (yŏŏzd) *adj.* Not new : SECONDHAND <*used* clothing>

**use·ful** (yŏŏs′fəl) *adj.* Capable of being used advantageously : SERVICEABLE. —**use′ful·ly** *adv.* —**use′ful·ness** *n.*

**use·less** (yŏŏs′lĭs) *adj.* 1. Having no practical purpose or use <a *useless* device> 2. Of no avail : FUTILE <*useless* to complain> —**use′less·ly** *adv.* —**use′less·ness** *n.*

**us·er** (yŏŏ′zər) *n.* 1. One that uses. 2. *Law.* Exercise or enjoyment of a right or property. 3. *Slang.* A drug addict.

**us·er-friend·ly** (yŏŏ′zər-frĕnd′lē) *adj.* **-li·er, -li·est.** Easy to use or learn to use. —**us′er-friend′li·ness** *n.*

**ush·er** (ŭsh′ər) *n.* [ME < AN *usser* < OFr. *ussier* <Med. Lat. *ustiarius* < Lat. *ostiarius* < *ostium,* entrance.] 1. One who serves as official doorkeeper, as in a courtroom or legislative chamber. 2. One who escorts people to their seats, as in a theater or church. 3. A male attendant at a wedding. 4. An official whose duty it is to make introductions between strangers or to walk before a person of rank in a procession. 5. *Archaic.* An assistant teacher in a school. —*v.* **-ered, -er·ing, -ers.** —*vt.* 1. To serve as an usher to : ESCORT. 2. To lead or conduct : cause to enter. 3. To serve to introduce or inaugurate <a party to *usher* in the new year> —*vi.* To act as an usher.