# EXHIBIT D

# MICROSOFT PRESS®

# COMPUTER DICTIONARY

## THE COMPREHENSIVE STANDARD FOR BUSINESS, SCHOOL, LIBRARY, AND HOME

*Microsoft*
PRESS

# MICROSOFT PRESS®
# COMPUTER DICTIONARY



PUBLISHED BY
Microsoft Press
A Division of Microsoft Corporation
One Microsoft Way
Redmond, Washington 98052-6399

Copyright © 1991 by Microsoft Press, a division of Microsoft Corporation.

All rights reserved. No part of the contents of this book may
be reproduced or transmitted in any form or by any means without
the written permission of the publisher.

Library of Congress Cataloging-in-Publication Data
Microsoft Press computer dictionary : the comprehensive standard for
   business, school, library, and home.
      p.    cm.
   ISBN 1-55615-231-0
      1. Computers--Dictionaries.   2. Microcomputers--Dictionaries.
   I. Microsoft Press.
   QA76.15.M54   1991
   004.16'03--dc20                                        91-9904
                                                          CIP

Printed and bound in the United States of America.

   5 6 7 8 9   MLML   6 5 4 3 2

Distributed to the book trade in Canada by Macmillan of Canada, a division
of Canada Publishing Corporation.

Distributed to the book trade outside the United States and Canada by
Penguin Books Ltd.

Penguin Books Ltd., Harmondsworth, Middlesex, England
Penguin Books Australia Ltd., Ringwood, Victoria, Australia
Penguin Books N.Z. Ltd., 182–190 Wairau Road, Auckland 10, New Zealand

British Cataloging-in-Publication Data available.

**Acquisitions Editor:** Marjorie Schlaikjer
**Project Editor:** Mary Ann Jones
**Technical Editors:** David Rygmyr, Jeff Hinsch, Mary DeJong, Dail Magee, Jr.
**Manuscript Editor:** Pamela Beason
**Copy Editor:** Alice Copp Smith



damage the surface, resulting in the loss of recorded data. *See also* disk jacket.

**diskette** *See* floppy disk.

**disk interface** Generally, the circuitry that connects a disk drive to a computer system. More specifically, a disk interface is a standard for connecting disk drives and computers; the ST506 standard for connecting hard disks to computers is a disk interface standard.

**disk jacket** The protective plastic sheath that covers a floppy disk.

**diskless workstation** A station on a computer network that is not equipped with a disk drive and that uses files stored in a file server; akin to a terminal, which uses programs and information stored in the main computer to which it is connected. Diskless workstations are of particular use in networked environments where processing of sensitive information is done because they prevent the copying of information from the central server.

**disk memory** Semipermanent data storage on a disk. Disk memory can be viewed as analogous to internal computer memory.

**disk operating system** Abbreviated DOS. A generic term describing any operating system that is loaded from disk devices when the system is started or rebooted. The term originally differentiated between disk-based systems and primitive microcomputer operating systems that were memory-based or that supported only magnetic or paper tape. *See also* MS-DOS.

**disk pack** A collection of disks in a protective container. Used primarily with minicomputers and mainframe computers, a disk pack is a removable medium, generally a stack of 14-inch disks in a plastic housing.

**disk partition** A logical compartment on a physical disk drive. A single disk might have two or more logical disk partitions, each of which would be referenced with a different disk drive name. Multiple partitions were necessary under version 3.3 of MS-DOS for hard disks with more than 32 megabytes (MB) of storage capability because the operating system could not recognize a disk partition larger than 32 MB. (Earlier versions of MS-DOS did not offer this option.) Multiple partitions are divided into a primary (boot) partition and one or more extended partitions.

**disk server** A node on a local area network that acts as a remote disk drive shared by network users. Unlike a file server, which performs the more sophisticated tasks of managing network requests for files, a disk server functions as a storage medium on which users can read and write files. On a disk server, users are responsible for managing simultaneous requests for access to files, for instance. A disk server can be divided into sections (volumes), each of which appears to be a separate disk. *Compare* file server.

**disk unit** A disk drive or its housing.

**dispatcher** In some multitasking operating systems, the set of routines responsible for allocating central processing unit (CPU) time to various applications.

