# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CROSS ATLANTIC CAPITAL PARTNERS, INC., <br><br> Plaintiff, <br><br> v. <br><br> FACEBOOK, INC. and THEFACEBOOK, LLC, <br><br> Defendants. | **CIVIL ACTION** <br><br> **NO. 07-CV- 02768-JP** <br><br> **JURY TRIAL DEMANDED** |

## ORDER

AND NOW this _____ day of _____, 2008 upon consideration of both Plaintiff's and Defendants' Claim Construction and all accompanying documents and exhibits, the following constructions are **HEREBY ORDERED**.

| Claim Term | Construction |
|---|---|
| Application object | A computer program or module that directs a user to specific information and/or enables a user to do something useful, including but not limited to JAVA, chat, scheduling, invitations, pledging, photo albums, shopping carts, instant messaging, navigating, searching, addresses, news groups, announcements, white boards, calendars, video conferencing, video chat, voice chat, e-mail lists, and/or bulletin boards. |
| Communications address | Information that specifies the precise location in a computer system or network where a communication may be received or sent, such as an e-mail address, IP address, URL or Internet Relay Chat address. |
| Community | A virtual place or electronic medium where people having common interests can interact, which can be accessed by a computer or other device. |
| Community field | A location in which information about a community may be entered and/or stored. |

Dockets.Justia.com

| **Claim Term** | **Construction** |
|---|---|
| Community identification information | Information that identifies the community being created, which may include, but is not limited to, a community name, description, search tags, keywords, information about the creator, and/or computer information. |
| Create | To bring into being. |
| Creation module | A section of a computer program that creates a community. |
| Creation transmission | An electronic signal indicating a request to create a community. |
| Display module | A device that displays on-screen information, such as a CRT display. |
| Published | Made available to others. |
| Receiver module | A section of a computer program that receives data. |
| Registered User | A person who has provided, at least once, registration information (e.g., name, address, personal information, etc.). |
| Selecting | The act of choosing one or more things. |
| Selection | One or more things that have been chosen. |
| Subscribing | Designating something to be interacted with and/or accessed in one or more communities. |
| Subscribe | To designate something to be interacted with and/or accessed in one or more communities. |
| Subscription module | A section of a computer program that allows a user to subscribe to one or more subscription objects. |
| Subscription object | An item to which a user subscribes, which may comprise, but is not limited to, chat content, a publication, a product to purchase, a photograph file, web page and/or other item. |
| Transmitter module | A section of a computer program or device that transmits data. |
| Transmitting | Electronically sending. |
| User fields | A location in which information about a user may be entered and/or stored. |

| **Claim Term** | **Construction** |
|---|---|
| User interface | The junction between a user and a computer program, such as a set of commands or menus through which a user communicates with a program. |
| Vendor field | A location in which information about a vendor may be entered and/or stored. |

**BY THE COURT:**

By: _____
       **Hon. John R. Padova**
       U.S. District Court Judge