

# DUFFY & KEENAN
Attorneys at Law

PATRICK J. KEENAN
DIRECT DIAL 215.238.8707

January 15, 2008

United States Magistrate Judge Timothy R. Rice
U.S. Eastern District for the Eastern
District of Pennsylvania
601 Market Street
Room 3029
Philadelphia, PA 19106

RE: Cross Atlantic Capital Partners, Inc. v. Facebook, Inc. and Thefacebook, LLC
U.S.D.C., E.D.Pa. 2:07-cv-02768-JP

Dear Judge Rice:

Our firm represents the plaintiff, Cross Atlantic Capital Partners, Inc., in the above matter. On December 20, 2007, Your Honor entered the enclosed Order relating to plaintiff's Motion to Compel Full and Complete Interrogatory Responses and Documents. Pursuant to paragraph 4 of Your Honor's Order, plaintiff was required to negotiate a Protective Order regarding the defendants' production of its source code.

Enclosed is a Protective Order agreed upon by the parties, and the parties jointly request that Your Honor approve and enter the Protective Order.

If you have any questions, please call me at any time. As always, thank you for Your Honor's time and consideration.

Sincerely,

PATRICK J. KEENAN

PJK/mk
Enclosures

ccw/enc:  Heidi L. Keefe, Esquire
          Frederick A. Tecce, Esquire

CROSS ATLANTIC CAPITAL PARTNERS, INC. v. FACEBOOK, INC. et al    Doc. 59

Dockets.Justia.com

One Liberty Place
1650 Market Street, 55th Floor
Philadelphia PA 19103-7301
215.238.8700 tel    215.238.8710 fax