IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CROSS ATLANTIC CAPITAL      :   CIVIL ACTION
PARTNERS, INC.              :
                            :
V.                          :
                            :
FACEBOOK, INC., ET AL       :   CIVIL NO. 07-2768

ORDER

AND NOW, this 15th day of January, 2008, in view of the Order of Magistrate Judge Rice entered on December 20, 2007 (Doc. No. 53), IT IS HEREBY ORDERED that the Motion for Leave to File Reply (Doc. No. 51) is dismissed as moot.

BY THE COURT:

JOHN R. PADOVA,    J.