## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CROSS ATLANTIC CAPITAL | : | |
| PARTNERS, INC., | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | NO.: 07-CV-02768 |
| | : | |
| vs. | : | HON. JOHN R. PADOVA |
| | : | |
| FACEBOOK, INC. and | : | |
| THE FACEBOOK, LLC, | : | |
| | : | |
| Defendants. | : | |

### NOTICE OF CHANGE OF ADDRESS

TO THE CLERK OF COURT:

Notice is hereby given that as of January 11, 2008, Duffy & Keenan has moved their offices to One Liberty Place, 1650 Market Street, 55th Floor, Philadelphia, Pennsylvania 19103-7301. Our telephone number remains the same as 215-238-8700. This address change applies to Patrick J. Keenan and Thomas J. Duffy of our office, and counsel of record for Plaintiff, Cross Atlantic Capital Partners, Inc. in the above matter. Please change your records to reflect this change of address.

DUFFY & KEENAN

BY:    s/Patrick J. Keenan
PATRICK J. KEENAN, ESQUIRE (PJK5053)
THOMAS J. DUFFY, ESQUIRE (TJD5052)
One Liberty Place, 55th Floor
1650 Market Street
Philadelphia, PA 19103-7301
215-238-8700
(215) 238-8710 (Fax)
pjk@duffykeenan.com

Counsel for plaintiff,
Cross Atlantic Capital Partners, Inc.

Dated: January 18, 2008

Dockets.Justia.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of January, 2008, I caused a true and correct copy of foregoing Notice of Change of Address was served, *via First Class Mail*, upon the Defendants as follows:

Dennis P. McCooe, Esquire  
Blank Rome, LLP  
One Logan Square  
130 N. 18th Street  
Philadelphia, Pa 19103-6998

Heidi L. Keefe, Esquire  
White & Case, LLP  
3000 El Camino Real  
5 Palo Alto Square  
9th Floor  
Palo Alto, CA 94306

BY:___s/Patrick J. Keenan_____  
PATRICK J. KEENAN, ESQUIRE (PJK5053)  
THOMAS J. DUFFY, ESQUIRE (TJD5052)  
One Liberty Place, 55th Floor  
1650 Market Street  
Philadelphia, PA 19103-7301  
215-238-8700  
(215) 238-8710 (Fax)  
pjk@duffykeenan.com

Counsel for plaintiff,  
Cross Atlantic Capital Partners, Inc.

Dated: January 18, 2008