```
             UNITED STATES DISTRICT COURT
            Eastern District of Pennsylvania
                   U.S. Court House
                 Independence Mall West
                    601 Market Street
                Philadelphia, PA  19106-1797
                      215/597-1178
```

January 18, 2008

**NOTICE OF HEARING/ARGUMENT:**

RE: CROSS ATLANTIC CAPITAL PARTNERS, INC. v. FACEBOOK, INC.
    Civil Action No. 07-2768

Dear Counsel:

Please be advised that a hearing/argument is scheduled on Plaintiff's proposed claim construction for February 8, 2008 at 9:30 a.m. in Courtroom 17B, 17th Floor, United States Courthouse, 601 Market Street, Philadelphia, PA 19106.

                                        Very truly yours,

                                        S/Gerrie M. Keane
                                        Gerrie M. Keane
                                        Deputy Clerk to Judge Padova

To: ALL COUNSEL OF RECORD