# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CROSS ATLANTIC CAPITAL PARTNERS, INC., | **CIVIL ACTION** |
| Plaintiff, | **NO. 07-CV- 02768-JP** |
| v. | |
| FACEBOOK, INC. and THEFACEBOOK, LLC, | **JURY TRIAL DEMANDED** |
| Defendants. | |

## STIPULATION TO CONTINUE EXPERT REPORT DEADLINES AND THE DISCOVERY CUTOFF

WHEREAS, the Court has postponed the claim construction hearing by two weeks from January 25, 2008 to February 8, 2008; and

WHEREAS, the parties desire that their respective experts consider the Court's claim construction in rendering their opinions concerning infringement and validity; and

WHEREAS, the parties agree that a corresponding two week extension of expert report deadlines and the discovery cutoff would be beneficial;

NOW THEREFORE, the parties, through their respective counsel, hereby stipulate, and respectfully request that the Court order, as follows:

The date for the service of the information referred to in Federal Rule of Civil Procedure 26(a)(2)(B) by expert report, deposition or answer to expert interrogatory on issues for which that party bears the burden of proof shall be continued from February 25, 2008 to **March 10, 2008**. The date for service of evidence intended solely to contradict or rebut evidence on the same subject matter identified by another party shall be continued from March 10, 2008 to

**March 24, 2008**.  The deadline for all requests for and responses to discovery to be served, noticed and completed shall be continued from March 26, 2008 to **April 9, 2008**.

The Court's Federal Rule of Civil Procedure 16 Pretrial Scheduling Order entered on October 12, 2007 (Doc. 36), remains in full effect in all other respects.

Respectfully submitted,

| | |
|---|---|
| By:    /s/ Patrick J. Keenan | By:    /s/ Heidi L. Keefe |
| Patrick J. Keenan, Esq.<br>  pjk@duffykeenan.com<br>Duffy & Keenan<br>One Liberty Place<br>1650 Market Street, 55th Floor<br>Philadelphia, PA 19103-7301 | Heidi L. Keefe<br>  hkeefe@whitecase.com<br>Mark R. Weinstein<br>  mweinstein@whitecase.com<br>Sam O'Rourke<br>  sorourke@whitecase.com<br>WHITE & CASE LLP<br>3000 El Camino Real |
| Frederick A. Tecce, Esq.<br>  ftecce@mcshea-tecce.com<br>McShea/Teece P.C.<br>The Bell Atlantic Tower – 28th Floor<br>1717 Arch Street<br>Philadelphia, PA 19103 | 5 Palo Alto Square, 9th Floor<br>Palo Alto, CA  94306<br><br>Alfred W. Zaher<br>  zaher@blankrome.com<br>Dennis P. McCooe<br>  mccooe@blankrome.com |
| Attorneys for CROSS ATLANTIC<br>CAPITAL PARTNERS, INC. | BLANK ROME LLP<br>130 N 18th St<br>Philadelphia, PA 19103<br><br>Attorneys for FACEBOOK, INC. and<br>THEFACEBOOK, LLC |

**APPROVED and SO ORDERED by the Court:**

_____

Dated:

# CERTIFICATE OF SERVICE

This is to hereby certify that on this 6th day of February, 2008, I caused a true and correct copy of the foregoing documents: STIPULATION TO CONTINUE EXPERT REPORT DEADLINES AND THE DISCOVERY CUTOFF to be served via this Court's Electronic Filing ("ECF") System, upon the following:

>Frederick A. Tecce, Esq.
>McShea/Tecce, P.C.
>The Bell Atlantic Tower – 28th Floor
>1717 Arch Street
>Philadelphia, PA  19103
>ftecce@mcshea-tecce.com
>
>Thomas J. Duffy, Esq.
>Patrick J. Keenan, Esq.
>Duffy & Keenan
>One Liberty Place, 55th Floor
>1650 Market Street
>Philadelphia, PA  19103
>pjk@duffykeenan.com
>
>Counsel for plaintiff
>Cross Atlantic Capital Partners, Inc.

      /s/ Heidi L. Keefe
    Heidi L. Keefe