IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CROSS ATLANTIC CAPITAL PARTNERS, INC., | CIVIL ACTION |
| Plaintiff, | NO. 07-CV-02768-JP |
| v. | |
| FACEBOOK, INC. and THEFACEBOOK, LLC, | JURY TRIAL DEMANDED |
| Defendants. | |

FILED FEB 8 2008 MICHAEL E. KUNZ, Clerk By_____ Dep. Clerk

## STIPULATION TO CONTINUE EXPERT REPORT DEADLINES AND THE DISCOVERY CUTOFF

WHEREAS, the Court has postponed the claim construction hearing by two weeks from January 25, 2008 to February 8, 2008; and

WHEREAS, the parties desire that their respective experts consider the Court's claim construction in rendering their opinions concerning infringement and validity; and

WHEREAS, the parties agree that a corresponding two week extension of expert report deadlines and the discovery cutoff would be beneficial;

NOW THEREFORE, the parties, through their respective counsel, hereby stipulate, and respectfully request that the Court order, as follows:

The date for the service of the information referred to in Federal Rule of Civil Procedure 26(a)(2)(B) by expert report, deposition or answer to expert interrogatory on issues for which that party bears the burden of proof shall be continued from February 25, 2008 to **March 10, 2008**. The date for service of evidence intended solely to contradict or rebut evidence on the same subject matter identified by another party shall be continued from March 10, 2008 to

**March 24, 2008**. The deadline for all requests for and responses to discovery to be served, noticed and completed shall be continued from March 26, 2008 to **April 9, 2008**.

The Court's Federal Rule of Civil Procedure 16 Pretrial Scheduling Order entered on October 12, 2007 (Doc. 36), remains in full effect in all other respects.

Respectfully submitted,

By: ___/s/ Patrick J. Keenan___

    Patrick J. Keenan, Esq.
     pjk@duffykeenan.com
    Duffy & Keenan
    One Liberty Place
    1650 Market Street, 55th Floor
    Philadelphia, PA 19103-7301

    Frederick A. Tecce, Esq.
     ftecce@mcshea-tecce.com
    McShea/Teece P.C.
    The Bell Atlantic Tower – 28th Floor
    1717 Arch Street
    Philadelphia, PA 19103

    Attorneys for CROSS ATLANTIC
    CAPITAL PARTNERS, INC.

By: ___/s/ Heidi L. Keefe___

    Heidi L. Keefe
     hkeefe@whitecase.com
    Mark R. Weinstein
     mweinstein@whitecase.com
    Sam O'Rourke
     sorourke@whitecase.com
    WHITE & CASE LLP
    3000 El Camino Real
    5 Palo Alto Square, 9th Floor
    Palo Alto, CA 94306

    Alfred W. Zaher
     zaher@blankrome.com
    Dennis P. McCooe
     mccooe@blankrome.com
    BLANK ROME LLP
    130 N 18th St
    Philadelphia, PA 19103

    Attorneys for FACEBOOK, INC. and
    THEFACEBOOK, LLC

**APPROVED and SO ORDERED by the Court:**

_____[signature]_____

Dated: 2/7/2008