IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CROSS ATLANTIC CAPITAL PARTNERS, INC., | CIVIL ACTION |
| Plaintiff, | NO. 07-CV- 02768-JP |
| v. | JURY TRIAL DEMANDED |
| FACEBOOK, INC. and THEFACEBOOK, LLC, | |
| Defendants. | |

### DEFENDANTS FACEBOOK, INC. AND THE FACEBOOK LLC'S MOTION FOR LEAVE TO AMEND ANSWER AND COUNTERCLAIMS

Defendants, Facebook, Inc. and The Facebook LLC, hereby move the Court pursuant to Fed. R. Civ. P. 15(a) for an Order granting leave to amend their Answer and Counterclaims. The Amended Answer and Counterclaims adds an affirmative defense and counterclaim of unenforceability based on Plaintiff's inequitable conduct.

In support of their motion, Defendants rely upon the accompanying memorandum of points and authorities, declaration and attached exhibits, including the proposed First Amended Answer and Counterclaims, all of which are incorporated by reference as if fully set forth herein.

WHEREFORE, defendants Facebook, Inc. and The Facebook LLC respectfully request that this Court grant their Motion for Leave to Amend Answer and Counterclaims.

Dated: February 12, 2008
By: /s/ Heidi L. Keefe

Heidi L. Keefe
Mark R. Weinstein
Sam O'Rourke
WHITE & CASE LLP
3000 El Camino Real
5 Palo Alto Square, 9th Floor
Palo Alto, CA 94306

Alfred W. Zaher
Dennis P. McCooe
BLANK ROME LLP
130 N 18th St
Philadelphia, PA 19103

Attorneys for FACEBOOK, INC. and
THEFACEBOOK, LLC