# EXHIBIT E

## to

## Declaration of Heidi Keefe in Support of Facebook's Motion for Leave to Amend

Cross Atlantic Capital Partners, Inc. v Facebook, Inc. and Thefacebook, LLC

USDC ED PA Case No. 07-CV-02768-JP



# McShea\Tecce
Counselors at Law

December 21, 2007

*VIA FACSIMILE*

Heidi Keefe, Esquire
White & Case, LLP
3000 El Camino Real
5 Palo Alto Square, 9th Floor
Palo Alto, California 94306

RE: *Cross Atlantic Capital Partners v. Facebook, Inc., et al.*
    U.S.D.C., EDPA Civil Action No. 07-cv-2768

Dear Heidi:

This is to advise that our firm has been retained to represent the following individuals in connection with this action:

- James Harvey
- Andrew Fregly
- Matt Hulan
- Robert Dekelbaum.

As such, we request that defendants have no further contact with any of them. In addition, we have reviewed the Subpoenas which have been issued for Mr. Harvey and Mr. Fregly, copies of which were served on us *via* electronic mail on December 19, 2007 and regular mail thereafter.

Obviously, those witnesses are willing to appear for deposition and produce documents requested by the Subpoena subject to their forthcoming objections. However, they will not be able to do so on the dates indicated on the Subpoenas.

Please contact us at your earliest convenience so that we may schedule mutually convenient dates for the production of documents, as well as the depositions.

McShea\Tecce

*Heidi Keefe, Esq.*
*December 21, 2007*
*Page 2*

In addition, we have been authorized to accept service of process, if Facebook wishes to depose the remaining two inventors.

As always, if you have any questions or comments, please feel free to call me.

Very truly yours,

Frederick A. Tecce

FAT/plr
cc: Patrick J. Keenan, Esq.
    Dennis P. McCooe, Esq.