# EXHIBIT F

# to

# Declaration of Heidi Keefe in Support of Facebook's Motion for Leave to Amend

Cross Atlantic Capital Partners, Inc. v Facebook, Inc. and Thefacebook, LLC

USDC ED PA Case No. 07-CV-02768-JP

# EXHIBIT F

# Filed under seal with the Clerk's office