## CERTIFICATE OF SERVICE

This is to hereby certify that on this 12th day of February, 2008, I caused a true and correct copy of the foregoing documents Defendants Facebook, Inc. and The Facebook LLC's Motion for Leave to Amend Answer and Counterclaims, Memorandum of Points and Authorities, Declaration of Heidi Keefe and attached exhibits, and proposed form of Order to be served via this Court's Electronic Filing ("ECF") System and by hand delivery, upon the following:

> Frederick A. Tecce, Esq.
> McShea/Tecce, P.C.
> The Bell Atlantic Tower – 28th Floor
> 1717 Arch Street
> Philadelphia, PA 19103
> ftecce@mcshea-tecce.com
>
> Thomas J. Duffy, Esq.
> Patrick J. Keenan, Esq.
> Duffy & Keenan
> One Liberty Place, 55th Floor
> 1650 Market Street
> Philadelphia, PA 19103
> pjk@duffykeenan.com
>
> Counsel for plaintiff
> Cross Atlantic Capital Partners, Inc.

                                                      /s/ Heidi L. Keefe
                                                     Heidi L. Keefe