# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CROSS ATLANTIC CAPITAL PARTNERS, INC., | CIVIL ACTION |
| Plaintiff, | NO. 07-CV- 02768-JP |
| v. | |
| FACEBOOK, INC. and THEFACEBOOK, LLC, | JURY TRIAL DEMANDED |
| Defendants. | |

## ORDER

AND NOW this _____ day of _____, 2008, upon consideration of Defendants' Motion for Leave to Amend Answer and Counterclaims, Plaintiff's Opposition thereto, and all accompanying documents and exhibits, **IT IS HEREBY ORDERED** that Defendants' motion is **GRANTED**.

It is further **ORDERED** that the proposed First Amended Answer and Counterclaims, attached as Exhibit "A" to the Declaration of Heidi Keefe is deemed **FILED** on this date. Plaintiff shall answer or otherwise plead to the Amended Answer and Counterclaims in accordance with the requirements of the Federal Rules of Civil Procedure.

BY THE COURT:

By: _____

**Hon. John R. Padova**
U.S. District Court Judge