# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CROSS ATLANTIC CAPITAL      :     CIVIL ACTION
PARTNERS, INC.               :
                            :
            V.               :
                            :
FACEBOOK, INC., ET AL         :     CIVIL NO. 07-2768

## O R D E R

AND NOW, this 14th day of February, 2008, upon consideration of Defendants'
unopposed Motion for Leave to Amend Answer and Counterclaims, (Doc. No. 73) IT IS
HEREBY ORDERED that Defendants' motion is GRANTED.

IT IS FURTHER ORDERED that the proposed First Amended Answer and
Counterclaims, attached as Exhibit "A" to the Declaration of Heidi Keefe is deemed FILED on
this date. Plaintiff shall answer or otherwise plead to the Amended Answer and Counterclaims in
accordance with the requirements of the Federal Rules of Civil Procedure.

BY THE COURT:

_____

JOHN R. PADOVA,      J.