# EXHIBIT H

## to

## Declaration of Heidi Keefe in Support of Facebook's Motion to Compel Further Production of Documents and Complete Interrogatory Responses

**Cross Atlantic Capital Partners, Inc. v Facebook, Inc. and Thefacebook, LLC**

**USDC ED PA Case No. 07-CV-02768-JP**

Dockets.Justia.com

# McShea\Tecce

**FACSIMILE**

Bell Atlantic Tower
1717 Arch Street, 28th Floor
Philadelphia, PA 19103
(215) 599-0800 - Tel
(215) 599-0888 - Fax
E-mail: *ftecce@mcshea-tecce.com*

| Recipient | Fax Number | Phone Number |
|---|---|---|
| Heidi L. Keefe, Esq. | 650-213-8158 | |
| | | |
| | | |

*Date:* December 21, 2007     *Time:*

*RE:* ***Cross Atlantic Capital Partners v. Facebook, Inc., et al.***

*From:* Frederick A. Tecce, Esq.

*Message:*

We are transmitting *3* pages, including this page.

**NOTICE OF CONFIDENTIALITY:** The statements upon and any documents included with this facsimile transmittal sheet contain information from the firm of McShea\Tecce that is confidential, privileged and exempt from disclosure under applicable laws. This information is intended to be for the exclusive use of the named addressee. If you are not the addressee, note that any disclosure, copying, distribution or use of the contents of this transmittal is prohibited. If you have received this facsimile in error, please immediately notify us at (215) 599-0800 so that we can arrange for the retrieval of the original documents at no cost to you.



McShea\Tecce
Counselors at Law

December 21, 2007

***VIA FACSIMILE***

Heidi Keefe, Esquire
White & Case, LLP
3000 El Camino Real
5 Palo Alto Square, 9th Floor
Palo Alto, California 94306

**RE:** ***Cross Atlantic Capital Partners v. Facebook, Inc., et al.***
***U.S.D.C., EDPA Civil Action No. 07-cv-2768***

Dear Heidi:

This is to advise that our firm has been retained to represent the following individuals in connection with this action:

- James Harvey
- Andrew Fregly
- Matt Hulan
- Robert Dekelbaum.

As such, we request that defendants have no further contact with any of them. In addition, we have reviewed the Subpoenas which have been issued for Mr. Harvey and Mr. Fregly, copies of which were served on us *via* electronic mail on December 19, 2007 and regular mail thereafter.

Obviously, those witnesses are willing to appear for deposition and produce documents requested by the Subpoena subject to their forthcoming objections. However, they will not be able to do so on the dates indicated on the Subpoenas.

Please contact us at your earliest convenience so that we may schedule mutually convenient dates for the production of documents, as well as the depositions.

McShea Tecce P.C.
Bell Atlantic Tower, 28th Floor
1717 Arch Street
Philadelphia PA 19103
215.599.0800 tel 215.599.0888 fax

McShea\Tecce

In addition, we have been authorized to accept service of process, if Facebook wishes to depose the remaining two inventors.

As always, if you have any questions or comments, please feel free to call me.

Very truly yours,

Frederick A. Tecce

FAT/plr
cc:   Patrick J. Keenan, Esq.
      Dennis P. McCooe, Esq.

# EXHIBIT I

## to

## Declaration of Heidi Keefe in Support of Facebook's Motion to Compel Further Production of Documents and Complete Interrogatory Responses

**Cross Atlantic Capital Partners, Inc. v Facebook, Inc. and Thefacebook, LLC**

**USDC ED PA Case No. 07-CV-02768-JP**

White & Case LLP
3000 El Camino Real
5 Palo Alto Square, 9th Floor
Palo Alto, California 94306

Tel  + 1 650 213 0300
Fax  + 1 650 213 8158
www.whitecase.com

December 28, 2007


VIA FACSIMILE and US MAIL

Patrick J. Keenan, Esq.
Duffy & Keenan
The Curtis Center, Suite 1150
Independence Square West
Philadelphia, PA  19106

Frederick A. Tecce, Esq.
McShea/Tecce, P.C.
The Bell Atlantic Tower – 28th Floor
1717 Arch Street
Philadelphia, PA  19103


Re:  Cross-Atlantic Capital Partners, Inc. v Facebook, Inc. and Thefacebook LLC
     USDC ED PA 2:07-CV-02768-JP


Gentlemen:

I sent you an email yesterday while I was traveling requesting a time today to discuss outstanding issues.  I arrived in the office recently, and we have not yet received a response to that request.  As indicated in our email, we clearly disagree with your description of the current status of our protective order situation, and sincerely hope you will live up to your original promise to treat materials produced as confidential until we could agree (both sides agreeing) to a new arrangement.  We are ready and willing to attempt to reach a new agreement, and hope to do so soon.

