# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CROSS ATLANTIC CAPITAL PARTNERS, INC., | **CIVIL ACTION** |
| Plaintiff, | **NO. 07-CV- 02768-JP** |
| v. | |
| FACEBOOK, INC. and THEFACEBOOK, LLC, | **JURY TRIAL DEMANDED** |
| Defendants. | |

## [PROPOSED] ORDER

AND NOW this _____ day of _____, 2008, upon consideration of Defendants' Motion to Compel Further Responses to Interrogatories and Requests for Production of Documents, **IT IS HEREBY ORDERED** that defendants' motion is **GRANTED**. Within five (5) days of the entry of this Order, plaintiff shall:

(1) Provide a full and complete response to Defendants' Interrogatory Nos. 2 and 5; and

(2) Produce all documents responsive to Request for Production Nos. 3-5, 8-10, 12-15, 17-24, 30-32, 34, 41-45 and 50-58.

**BY THE COURT:**

By: _____

**The Honorable Timothy R. Rice**
United States Magistrate Judge