# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CROSS ATLANTIC CAPITAL PARTNERS, INC.,          **CIVIL ACTION**

       Plaintiff,                                               **NO. 07-CV- 02768-JP**

   v.

FACEBOOK, INC. and THEFACEBOOK, LLC,            **JURY TRIAL DEMANDED**

       Defendants.

## FACEBOOK'S NOTICE AND MOTION FOR PROTECTIVE ORDER

     **COME NOW** defendants Facebook, Inc. and Thefacebook, LLC (collectively "Facebook") by and through undersigned counsel, and hereby move for a protective order prohibiting the deposition of Mark Zuckerberg, Facebook's founder, CEO and Chairman of the Board.

     Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, this Court is authorized and empowered, for good cause shown, to enter an order which justice requires to protect a person from annoyance, embarrassment, oppression, or undue burden or expense. Fed. R. Civ. P. 26(c).

     The grounds for this motion are set forth in the accompanying memorandum, declarations, and attached exhibits, which are incorporated by reference as if fully set forth herein. Defendant Facebook has shown good cause as to why plaintiff XACP is not entitled to the deposition of Mark Zuckerberg.

**WHEREFORE**, defendant Facebook respectfully requests that this Court grant its Motion for Protective Order.

Respectfully submitted,

Dated: March 4, 2008

By: _____/s/ Heidi L. Keefe_____

Heidi L. Keefe
Mark R. Weinstein
Sam O'Rourke
WHITE & CASE LLP
3000 El Camino Real
5 Palo Alto Square, 9th Floor
Palo Alto, CA 94306

Alfred W. Zaher
Dennis P. McCooe
BLANK ROME LLP
130 N 18th St
Philadelphia, PA 19103

Attorneys for FACEBOOK, INC. and
THEFACEBOOK, LLC

# CERTIFICATE OF SERVICE

This is to hereby certify that on March 4, 2008, I caused a true and correct copy of FACEBOOK'S NOTICE AND MOTION FOR PROTECTIVE ORDER to be served via this Court's Electronic Filing ("ECF") System, upon the following:

> Frederick A. Tecce, Esq.
> McShea/Tecce, P.C.
> The Bell Atlantic Tower – 28th Floor
> 1717 Arch Street
> Philadelphia, PA 19103
> ftecce@mcshea-tecce.com
>
> Thomas J. Duffy, Esq.
> Patrick J. Keenan, Esq.
> Duffy & Keenan
> One Liberty Place, 55th Floor
> 1650 Market Street
> Philadelphia, PA 19103
> pjk@duffykeenan.com
>
> Counsel for plaintiff
> Cross Atlantic Capital Partners, Inc.

_/s/ Heidi L. Keefe_
Heidi L. Keefe