IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CROSS ATLANTIC CAPITAL PARTNERS, INC., | CIVIL ACTION |
| Plaintiff, | NO. 07-CV- 02768-JP |
| v. | JURY TRIAL DEMANDED |
| FACEBOOK, INC. and THEFACEBOOK, LLC, | |
| Defendants. | |

### DECLARATION OF MARK R. WEINSTEIN IN SUPPORT OF FACEBOOK'S MOTION FOR PROTECTIVE ORDER

I, Mark R. Weinstein, declare:

1. I am an attorney with White & Case LLP, counsel of record in this action for defendants Facebook, Inc. and Thefacebook, LLC (collectively "Facebook"). I make this declaration in support of Facebook's Motion for Protective Order. I have personal knowledge of the facts contained within this declaration, and if called as a witness, could testify competently to the matters contained herein.

2. On February 4, 2008, plaintiff Cross Atlantic Capital Partners, Inc. ("XACP") noticed the deposition of Mark Zuckerberg for Philadelphia, Pennsylvania. Mr. Zuckerberg was the first named individual that XACP sought to depose in this litigation.

3. On February 8, 2008, Facebook asked XACP to withdraw its deposition notice or provide information showing that Mr. Zuckerberg possesses unique or superior knowledge of discoverable information. Attached hereto as **Exhibit A** is a true and correct copy of a letter from Sam O'Rourke (counsel for Facebook) to Patrick Keenan (counsel for XACP), dated February 8, 2007.

4. On February 11, 2008, XACP responded that it did not accept Facebook's position and that it expected to proceed with his deposition as noticed. Attached hereto as **Exhibit B** is a true and correct copy of a letter from Patrick Keenan to Sam O'Rourke, dated February 11, 2008.

5. On February 15, 2008, I spoke with Patrick Keenan and Frederick Tecce (counsel for XACP) about various discovery issues. During the call, I asked XACP to postpone the deposition of Mr. Zuckerberg until after XACP had taken the deposition testimony of lower level, more knowledgeable employees, as that might obviate the need to depose Mr. Zuckerberg. XACP responded that it intended to depose Mr. Zuckerberg regardless of what information they obtain from other deponents.

6. I certify that the parties, after reasonable effort, have been unable to resolve the dispute regarding the notice of deposition of Mark Zuckerberg.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 4, 2008 in Palo Alto, California.

/s/ Mark R. Weinstein
Mark R. Weinstein

# **CERTIFICATE OF SERVICE**

This is to hereby certify that on this 4th day of March, 2008, I caused a true and correct copy of the foregoing document: DECLARATION AND CERTIFICATION OF MARK WEINSTEIN IN SUPPORT OF FACEBOOK'S MOTION FOR PROTECTIVE ORDER to be served via this Court's Electronic Filing ("ECF") System, upon the following:

Frederick A. Tecce, Esq.
McShea/Tecce, P.C.
The Bell Atlantic Tower – 28th Floor
1717 Arch Street
Philadelphia, PA 19103
ftecce@mcshea-tecce.com

Thomas J. Duffy, Esq.
Patrick J. Keenan, Esq.
Duffy & Keenan
One Liberty Place, 55th Floor
1650 Market Street
Philadelphia, PA 19103
pjk@duffykeenan.com

Counsel for plaintiff
Cross Atlantic Capital Partners, Inc.

                                              /s/ Heidi Keefe
                                              Heidi Keefe

# EXHIBIT A

## to

## Declaration of Mark Weinstein in Support of Facebook's Motion for Protective Order

Cross Atlantic Capital Partners, Inc. v Facebook, Inc. and Thefacebook, LLC

USDC ED PA Case No. 07-CV-02768-JP

**WHITE & CASE**

White & Case LLP
3000 El Camino Real
5 Palo Alto Square, 9th Floor
Palo Alto, California 94306

Tel + 1 650 213 0300
Fax + 1 650 213 8158
www.whitecase.com

February 8, 2008

<u>VIA FACSIMILE and US MAIL</u>

Patrick Keenan
Duffy & Keenan
One Liberty Place
1650 Market Street, 55th Floor
Philadelphia, PA 19103-7301

Re: Cross Atlantic Capital Partners, Inc. v Facebook, Inc. and Thefacebook LLC
<u>USDC ED PA 2:07-CV-02768-JP</u>

Pat:

I write concerning XACP's Notice of Deposition of Mark Zuckerberg dated February 8, 2008. As you know, Mr. Zuckerberg is the CEO of Facebook and has no real involvement in the matters at issue in this case. Before XACP would be entitled to depose Mr. Zuckerberg, it must meet its burden of showing that Mr. Zuckerberg possesses unique or superior knowledge of discoverable information, and that less intrusive avenues of discovery have been exhausted. *See Baine v. General Motors Corp.*, 141 F.R.D. 332 (M.D. Ala. 1991). Unless you can provide substantive information demonstrating that XACP can meet its burden under the applicable case law, Facebook will move for a protective order to prevent this deposition. Please either withdraw your deposition notice or provide the requisite information by the close of business on Tuesday, February 12, 2008, or Facebook will have no choice but to file its motion.

