IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CROSS ATLANTIC CAPITAL PARTNERS, INC., <br> Plaintiff, <br> v. <br> FACEBOOK, INC. and THEFACEBOOK, LLC, <br> Defendants. | CIVIL ACTION <br><br> NO. 07-CV- 02768-JP <br><br> JURY TRIAL DEMANDED |

[PROPOSED] ORDER

AND NOW, this _____ day of _____, 2008, upon consideration of Facebook's Motion for Protective Order prohibiting the deposition of Mark Zuckerberg, it is hereby **ORDERED** and **DECREED** that the instant Motion is **GRANTED**.

BY THE COURT:

By: _____
    **John R. Padova, J.**