# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CROSS ATLANTIC CAPITAL PARTNERS, INC.,          **CIVIL ACTION**

        Plaintiff,

                              **NO.  07-CV- 02768-JP**

   v.

FACEBOOK, INC. and THEFACEBOOK, LLC,           **JURY TRIAL DEMANDED**

        Defendants.

### [PROPOSED] ORDER

      AND NOW on this _____ day of _____, 2008, upon consideration of Defendants' Motion for Leave to File a Reply Brief in Support of Facebook's Motion to Compel Further Responses to Interrogatories and Requests for Production of Documents, **IT IS HEREBY ORDERED** that defendants' motion is **GRANTED**.  It is further hereby **ORDERED** that this Court will accept as filed the Reply Brief attached as Exhibit A to Defendants' motion.

### BY THE COURT:

By: _____

       **The Honorable Timothy R. Rice**
       United States Magistrate Judge