## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CROSS ATLANTIC CAPITAL PARTNERS, INC., | **CIVIL ACTION** |
| Plaintiff, | **NO. 07-CV- 02768-JP** |
| v. | |
| FACEBOOK, INC. and THEFACEBOOK, LLC, | **JURY TRIAL DEMANDED** |
| Defendants. | |

## STIPULATION TO CONTINUE EXPERT REPORT DEADLINES AND THE DISCOVERY CUTOFF

WHEREAS, the parties need further time to incorporate recent discovery into their reports; and

WHEREAS, the parties agree that a further one week extension of expert report deadlines and the discovery cutoff would be beneficial;

NOW THEREFORE, the parties, through their respective counsel, hereby stipulate, and respectfully request that the Court order, as follows:

The date for the service of the information referred to in Federal Rule of Civil Procedure 26(a)(2)(B) by expert report, deposition or answer to expert interrogatory on issues for which that party bears the burden of proof shall be continued to **March 17, 2008**. The date for service of evidence intended solely to contradict or rebut evidence on the same subject matter identified by another party shall be continued to **March 31, 2008**. The deadline for all requests for and responses to discovery to be served, noticed and completed shall be continued to **April 16, 2008**.

The Court's Federal Rule of Civil Procedure 16 Pretrial Scheduling Order entered on October 12, 2007 (Doc. 36), remains in full effect in all other respects.

Respectfully submitted,

By: /s/ Patrick J. Keenan

   Patrick J. Keenan, Esq.
    pjk@duffykeenan.com
   Duffy & Keenan
   One Liberty Place
   1650 Market Street, 55th Floor
   Philadelphia, PA 19103-7301

   Frederick A. Tecce, Esq.
    ftecce@mcshea-tecce.com
   McShea/Teece P.C.
   The Bell Atlantic Tower – 28th Floor
   1717 Arch Street
   Philadelphia, PA 19103

   Attorneys for CROSS ATLANTIC
   CAPITAL PARTNERS, INC.

By: /s/ Heidi L. Keefe

   Heidi L. Keefe
    hkeefe@whitecase.com
   Mark R. Weinstein
    mweinstein@whitecase.com
   Sam O'Rourke
    sorourke@whitecase.com
   WHITE & CASE LLP
   3000 El Camino Real
   5 Palo Alto Square, 9th Floor
   Palo Alto, CA 94306

   Alfred W. Zaher
    zaher@blankrome.com
   Dennis P. McCooe
    mccooe@blankrome.com
   BLANK ROME LLP
   130 N 18th St
   Philadelphia, PA 19103

   Attorneys for FACEBOOK, INC. and
   THEFACEBOOK, LLC

**APPROVED and SO ORDERED by the Court:**

_____

Dated:

# **CERTIFICATE OF SERVICE**

This is to hereby certify that on this 6th day of February, 2008, I caused a true and correct copy of the foregoing documents: STIPULATION TO CONTINUE EXPERT REPORT DEADLINES AND THE DISCOVERY CUTOFF to be served via this Court's Electronic Filing ("ECF") System, upon the following:

>Frederick A. Tecce, Esq.
>McShea/Tecce, P.C.
>The Bell Atlantic Tower – 28th Floor
>1717 Arch Street
>Philadelphia, PA  19103
>ftecce@mcshea-tecce.com
>
>Thomas J. Duffy, Esq.
>Patrick J. Keenan, Esq.
>Duffy & Keenan
>One Liberty Place, 55th Floor
>1650 Market Street
>Philadelphia, PA  19103
>pjk@duffykeenan.com
>
>Counsel for plaintiff
>Cross Atlantic Capital Partners, Inc.

>　　/s/ Heidi L. Keefe
>Heidi L. Keefe