

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CROSS ATLANTIC CAPITAL PARTNERS, INC., | CIVIL ACTION | **FILED** |
| Plaintiff, | NO. 07-CV- 02768-JP | MAR 12 2008 |
| v. | | MICHAEL E. KUNZ, Clerk |
| FACEBOOK, INC. and THEFACEBOOK, LLC, | JURY TRIAL DEMANDED | By_____Dep. Clerk |
| Defendants. | | |

### STIPULATION TO CONTINUE EXPERT REPORT DEADLINES AND THE DISCOVERY CUTOFF

WHEREAS, the parties need further time to incorporate recent discovery into their reports; and

WHEREAS, the parties agree that a further one week extension of expert report deadlines and the discovery cutoff would be beneficial;

NOW THEREFORE, the parties, through their respective counsel, hereby stipulate, and respectfully request that the Court order, as follows:

The date for the service of the information referred to in Federal Rule of Civil Procedure 26(a)(2)(B) by expert report, deposition or answer to expert interrogatory on issues for which that party bears the burden of proof shall be continued to **March 17, 2008**. The date for service of evidence intended solely to contradict or rebut evidence on the same subject matter identified by another party shall be continued to **March 31, 2008**. The deadline for all requests for and responses to discovery to be served, noticed and completed shall be continued to **April 16, 2008**.

PALOALTO 86943 v2 (2K)

The Court's Federal Rule of Civil Procedure 16 Pretrial Scheduling Order entered on October 12, 2007 (Doc. 36), remains in full effect in all other respects.

Respectfully submitted,

By: ___/s/ Patrick J. Keenan___     By: ___/s/ Heidi L. Keefe___

    Patrick J. Keenan, Esq.  
    pjk@duffykeenan.com  
    Duffy & Keenan  
    One Liberty Place  
    1650 Market Street, 55th Floor  
    Philadelphia, PA 19103-7301  

    Frederick A. Tecce, Esq.  
    ftecce@mcshea-tecce.com  
    McShea/Teece P.C.  
    The Bell Atlantic Tower – 28th Floor  
    1717 Arch Street  
    Philadelphia, PA 19103  

    Attorneys for CROSS ATLANTIC  
    CAPITAL PARTNERS, INC.

    Heidi L. Keefe  
    hkeefe@whitecase.com  
    Mark R. Weinstein  
    mweinstein@whitecase.com  
    Sam O'Rourke  
    sorourke@whitecase.com  
    WHITE & CASE LLP  
    3000 El Camino Real  
    5 Palo Alto Square, 9th Floor  
    Palo Alto, CA 94306  

    Alfred W. Zaher  
    zaher@blankrome.com  
    Dennis P. McCooe  
    mccooe@blankrome.com  
    BLANK ROME LLP  
    130 N 18th St  
    Philadelphia, PA 19103  

    Attorneys for FACEBOOK, INC. and  
    THEFACEBOOK, LLC

**APPROVED and SO ORDERED by the Court:**

_____

Dated: 3/11/2008