IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CROSS ATLANTIC CAPITAL PARTNERS, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| FACEBOOK, INC and THEFACEBOOK, LLC | : | NO. 07-2768 |

## **ORDER**

**AND NOW**, this 17th day of March, 2008, **IT IS HEREBY ORDERED** that the parties show cause why the Court should not amend our claims construction Order dated February 29, 2008, by deleting the words "sending out" from the construction of the term "transmit," to make said construction consistent with the Court's stated rationale. Paragraph 1(g) of the Court's Order would be amended to read: "Transmit" is construed to mean "electronically connecting and/or communicating by any wireless or wire mechanism."

**IT IS HEREBY FURTHER ORDERED** that any party so wishing may file a response, not exceeding ten (10) pages, to this show cause order within seven (7) days. If the Court receives no responses, an amended order will be entered thereafter.

BY THE COURT:

/s/ John R. Padova

_____
John R. Padova, J.