

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CROSS ATLANTIC CAPITAL  
PARTNERS, INC.

v.

FACEBOOK, INC., et al

: Civil Action No. 07-2768 (JRP)

## ORDER

AND NOW on this 3rd day of April, 2008, upon consideration of Defendants' request to modify the schedule as set forth in the Federal Rule of Civil Procedure 16 Pretrial Scheduling Order entered by the Court on October 15, 2007 (Doc. No. 36) as amended by the Orders entered on February 6, 2008 (Doc. No. 66) and March 7, 2008 (Doc. No. 90), and following a telephonic conference with the parties on April 2, 2008, **IT IS HEREBY ORDERED** that the deadlines established by the Pretrial Scheduling Order are adjusted as follows:

| Event | Current Date | New Date |
| --- | --- | --- |
| Service of rebuttal expert reports | April 14, 2008 | May 5, 2008 |
| Discovery cut-off | April 16, 2008 | May 21, 2008 |
| Deadline for filing dispositive motions | April 25, 2008 | June 20, 2008 |
| Settlement conference | April 25, 2008 | June 20, 2008 |
| Filing of pretrial memoranda (Plaintiff) | June 27, 2008 | August 22, 2008 |
| Filing of *in limine* motions | June 27, 2008 | August 22, 2008 |
| Filing of pretrial memoranda (Defendants) | July 11, 2008 | September 5, 2008 |
| Filing of responses to *in limine* motions | July 11, 2008 | September 5, 2008 |

128605.00601/11767466v.1

| Event | Current Date | New Date |
| --- | --- | --- |
| Exchange of exhibits, evidence and CVs for expert witnesses | July 18, 2008 | September 12, 2008 |
| Final pretrial conference | July 25, 2008 | September 19, 2008 |
| Jury instructions and verdict forms or special interrogatories | July 25, 2008 | September 19, 2008 |
| Trial | August 25, 2008 | October 20, 2008 |

The Court's Pretrial Scheduling Order remains in full effect in all other respects.

BY THE COURT:

*[signature]*

JOHN R. PADOVA, J.