# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CROSS ATLANTIC CAPITAL PARTNERS, INC., | **CIVIL ACTION** |
| Plaintiff, | **NO. 07-CV- 02768-JP** |
| v. | |
| FACEBOOK, INC. and THEFACEBOOK, LLC, | **JURY TRIAL DEMANDED** |
| Defendants. | |

## **STIPULATION**

AND NOW this 17th day of April, 2008, Plaintiff, Cross Atlantic Capital Partners, Inc., by and through its undersigned counsel, herein stipulate to the withdrawal, without prejudice, of paragraphs 27 and 29 of its Complaint in this matter.

Respectfully submitted,

| | |
|---|---|
| By:  /s/Patrick J. Keenan | By:  /s/ Heidi L. Keefe |
| Patrick J. Kennan, Esq.<br>Duffy & Kennan<br>One Liberty Place<br>1650 Market Street, 55th Floor<br>Philadelphia, PA 19103-7301 | Heidi L. Keefe<br>Mark R. Weinstein<br>Sam O'Rourke<br>WHITE & CASE LLP<br>3000 El Camino Real<br>5 Palo Alto Square, 9th Floor<br>Palo Alto, CA  94306 |
| Frederick A. Teece, Esq.<br>McShea/Teece P.C.<br>The Bell Atlantic Tower – 28th Floor<br>1717 Arch Street<br>Philadelphia, PA 19103 | Alfred W. Zaher<br>Dennis P. McCooe<br>BLANK ROME LLP<br>130 N 18th St<br>Philadelphia, PA 19103 |
| Attorneys for CROSS ATLANTIC CAPITAL PARTNERS, INC. | Attorneys for FACEBOOK, INC. and THEFACEBOOK, LLC |

## CERTIFICATE OF SERVICE

This is to hereby certify that on this 17th day of April, 2008, I caused a true and correct copy of the foregoing documents: STIPULATION to be served via this Court's Electronic Filing ("ECF") System, upon the following:

> Frederick A. Tecce, Esq.
> McShea/Tecce, P.C.
> The Bell Atlantic Tower – 28th Floor
> 1717 Arch Street
> Philadelphia, PA  19103
> ftecce@mcshea-tecce.com
>
> Thomas J. Duffy, Esq.
> Patrick J. Keenan, Esq.
> Duffy & Keenan
> One Liberty Place, 55th Floor
> 1650 Market Street
> Philadelphia, PA  19103
> pjk@duffykeenan.com
>
> Counsel for plaintiff
> Cross Atlantic Capital Partners, Inc.

                                            /s/ Heidi L. Keefe
                                          Heidi L. Keefe