

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CROSS ATLANTIC CAPITAL PARTNERS, INC., | CIVIL ACTION |
| Plaintiff, | NO. 07-CV- 02768-JP |
| v. | |
| FACEBOOK, INC. and THEFACEBOOK, LLC, | JURY TRIAL DEMANDED |
| Defendants. | |

**FILED**
APR 24 2008
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

<u>STIPULATION</u>

AND NOW this 17th day of April, 2008, Plaintiff, Cross Atlantic Capital Partners, Inc., by and through its undersigned counsel, herein stipulate to the withdrawal, without prejudice, of paragraphs 27 and 29 of its Complaint in this matter.

Respectfully submitted,

By: ___/s/Patrick J. Keenan___

Patrick J. Kennan, Esq.
Duffy & Kennan
One Liberty Place
1650 Market Street, 55th Floor
Philadelphia, PA 19103-7301

Frederick A. Teece, Esq.
McShea/Teece P.C.
The Bell Atlantic Tower – 28th Floor
1717 Arch Street
Philadelphia, PA 19103

Attorneys for CROSS ATLANTIC
CAPITAL PARTNERS, INC.

By: ___/s/ Heidi L. Keefe___

Heidi L. Keefe
Mark R. Weinstein
Sam O'Rourke
WHITE & CASE LLP
3000 El Camino Real
5 Palo Alto Square, 9th Floor
Palo Alto, CA 94306

Alfred W. Zaher
Dennis P. McCooe
BLANK ROME LLP
130 N 18th St
Philadelphia, PA 19103

Attorneys for FACEBOOK, INC. and
THEFACEBOOK, LLC

BY THE COURT

_____
John R. Padova    J.
PALOALTO 87814 v1 (2K)    4/21/08