# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CROSS ATLANTIC CAPITAL PARTNERS, INC., | CIVIL ACTION |
| Plaintiff, | NO. 07-CV-02768-JP |
| v. | |
| FACEBOOK, INC. and THEFACEBOOK, LLC, | JURY TRIAL DEMANDED |
| Defendants. | |

## FACEBOOK'S STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO SERVE ADDITIONAL INTERROGATORIES

AND NOW this 5th day of May, 2008, in recognition of Plaintiff's agreement to withdraw its Fed. R. Civ. P. 33(a) objection to Facebook Interrogatories Nos. 11 to 21, and to provide responses to those interrogatories, defendants Facebook, Inc. and Thefacebook, LLC, by and through their undersigned counsel, herein state they do not oppose Plaintiff's Motion for Leave to Serve Additional Interrogatories (Doc. No. 103) filed April 21, 2008.

Respectfully submitted,

By:     /s/ Heidi L. Keefe

Heidi L. Keefe
Mark R. Weinstein
Sam O'Rourke
WHITE & CASE LLP
3000 El Camino Real
5 Palo Alto Square, 9th Floor
Palo Alto, CA  94306

Alfred W. Zaher
Dennis P. McCooe
BLANK ROME LLP
130 N 18th St
Philadelphia, PA 19103

Attorneys for FACEBOOK, INC. and THEFACEBOOK, LLC

# CERTIFICATE OF SERVICE

This is to hereby certify that on this 5th day of May, 2008, I caused a true and correct copy of the foregoing document: STATEMENT OF NON-OPPOSITION to be served via this Court's Electronic Filing ("ECF") System, upon the following:

Frederick A. Tecce, Esq.
McShea/Tecce, P.C.
The Bell Atlantic Tower – 28th Floor
1717 Arch Street
Philadelphia, PA  19103
ftecce@mcshea-tecce.com

Thomas J. Duffy, Esq.
Patrick J. Keenan, Esq.
Duffy & Keenan
One Liberty Place, 55th Floor
1650 Market Street
Philadelphia, PA  19103
pjk@duffykeenan.com

Counsel for plaintiff
Cross Atlantic Capital Partners, Inc.

       /s/ Heidi L. Keefe
    Heidi L. Keefe