IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CROSS ATLANTIC CAPITAL PARTNERS, INC. | : : : | CIVIL ACTION |
| v. | : : | |
| FACEBOOK, INC., et al. | : | NO. 07-2768 |

## **ORDER**

**AND NOW**, this 6th day of May, 2008, upon consideration of Plaintiff's unopposed Motion for Leave to Serve Additional Interrogatories (Docket Entry # 103), **IT IS HEREBY ORDERED** that said motion is **GRANTED**.

BY THE COURT:

/s/ John R. Padova

———————————
John R. Padova, J.