# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CROSS ATLANTIC CAPITAL PARTNERS, INC., | **CIVIL ACTION** |
| Plaintiff, | **NO. 07-CV- 02768-JP** |
| v. | |
| FACEBOOK, INC. and THEFACEBOOK, LLC, | **JURY TRIAL DEMANDED** |
| Defendants. | |

## DEFENDANTS' NOTICE AND RENEWED MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND CERTIFICATION UNDER LOCAL RULE 26.1(f)

COME NOW defendants Facebook, Inc. and Thefacebook, LLC ("Facebook") by and through undersigned counsel, and hereby renew their motion to compel production of documents.

Pursuant to Civil Local Rule 26.1(f), counsel for Facebook hereby certifies that the parties, after reasonable effort, have been unable to resolve the dispute regarding these Requests for Production. Facebook's efforts to obtain this discovery without court intervention are detailed in the accompanying memorandum.

The grounds for this motion are set forth in the accompanying memorandum, appendix, declaration and attached exhibits which are incorporated by reference as if fully set forth herein.

**WHEREFORE**, defendant Facebook respectfully requests that this Court enter an order granting its renewed motion and ordering production of responsive documents within five days of the entry of the Order.

Respectfully submitted,

Dated: May 23, 2008       By:      /s/ Heidi L. Keefe

Heidi L. Keefe
Mark R. Weinstein
WHITE & CASE LLP
3000 El Camino Real
5 Palo Alto Square, 9th Floor
Palo Alto, CA 94306

Alfred W. Zaher
Dennis P. McCooe
BLANK ROME LLP
130 N 18th St
Philadelphia, PA 19103

Attorneys for FACEBOOK, INC. and
 THEFACEBOOK, LLC

# CERTIFICATE OF SERVICE

This is to hereby certify that on May 23, 2008, I caused a true and correct copy of the foregoing DEFENDANTS' NOTICE AND RENEWED MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND CERTIFICATION UNDER LOCAL RULE 26.1(f) to be served via this Court's Electronic Filing ("ECF") System, upon the following:

>Frederick A. Tecce, Esq.
>McShea/Tecce, P.C.
>The Bell Atlantic Tower – 28th Floor
>1717 Arch Street
>Philadelphia, PA 19103
>ftecce@mcshea-tecce.com
>
>Thomas J. Duffy, Esq.
>Patrick J. Keenan, Esq.
>Duffy & Keenan
>One Liberty Place, 55th Floor
>1650 Market Street
>Philadelphia, PA 19103
>pjk@duffykeenan.com
>
>Counsel for plaintiff
>Cross Atlantic Capital Partners, Inc.

          /s/ Heidi L. Keefe
          Heidi L. Keefe