IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CROSS ATLANTIC CAPITAL PARTNERS, INC., | **CIVIL ACTION** |
| Plaintiff, | **NO. 07-CV- 02768-JP** |
| v. | |
| FACEBOOK, INC. and THEFACEBOOK, LLC, | **JURY TRIAL DEMANDED** |
| Defendants. | |

**[PROPOSED] ORDER**

AND NOW this _____ day of _____, 2008, upon consideration of Defendants' Renewed Motion to Compel Production of Documents, **IT IS HEREBY ORDERED** that Defendants' motion is **GRANTED**. Within five (5) days of the entry of this Order, Plaintiff shall produce all documents responsive to Defendants' requests and certify that they have conducted a full search for responsive documents.

**BY THE COURT:**

By: _____

JOHN R. PADOVA, J.