**dispatch table** Also called a jump table, a vector table, or an interrupt vector table. A table of identifiers and addresses for a certain class of routine such as interrupt handlers (routines carried out in response to certain signals or conditions). *See also* interrupt handler.

**disperse** To break up and place in more than one location—for example, to disperse results among several sets of data or to disperse items (such as fields in records) so that they appear in more than one place in the output. *Disperse* usually implies a spreading out; *distribute* usually implies a controlled and supervised sharing.

**dispersion** The degree to which, at any given time, data in a distributed (interconnected) system of computers is stored at different locations or on different devices.

**display** Usually, the visual output device of a computer, which is commonly a CRT-based video display. With portable and notebook computers, the display is usually an LCD-based or a gas plasma–based flat-panel display. With computers, the type of display used generally depends on the type of display adapter installed or built into the computer. *See also* flat-panel display, liquid crystal display, video adapter, video display.

**display adapter** *See* video adapter.

**display attribute** A quality assigned to a character



**fiche** *See* microfiche.

**field** A location in a record in which a particular type of data is stored. For example, EMPLOYEE-RECORD might contain fields to store Last-Name, First-Name, Address, City, State, Zip-Code, Hire-Date, Current-Salary, Pay-Grade, Title, Department, Last-Increase-Date, and so on.

Individual fields have their own specifications as to maximum length and the type of data (for example, alphabetic, numeric, or financial) that can be placed in them. The facility for creating these specifications usually is contained in the data definition language (DDL).

In relational database management systems, fields are called columns.

**field-effect transistor** *See* FET.

**field-programmable logic array** Abbreviated FPLA; also known as programmable logic array (PLA). An integrated circuit containing an array of logic circuits in which the connections between the individual circuits, and thus the logic functions of the array, can be programmed after manufacture, typically at the time of installation (in the field). The programming can be performed only once, and it is typically done by passing high current through fusible links on the chip.

**field separator** Any character that separates one field of data from another. *See also* delimiter.

**FIFO** *See* first in, first out.

**fifth-generation computer** *See* computer.

**fifth normal form (5NF)** *See* normal form.

**file** A complete, named collection of information, such as a program, a set of data used by a program, or a user-created document. A file is the basic unit of storage that enables a computer to distinguish one set of information from another. A file might or might not be stored in human-readable form, but it is still the "glue" that binds a conglomeration of instructions, numbers, words, or images into a coherent unit that a user can retrieve, change, delete, save, or send to an output device.

**file allocation table** A table or list maintained by some operating systems to keep track of the status of various segments of disk space used for file storage. Files on a disk are stored, as space allows, in fixed-size groups of bytes (characters) rather than from beginning to end as neat, continuous strings of text or numbers. A single file can thus be scattered in pieces over many separate storage areas. A file allocation table enables the operating system to maintain a "map" of available disk storage space so that it can mark flawed segments that should not be used and can find and link the pieces of a file. In the MS-DOS operating system, the file allocation table is commonly known as the FAT (pronounced "fat").

**file attribute** A restrictive label attached to a file that describes and regulates its use—for example, hidden, system, read-only, archive, and so forth. In MS-DOS, this information is stored as part of the file's directory entry.

**file backup** *See* backup.

**file compression** The process of reducing the storage space required for a file. *See also* data compression.

**file control block** Abbreviated FCB. A small block of memory temporarily assigned by a computer's operating system to hold information about a file that has been opened for use. A file control block typically contains such information as the file's identification, its location on disk, and a pointer that marks the user's current (or last) position in the file.

**file conversion** The process of transforming the data in a file from one format to another without altering the meaning of its contents—for example, converting a file from a word processor's format into its ASCII equivalent.

**file extension** *See* extension.

**file extent** *See* extent.

**file format** The structure of a file that defines the way it is stored and laid out on the screen or in print. The format can be fairly simple and common, as are files stored as "plain" ASCII text, or it can be quite complex and include various types of control instructions and codes used by programs and by printers and other devices. Examples include RTF (Rich Text Format), DCA (Document Content Architecture), PICT, DIF (Data Interchange Format), DXF, TIFF (Tag Image File Format), and EPSF (Encapsulated PostScript Format).

**file fragmentation** A condition in which files are