Our office is closed Monday and Tuesday, December 31 and January 1, and we are available to schedule a telephone conference on Wednesday, January 2, after 11:00 am Pacific time to discuss and work out our differences.  Please advise what time works best for you.

On a separate note, I also notice that we have not yet received the supplementation of your interrogatory response that you promised by December 21, 2007.  When might we be seeing that?

Finally, we appreciate that you are now representing all of the inventors, and we will confirm early next week whether the dates you propose will work. In the meantime, please confirm with Messrs. Harvey and Fregley whether those dates will work for them as well. Also, please confirm that you will produce their documents by January 7, 2008.

Very truly yours,

Heidi L. Keefe

cc:    Dennis P. McCooe

```
                    ********************
                    ***  TX REPORT  ***
                    ********************

        TRANSMISSION OK

        TX/RX NO              4942
        RECIPIENT ADDRESS     #224912155990888
        DESTINATION ID
        ST. TIME              12/28 17:05
        TIME USE              00'47
        PAGES SENT            3
        RESULT               OK
```

# FACSIMILE

White & Case LLP
3000 El Camino Real
5 Palo Alto Square, 9th Floor
Palo Alto, California 94306

Tel  + 1 650 213 0300
Fax  + 1 650 213 8158
www.whitecase.com

| | | |
|---|---|---|
| **Date:** | December 28, 2007 | **No. of Pages (including cover):**  -3- |
| **To:** | Frederick A. Tecce<br>McShea\Tecce | **Fax Number:**  215-599-0888<br>Contact Number:  215-599-0800 |
| **cc:** | Patrick J. Keenan<br>Duffy & Keenan | **Fax Number:**  215-238-8710<br>Contact Number:  215-238-8700 |
| | Dennis P. McCooe<br>Blank Rome | **Fax Number:**  215-569-5555<br>Contact Number:  215-569-5500 |
| **From:** | Heidi L. Keefe | **Reference No.:**  1630682-0002 |
| **Re:** | Cross Atlantic Capital Partners v Facebook, Inc.<br>USDC ED PA 2:07-CV-02768-JP | |

**PLEASE NOTE:** The information contained in this facsimile message is privileged and confidential, and is intended only for the use of the individual named above and others who have been specifically authorized to receive it. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, or if any problems occur with transmission, please contact sender or call + 1 650 213 0300. Thank you.

Please see attached letter.

```
                    ***********************
                    ***  TX REPORT  ***
                    ***********************


    TRANSMISSION OK

    TX/RX NO            4943
    RECIPIENT ADDRESS   #224912152388710
    DESTINATION ID
    ST. TIME            12/28 17:06
    TIME USE            00'36
    PAGES SENT          3
    RESULT              OK
```

# FACSIMILE

White & Case LLP
3000 El Camino Real
5 Palo Alto Square, 9th Floor
Palo Alto, California 94306

Tel  + 1 650 213 0300
Fax + 1 650 213 8158
www.whitecase.com

| | | | |
|---|---|---|---|
| **Date:** | December 28, 2007 | **No. of Pages (including cover):** | -3- |
| **To:** | Frederick A. Tecce<br>McShea\Tecce | **Fax Number:**<br>Contact Number: | 215-599-0888<br>215-599-0800 |
| **cc:** | Patrick J. Keenan<br>Duffy & Keenan | **Fax Number:**<br>Contact Number: | 215-238-8710<br>215-238-8700 |
| | Dennis P. McCooe<br>Blank Rome | **Fax Number:**<br>Contact Number: | 215-569-5555<br>215-569-5500 |
| **From:** | Heidi L. Keefe | **Reference No.:** | 1630682-0002 |
| **Re:** | Cross Atlantic Capital Partners v Facebook, Inc.<br>USDC ED PA 2:07-CV-02768-JP | | |

**PLEASE NOTE:** The information contained in this facsimile message is privileged and confidential, and is intended only for the use of the individual named above and others who have been specifically authorized to receive it. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, or if any problems occur with transmission, please contact sender or call + 1 650 213 0300. Thank you.

Please see attached letter.

```
                            ********************
                            ***  TX REPORT   ***
                            ********************

            TRANSMISSION OK

            TX/RX NO               4944
            RECIPIENT ADDRESS      #710912155695555
            DESTINATION ID
            ST. TIME               12/28 17:09
            TIME USE               02'30
            PAGES SENT             3
            RESULT                 OK
```

# FACSIMILE

WHITE & CASE

- White & Case LLP
3000 El Camino Real
5 Palo Alto Square, 9th Floor
Palo Alto, California 94306