Very truly yours,

Sam O'Rourke

cc: Frederick A. Tecce
Dennis P. McCooe

ALMATY   ANKARA   BANGKOK   BEIJING   BERLIN   BRATISLAVA   BRUSSELS   BUDAPEST   DRESDEN   DÜSSELDORF   FRANKFURT   HAMBURG
HELSINKI   HONG KONG   ISTANBUL   JOHANNESBURG   LONDON   LOS ANGELES   MEXICO CITY   MIAMI   MILAN   MOSCOW   MUNICH
NEW YORK   PALO ALTO   PARIS   PRAGUE   RIYADH   SÃO PAULO   SHANGHAI   SINGAPORE   STOCKHOLM   TOKYO   WARSAW   WASHINGTON, DC

PALOALTO 86354 (2K)

# EXHIBIT B

# to

# Declaration of Mark Weinstein
# In Support of Facebook's
# Motion for Protective Order

Cross Atlantic Capital Partners, Inc. v
Facebook, Inc. and Thefacebook, LLC

USDC ED PA Case No. 07-CV-02768-JP

# DUFFY & KEENAN

Attorneys at Law
One Liberty Place
1650 Market Street, 55th Floor
Philadelphia, PA 19103
215.238.8700 tel   215.238.8710 fax

# FAX

| DATE: | February 11, 2008 | PAGES: | 2 |
|---|---|---|---|
| TO: | Sam O'Rourke<br>Frederick A. Tecce | FROM: | Patrick J. Keenan |
| FAX: | 650-213-8158<br>215-599-0888 | PHONE: | 215-238-8707 |
| RE: | Cross Atlantic Capital Partners v. Facebook, Inc. | | |
| NOTE: | PLEASE ADVISE IF ALL PAGES AS SPECIFIED ABOVE ARE NOT RECEIVED. | | |
| FILE #: | | | |

**MESSAGE:**

**NOTICE:** The information contained in this telefacsimile is transmitted by an attorney. It is privileged and/or confidential, and it is intended only for the use of the individual or entity to whom it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any consideration, dissemination, distribution, duplication and/or copying of this communication and/or the information contained in it is strictly prohibited. If this communication has been received in error, please contact the sender immediately by telephone at 215-238-8700 (call collect if necessary) and return the original communication to the address below via the U.S. Postal Service. We will reimburse you for postage. Thank you.

# DUFFY & KEENAN
Attorneys at Law

PATRICK J. KEENAN
DIRECT DIAL 215.238.8707

February 11, 2008

*Via Facsimile and Regular Mail*

Sam O'Rourke, Esquire
White & Case
3000 El Camino Real
5 Palo Alto Square, 9th Floor
Palo Alto, CA 94306

RE: Cross Atlantic Capital Partners, Inc. v. Facebook, Inc. and Thefacebook, LLC
U.S.D.C., E.D.Pa. 2:07-cv-02768-JP

Dear Sam:

I am in receipt of your letter dated February 8, 2008 regarding the deposition of Mark Zuckerberg. In the United States District Court for the Eastern District of Pennsylvania, and elsewhere, "the party seeking discovery ... may name a specific officer, director, or managing agent to give deposition testimony on behalf of a party corporation pursuant to Fed. R.C.P. 30(b)(1)." *Triple Crown America, Inc. v. Biosynth AG*, 1998 U.S. Dist. LEXIS 6117 (E.D. Pa. April 30, 1998); *United States v. Afram Lines*, 159 F.R.D. 408, 413 (S.D.N.Y. 1994). There is no "unique or extraordinary knowledge" requirement. Additionally, in response to our client's Interrogatory No. 7, Facebook has identified only four individuals "who significantly contributed to the creation, development and design of Facebook's Groups application," one of whom is Mark Zuckerberg. Mr. Zuckerberg has also publicly taken credit for the founding of Facebook and the infringing website. Therefore, we cannot accept your position that Mr. Zuckerberg may not be deposed and expect to proceed with his deposition as noticed.

If you have any questions, please feel free to contact me.

Sincerely,

PATRICK J. KEENAN

PJK/mk

cc: Frederick A. Tecce, Esquire

One Liberty Place
1650 Market Street, 55th Floor
Philadelphia PA 19103-7301
215.238.8700 *tel* 215.238.8710 *fax*