Tel  + 1 650 213 0300
Fax + 1 650 213 8158
www.whitecase.com

---

| | | | |
|---|---|---|---|
| **Date:** | December 28, 2007 | **No. of Pages (including cover):** | **-3-** |
| **To:** | Frederick A. Tecce<br>McShea\Tecce | **Fax Number:**<br>Contact Number: | 215-599-0888<br>215-599-0800 |
| **cc:** | Patrick J. Keenan<br>Duffy & Keenan | **Fax Number:**<br>Contact Number: | 215-238-8710<br>215-238-8700 |
| | Dennis P. McCooe<br>Blank Rome | **Fax Number:**<br>Contact Number: | 215-569-5555<br>215-569-5500 |
| **From:** | Heidi L. Keefe | **Reference No.:** | 1630682-0002 |
| **Re:** | Cross Atlantic Capital Partners v Facebook, Inc.<br>USDC ED PA 2:07-CV-02768-JP | | |

**PLEASE NOTE:** The information contained in this facsimile message is privileged and confidential, and is intended only for the use of the individual named above and others who have been specifically authorized to receive it. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, or if any problems occur with transmission, please contact sender or call + 1 650 213 0300. Thank you.

Please see attached letter.

# EXHIBIT J

## to

## Declaration of Heidi Keefe in Support of Facebook's Motion to Compel Further Production of Documents and Complete Interrogatory Responses

Cross Atlantic Capital Partners, Inc. v Facebook, Inc. and Thefacebook, LLC

USDC ED PA Case No. 07-CV-02768-JP

**Neely, Patricia A.**

For the file

---

**From:** O'Rourke, Sam
**Sent:** Monday, January 07, 2008 6:14 PM
**To:** 'Patrick J. Keenan'
**Cc:** 'ftecce@mcshea-tecce.com'
**Subject:** RE: FACEBOOK -- Protective Order (1.02.2007).DOC.DOC

Those changes are fine. We plan to ship the source code tomorrow via overnight mail. We will sign and return the Protective Order tomorrow also. We should also work out who should file the Protective Order with the Court.

Please also let me know what Fred says about the issues I raised in our phone calls: 1) when we can expect to receive the supplementation to Facebook Interrogatory No. 5 (Fred promised to supplement by December 21), and 2) a confirmation as to whether or not XACP has any more documents concerning the ownership of the patent in suit.

Thanks very much,

Sam

---

**From:** Patrick J. Keenan [mailto:pjk@duffykeenan.com]
**Sent:** Monday, January 07, 2008 3:30 PM
**To:** O'Rourke, Sam
**Cc:** Frederick A. Tecce
**Subject:** Re: FACEBOOK -- Protective Order (1.02.2007).DOC.DOC

Sam,

Attached is the Protective Order which has been signed on behalf of our client. I have made two small changes since we last spoke: (1) paragraph 1 has been changed to be consistent with the prior change to paragraph 5, i.e., that the source code confidentiality applies only to source code, and (2) replaced the name of Charles Bloom with Alfred Zaher under the signature line. Please let me know when we can expect to receive the source code. Thanks.

Pat

----- Original Message -----
**From:** O'Rourke, Sam
**To:** pjk@duffykeenan.com
**Cc:** ftecce@mcshea-tecce.com ; Keefe, Heidi L. ; Weinstein, Mark R.
**Sent:** Friday, January 04, 2008 8:00 PM
**Subject:** Re: FACEBOOK -- Protective Order (1.02.2007).DOC.DOC

Thank you Pat. We are awaiting client feedback and will plan on giving you a call Monday.

Thanks,

Sam

-----Original Message-----
**From:** Patrick J. Keenan <pjk@duffykeenan.com>

1/8/2008

To: O'Rourke, Sam
CC: Frederick A. Tecce <ftecce@mcshea-tec.    om>
Sent: Fri Jan 04 18:18:06 2008
Subject: Re: FACEBOOK -- Protective Order (1.02.2007).DOC.DOC

Sam,

We have accepted most but not all of your changes. Our changes are red (or blue) lined on the attached version. Let me know if this is acceptable.

Pat

----- Original Message -----
From: O'Rourke, Sam <mailto:sorourke@paloalto.whitecase.com>
To: pjk@duffykeenan.com ; ftecce@mcshea-tecce.com
Cc: McCooe, Dennis P. <mailto:McCooe@BlankRome.com> ; Keefe, Heidi L. <mailto:hkeefe@paloalto.whitecase.com> ; Weinstein, Mark R. <mailto:mweinstein@paloalto.whitecase.com>
Sent: Thursday, January 03, 2008 1:44 PM
Subject: FACEBOOK -- Protective Order (1.02.2007).DOC.DOC

Pat -

As promised, attached please find our tweaks to your draft protective order. It is in redline form. We have incorporated source code protection into that draft. We think it addresses many of your concerns, while still affording our client sufficient protection. Please let us know if it is acceptable.

Thanks,

Sam

Sam O'Rourke
White & Case LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, Ca 94306
TEL: (650) 213-0332
FAX: (650) 213-8158
EMAIL: sorourke@whitecase.com

============================================================

This email communication (and any attachments) are confidential and are intended only for the individual(s) or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this email in error by replying to the email or by telephoning 650-213-0300. Please then delete the email and any copies of it. This information may be subject to legal professional or other privilege or may otherwise be protected by work product immunity or other legal rules. Thank you
============================================================

============================================================

This email communication (and any attachments) are confidential and are intended only for the individual(s) or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this email in error by replying to the email or by telephoning 650-213-0300. Please then delete the email and any copies of it. This information may be subject to legal professional or other privilege or may otherwise be protected by work product immunity or other legal rules. Thank you
============================================================

1/8/2008

# EXHIBIT K

## to

## Declaration of Heidi Keefe in Support of Facebook's Motion to Compel Further Production of Documents and Complete Interrogatory Responses

Cross Atlantic Capital Partners, Inc. v
Facebook, Inc. and Thefacebook, LLC

USDC ED PA Case No. 07-CV-02768-JP

White & Case LLP
3000 El Camino Real
5 Palo Alto Square, 9th Floor
Palo Alto, California 94306

Tel  + 1 650 213 0300
Fax + 1 650 213 8158
www.whitecase.com

January 9, 2008

**VIA FACSIMILE AND US MAIL**

Patrick J. Keenan, Esq.
Duffy & Keenan
The Curtis Center, Suite 1150
Independence Square West
Philadelphia, PA  19106

Re:   Cross-Atlantic Capital Partners, Inc. v Facebook, Inc. and Thefacebook LLC
       USDC ED PA 2:07-CV-02768-JP

Dear Pat:

As a follow-up to my voice mail to you earlier today and my numerous prior inquires, this letter
concerns XACP's failure to supplement its response to Facebook Interrogatory No. 5, despite
XACP's promise to do so by December 21.

We first raised the inadequacy of XACP's response in a letter dated November 7, 2007.  This
issue was the topic of ongoing disagreement and debate for over a month.  XACP finally
promised that it would serve a supplemental response to the interrogatory on December 21, 2007,
conditioned on Facebook first providing a verified statement of its contention "that not a single
element of the asserted claims is supported by the original application." (12/07/07 e-mail from F.
Tecce to M. Weinstein.)  Facebook promptly satisfied XACP's demand on December 10, 2007.
Despite our many requests and patience, you have not delivered on your promise.  Unless we
receive the promised supplementation by close of business on Friday, January 11, 2008, you
leave us with no choice but to move to compel a complete supplementation of XACP's response
to Interrogatory No. 5.

In addition, we have also repeatedly requested that XACP either produce all documents related
to the ownership of the patent-in-suit, or confirm that all such documents have been produced.

ALMATY   ANKARA   BANGKOK   BEIJING   BERLIN   BRATISLAVA   BRUSSELS   BUDAPEST   DRESDEN   DÜSSELDORF   FRANKFURT   HAMBURG
HELSINKI   HONG KONG   ISTANBUL   JOHANNESBURG   LONDON   LOS ANGELES   MEXICO CITY   MIAMI   MILAN   MOSCOW   MUNICH
NEW YORK   PALO ALTO   PARIS   PRAGUE   RIYADH   SÃO PAULO   SHANGHAI   SINGAPORE   STOCKHOLM   TOKYO   WARSAW   WASHINGTON, DC

PALOALTO 85664 v1 (2K)

WHITE & CASE

Despite repeated inquiries, we have received neither documents nor confirmation that all have been produced.  Unless we receive all documents concerning the ownership of the '629 patent, or a confirmation that XACP has produced all such documents by Friday, January 11, we will have no choice but to move on that issue too.

Very truly yours,

Sam O'Rourke

cc:    Frederick A. Tecce
       Dennis P. McCooe

```
                    *********************************
                    ***   MULTI TX/RX REPORT    ***
                    *********************************
    TX/RX NO                1585
    PGS.                    3
    TX/RX INCOMPLETE
                     (2)    2155990888
                     (3)    2155695555
    TRANSACTION OK
                     (1)    #346912152388710
    ERROR INFORMATION
                     -----
```

# FACSIMILE

**WHITE & CASE**

White & Case LLP
3000 El Camino Real
5 Palo Alto Square, 9th Floor
Palo Alto, California 94306

Tel  + 1 650 213 0300
Fax  + 1 650 213 8158
www.whitecase.com

| | | |
|---|---|---|
| **Date:** | January 9, 2008 | **No. of Pages (including cover):**   -3- |
| **To:** | Patrick J. Keenan<br>Duffy & Keenan | **Fax Number:**   215-238-8710<br>Contact Number:   215-238-8700 |
| **To:** | Frederick A. Tecce<br>McShea\Tecce | **Fax Number:**   215-599-0888<br>Contact Number:   215-599-0800 |
| | Dennis P. McCooe<br>Blank Rome | **Fax Number:**   215-569-5555<br>Contact Number:   215-569-5500 |
| **From:** | Sam O'Rourke | **Reference No.:**   1630682-0002 |
| **Re:** | Cross Atlantic Capital Partners v Facebook, Inc.<br>USDC ED PA 2:07-CV-02768-JP | |

**PLEASE NOTE:** The information contained in this facsimile message is privileged and confidential, and is intended only for the use of the individual named above and others who have been specifically authorized to receive it. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, or if any problems occur with transmission, please contact sender or call + 1 650 213 0300. Thank you.

Please see attached letter.

```
                        ***********************
                        ***   TX REPORT   ***
                        ***********************

        TRANSMISSION OK

        TX/RX NO               1586
        RECIPIENT ADDRESS      #346912155990888
        DESTINATION ID
        ST. TIME               01/09 19:39
        TIME USE               00'47
        PAGES SENT             3
        RESULT                 OK
```

# FACSIMILE

**WHITE & CASE**

White & Case LLP
3000 El Camino Real
5 Palo Alto Square, 9th Floor
Palo Alto, California 94306

Tel  + 1 650 213 0300
Fax + 1 650 213 8158
www.whitecase.com

| | | | |
|---|---|---|---|
| **Date:** | January 9, 2008 | **No. of Pages (including cover):** | -3- |
| **To:** | Patrick J. Keenan<br>Duffy & Keenan | **Fax Number:**<br>Contact Number: | 215-238-8710<br>215-238-8700 |
| **To:** | Frederick A. Tecce<br>McShea\Tecce | **Fax Number:**<br>Contact Number: | 215-599-0888<br>215-599-0800 |
| | Dennis P. McCooe<br>Blank Rome | **Fax Number:**<br>Contact Number: | 215-569-5555<br>215-569-5500 |
| **From:** | Sam O'Rourke | **Reference No.:** | 1630682-0002 |
| **Re:** | Cross Atlantic Capital Partners v Facebook, Inc.<br>USDC ED PA 2:07-CV-02768-JP | | |

**PLEASE NOTE:** The information contained in this facsimile message is privileged and confidential, and is intended only for the use of the individual named above and others who have been specifically authorized to receive it. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, or if any problems occur with transmission, please contact sender or call + 1 650 213 0300. Thank you.

Please see attached letter.

```
*********************
***   TX REPORT   ***
*********************
```

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 1587 |
| RECIPIENT ADDRESS | #346912155695555 |
| DESTINATION ID | |
| ST. TIME | 01/09 19:40 |
| TIME USE | 02'30 |
| PAGES SENT | 3 |
| RESULT | OK |

# FACSIMILE

**WHITE & CASE**

White & Case LLP          Tel  + 1 650 213 0300
3000 El Camino Real       Fax  + 1 650 213 8158
5 Palo Alto Square, 9th Floor   www.whitecase.com
Palo Alto, California 94306

| | | | |
|---|---|---|---|
| **Date:** | January 9, 2008 | **No. of Pages (including cover):** | -3- |
| **To:** | Patrick J. Keenan | **Fax Number:** | 215-238-8710 |
| | Duffy & Keenan | Contact Number: | 215-238-8700 |
| **To:** | Frederick A. Tecce | **Fax Number:** | 215-599-0888 |
| | McShea\Tecce | Contact Number: | 215-599-0800 |
| | Dennis P. McCooe | **Fax Number:** | 215-569-5555 |
| | Blank Rome | Contact Number: | 215-569-5500 |
| **From:** | Sam O'Rourke | **Reference No.:** | 1630682-0002 |
| **Re:** | Cross Atlantic Capital Partners v Facebook, Inc. | | |
| | USDC ED PA 2:07-CV-02768-JP | | |

**PLEASE NOTE:** The information contained in this facsimile message is privileged and confidential, and is intended only for the use of the individual named above and others who have been specifically authorized to receive it. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, or if any problems occur with transmission, please contact sender or call + 1 650 213 0300. Thank you.

Please see attached letter.

# EXHIBIT L

## to

## Declaration of Heidi Keefe in Support of Facebook's Motion to Compel Further Production of Documents and Complete Interrogatory Responses

Cross Atlantic Capital Partners, Inc. v
Facebook, Inc. and Thefacebook, LLC

USDC ED PA Case No. 07-CV-02768-JP

White & Case LLP          Tel + 1 650 213 0300
3000 El Camino Real       Fax + 1 650 213 8158
5 Palo Alto Square, 9th Floor   www.whitecase.com
Palo Alto, California 94306

February 5, 2008

<u>VIA FACSIMILE and US MAIL</u>

Patrick Keenan
Duffy & Keenan
One Liberty Place
1650 Market Street, 55th Floor
Philadelphia, PA  19103-7301

Re:   Cross Atlantic Capital Partners, Inc. v Facebook, Inc. and Thefacebook LLC
      <u>USDC ED PA 2:07-CV-02768-JP</u>

Pat:

This letter serves to highlight the deficiencies in XACP's discovery responses.  Despite
indicating that it would provide responsive documents, XACP has failed to produce any
documents responsive to request Nos. 3, 4, 5, 8, 9, 10, 12, 13, 14, 15, 17-24, 26, 28, 30, 31, 32,
34, 36, 37, 39, 41-46, and 50-58.  XACP has also failed to provide adequate responses to
Interrogatory Nos. 2 or 5.

**Documents Regarding XACP**

XACP has failed to provide documents about itself and its business activities.  The following
documents and things have been requested, but no responsive materials have been produced:

- Documents showing XACP's organizational structure (Request 45);

- Documents evidencing damages and/or lost profits XACP has suffered as the result of
  Facebook's alleged infringement (Request 41);

- Costs and/or expenditures XACP has incurred as the result of Facebook's alleged
  infringement (Request 42); and

- Revenue XACP purports to have lost as a result of Facebook's alleged infringement
  (Request 58).

ALMATY   ANKARA   BANGKOK   BEIJING   BERLIN   BRATISLAVA   BRUSSELS   BUDAPEST   DRESDEN   DÜSSELDORF   FRANKFURT   HAMBURG
HELSINKI   HONG KONG   ISTANBUL   JOHANNESBURG   LONDON   LOS ANGELES   MEXICO CITY   MIAMI   MILAN   MOSCOW   MUNICH
NEW YORK   PALO ALTO   PARIS   PRAGUE   RIYADH   SÃO PAULO   SHANGHAI   SINGAPORE   STOCKHOLM   TOKYO   WARSAW   WASHINGTON, DC

PALOALTO 86124 (2K)

Please produce all materials responsive to these requests or confirm that none exist. If XACP is withholding any such documents based on a claim of privilege, please provide a privilege log substantiating such withholding.

**Documents Concerning The Alleged Invention Of The '629 Patent**

XACP has failed to produce requested materials concerning the alleged invention of the '629 patent, including:

- Prior art related to the '629 patent (Request 8);

- Any publications relating to the invention claimed in the '629 Patent (Request 23);

- Design and research concerning, and the conception of, the alleged invention of the '629 Patent (Request 9);

- Any investigation of the '629 Patent (Request 17),

- Any use of the alleged invention of the '629 Patent, including use by XACP (Request 20);

- The sale of any product embodying any invention described by the claims of the '629 Patent, including by XACP (Request 21); and

- The first use, display or demonstration of any invention described by the claims of the '629 Patent (Request 22).

XACP has also failed to produce any communications with the USPTO relating to the '629 patent (Request 34). The only communications produced were unrelated to the '629 patent (communications regarding U.S. Patent 6,487,583 (Filed 2-25-00) entitled "System and Method for Information and Application Distribution").

Please produce all materials responsive to these requests or confirm that none exist. If XACP is withholding any such documents based on a claim of privilege, please provide a privilege log substantiating such withholding.

**Interrogatory Responses Concerning The Alleged Invention Of The '629 Patent**

Facebook Interrogatory No. 2 states:

> Identify and describe the circumstances surrounding any alleged invention of United States Patent No. 6,519,629 B2, including the precise date of conception, the persons involved and the nature of their involvement, the date of actual or constructive reduction to practice, the date and circumstances of first experimental or test use, the date and circumstances of first public disclosure, the date and circumstances of the first offer to

2

sell or sale, and the steps constituting diligence from conception to actual or constructive reduction to practice.

XACP refused to provide a complete response to this interrogatory on the basis that it lacked personal knowledge because "the inventors are not and have never been employees or agents of the plaintiff." XACP further explained that it "does not have personal knowledge concerning dates of initial conception, reduction to practice, use, public disclosure, offering to sell, or sale of the invention set forth in the '629 Patent." On December 21, 2007, Facebook was notified that you are now representing all named inventors of the '629 patent and that Mr. Harvey (the primary inventor) is a paid XACP consultant. Accordingly, please now supplement your response to provide a complete answer to Interrogatory No. 2.

To the extent that XACP has relied on the same lack of personal knowledge in failing to respond to any other Facebook interrogatories, document requests, or in its responses to Facebook requests for admission, Facebook requests that XACP supplement all such responses.

**Documents Concerning The Issued '629 Patent**

XACP has failed to produce requested materials concerning the '629 patent, including:

- The identity of customers to whom sales or offers to sell the alleged invention of the '629 Patent have been made (Request 24);

- All efforts to sell, assign, transfer, or license the '629 Patent (Request 30);

- All licenses granted under the '629 Patent (Request 31);

- All offers to sell any interest in the '629 Patent (Request 32);

- Any available substitute or noninfringing alternatives to the technology claimed in the '629 Patent (Request 43);

- The cost associated with implementing those alternatives (Request 44); and

- Any lawsuit, arbitration or other legal proceeding involving the '629 Patent or any related patents (Request 10).

Finally, Facebook requested documents supporting XACP's contention that "on or about November 13, 2001, the inventors assigned their complete interest in [United States Patent Application Serial No. 09/513,844] and any patent that issued therefrom to iKimbo, Inc." (Request 28). Please confirm that the complete documentation of this assignment has been produced.

Please produce materials responsive to the above referenced requests or confirm that no such documents exist. If XACP is withholding any such documents based on a claim of privilege, please provide a privilege log substantiating such withholding.

3

## Documents Related To This Lawsuit

XACP has failed to produce requested materials concerning this lawsuit, including:

- All communications between XACP and others regarding the litigation (Requests 3 and 4);

- Any claim that Facebook infringes the '629 Patent (Request 13);

- XACP's right to sue for infringement of the '629 Patent (Request 26); and

- All documents related to XACP's contention that it is entitled to a permanent injunction against Facebook (request 57).

Please produce materials responsive to these requests or confirm that no such documents exist. If XACP is withholding any such documents based on a claim of privilege, please provide a privilege log substantiating such withholding.

## Documents Concerning Facebook's Alleged Activities And Conduct

XACP has made a number of allegations concerning Facebook's knowledge and conduct that it has not substantiated with documentation. XACP has failed to produce materials concerning the following allegations:

- That Facebook has been using and marketing systems and methods for creating online communities covered by the claims of the '629 Patent (Requests 14 and 15);

- That Facebook has willfully infringed the '629 Patent (Request 50);

- That Facebook had notice of the '629 Patent prior to the filing of the Complaint (Request 51),

- That notice of the '629 Patent had been given to Facebook (Request 52);

- That Facebook has knowingly and intentionally induced others to infringe the '629 Patent (Requests 53 and 55);

- That Facebook is contributorily infringing the '629 Patent (Request 54);

- That Facebook continues to aid and abet others to infringe the '629 Patent (Request 56);

- That the Facebook website targets Pennsylvania residents (Request 18); and

- That Facebook has entered into commercial agreements, collaborations, joint ventures, and/or partnerships with residents of Pennsylvania (Request 19).

XACP was required to have had a Rule 11 basis to make the above referenced allegations. Accordingly, please produce materials substantiating these allegations or confirm that no such

4

documents exist. If XACP is withholding any such documents based on a claim of privilege, please provide a privilege log substantiating such withholding.

## Subpoenaed Inventor Documents

XACP agreed to accept service of subpoenas on the named inventors of the '629 patent. Accordingly, on January 16, 2007, Facebook served deposition subpoenas for Robert Dekelbaum and Matthew Hulan. These subpoenas included requests for documents to be produced at the White & Case, Palo Alto Office on January 29, 2008. These documents are fundamental to Facebook's ability to efficiently take the depositions of these two inventors. We have not yet received any documents, and we received no indication that you could not produce these documents by this date. Please produce the documents immediately or confirm that none exist.

Additionally, at his deposition on January 25, 2008, Jamey Harvey testified that he had communicated with the other named inventors listed on the '629 patent. Specifically, Mr. Harvey stated he had communicated through email with Mr. Dekelbaum, Mr. Hulan, and Mr. Andrew Fregly about this litigation. Mr. Harvey also stated he has a consulting agreement with Cross Atlantic Capital Partners for consulting services regarding this litigation. These communications, as well as those related to Mr. Harvey's consulting agreement, are responsive to the document requests included with Mr. Harvey's deposition subpoena, yet they were not produced. Please produce them.

## Prior Unanswered Facebook Communications

We have sent you and Mr. Tecce a number of letters and emails raising important issues to which you have not responded.

### Letter of January 30, 2008

In my letter dated January 30, 2008, I raised several issues to which you have yet to respond. Specifically, I referred you to Facebook's letter of January 17, 2008 regarding shortcomings in XACP's response to Facebook Interrogatory No. 5 and asked whether XACP intends to further supplement its response to that interrogatory. I have not received a response to the January 17 or January 31 inquiries.

In my January 30 letter (and an email of the same date), I proposed that, in light of the Judge's postponement of the Claim Construction hearing by two weeks, the parties agree to push all dates out two weeks (except the trial date) in order to adjust to the new schedule. I sent you a proposed stipulation to that effect via email of the same date. I have not received a response on that issue either.

### Letter of February 1, 2008

In a letter from Ms. Keefe, dated February 1, 2008, we took issue with several aspect of XACP's 30(b)(6) deposition of Facebook. I refer you to that letter for a recitation of the specific issues.

We have not received any response, despite attempting to meet and confer several times on the matter (included emails from Ms. Keefe dated January 30 and 31, 2008).

We would appreciate responses to the above referenced letters, as well as to the requests set for in this letter concerning XACP's deficient discovery responses by close of business on Thursday, February 7, 2008.   Specifically, please advise when XACP will be supplementing its discovery responses and confirming the requests for which it believes it has provided complete responses.

Very truly yours,

Sam O'Rourke

cc:     Frederick A. Tecce
        Dennis P. McCooe

6

# EXHIBIT M

## to

## Declaration of Heidi Keefe in Support of Facebook's Motion to Compel Further Production of Documents and Complete Interrogatory Responses

**Cross Atlantic Capital Partners, Inc. v Facebook, Inc. and Thefacebook, LLC**

**USDC ED PA Case No. 07-CV-02768-JP**



**DUFFY & KEENAN**

Attorneys at Law

PATRICK J. KEENAN
DIRECT DIAL: 215.238.8707

February 11, 2008

*Via Facsimile and Regular Mail*

Sam O'Rourke, Esquire
White & Case
3000 El Camino Real
5 Palo Alto Square, 9th Floor
Palo Alto, CA 94306

RE: **Cross Atlantic Capital Partners, Inc. v. Facebook, Inc. and Thefacebook, LLC**
**U.S.D.C., E.D.Pa. 2:07-cv-02768-JP**

Dear Sam:

After considering your request for further supplementation of our client's answer to Facebook's Interrogatory No. 5, we have determined that the request is unreasonable and must be denied. As you know, we initially answered the interrogatory on October 29, 2007. Although our client's answer fully complied with the Federal Rules of Civil Procedure, we supplemented the answer at your request on January 15, 2008.

In requesting further supplementation, you have taken issue with the statement in the supplemental answer that the citations to the '988 Application that support the elements of the claims in the '629 Patent are "[r]epresentative (but not exclusive) support...." Your client's position on this issue is inconsistent with its own discovery responses. On December 20, 2007, the Court ordered Facebook to provide "full and complete answers" to Plaintiff's Interrogatories Nos. 3, 5 and 11. Interrogatory No. 5 requested Facebook's invalidity contentions and support. In response, Facebook has cited to non-exclusive examples for support of its contentions as follows: (1) "With respect to claims 8, 16, 24, and 32; these claims are indefinite under 35 U.S.C. § 112 ¶ 2 because it cannot be determined from the claims in light of the written description, *for example*..."; (2) "The alleged invention of these claims is anticipated or obvious in view of *at least* the following prior art...." In the attached Prior Art Chart, Facebook cites to non-exclusive examples ("*e.g.*") within the alleged prior art references for support of its invalidity contentions. If Facebook considers these to be sufficient answers in response to the Court's order, its criticism of XACP's answer is baseless.

If you have any questions, please feel free to contact me.

Sincerely,

PATRICK J. KEENAN

PJK/mk

One Liberty Place
1650 Market Street, 55th Floor
Philadelphia PA 19103-7301
215.238.8700 *tel* 215.238.8710 *fax*

DUFFY & KEENAN

Sam O'Rourke, Esquire
February 11, 2008
Page 2


    cc:    Frederick A. Tecce, Esquire

# DUFFY & KEENAN

Attorneys at Law
One Liberty Place
1650 Market Street, 55th Floor
Philadelphia, PA 19103
215.238.8700 tel   215.238.8710 fax

# FAX

| DATE: | February 11, 2008 | PAGES: | 3 |
|---|---|---|---|
| TO: | Sam O'Rourke<br>Frederick A. Tecce | FROM: | Patrick J. Keenan |
| FAX: | 650-213-8158<br>215-599-0888 | PHONE: | 215-238-8707 |
| RE: | Cross Atlantic Capital Partners v. Facebook, Inc. | | |
| | | | |
| NOTE: | PLEASE ADVISE IF ALL PAGES AS SPECIFIED ABOVE ARE NOT RECEIVED. | | |
| FILE #: | | | |

**MESSAGE:**

NOTICE: The information contained in this telefacsimile is transmitted by an attorney. It is privileged and/or confidential, and it is intended only for the use of the individual or entity to whom it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any consideration, dissemination, distribution, duplication and/or copying of this communication and/or the information contained in it is strictly prohibited. If this communication has been received in error, please contact the sender immediately by telephone at 215-238-8700 (call collect if necessary) and return the original communication to the address below via the U.S. Postal Service. We will reimburse you for postage. Thank you.