APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CROSS ATLANTIC CAPITAL PARTNERS, INC. | : | CIVIL ACTION |
| v. | : | |
| FACEBOOK, INC. and THE FACEBOOK, LLC | : | NO.  2:07-CV-02768-JP |

ORDER

AND NOW, this _____ Day of _____, 200__, it is hereby

ORDERED that the application of <u>Craig W. Clark</u>, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____
                                                                J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 2:07-CV-02768-JP

*APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

I. APPLICANT'S STATEMENT

I, _Craig W. Clark_ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _9328_, for the $40.00 admission fee.

A. *I state that I am currently admitted to practice in the following state jurisdictions:*

| Calfornia | 12/02/2003 | 226839 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. *I state that I am currently admitted to practice in the following federal jurisdictions:*

| CA - Northern District | 01/05/2004 | 226839 |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| CA - Southern District | 04/15/2005 | 226839 |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C. *I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

*I am entering my appearance for* FACEBOOK, INC. and THE FACEBOOK, LLC

(Applicant's Signature)

05/28/2008
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

White & Case LLP, 3000 El Camino Real, 5 Palo Alto Square, 9th Floor, Palo Alto, CA 94306

Tel: 650-213-0300; Fax: 650-213-8158

Sworn and subscribed before me this
28th Day of May, 2008

ERVIN D. UPTON
Commission # 1516389
Notary Public - California
Los Angeles County
My Comm. Expires Oct 27, 2008

Notary Public

10/04

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ___Craig W. Clark___ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Dennis P. McCooe | *[signature]* | 1994 | 74739 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Blank Rome LLP, One Logan Square, 130 N. 18th Street, Philadelphia, PA 19103

Tel: 215-569-5580; Fax: 215-569-5555

Sworn and subscribed before me this

30th Day of May, 2008

*[signature]*
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
DOROTHY L. WYDRA, Notary Public
City of Philadelphia, Phila. County
My Commission Expires October 31, 2010

## CERTIFICATE OF SERVICE

I, Dennis P. McCooe, hereby certify that on this 30th day of May, 2008, I caused a true and correct copy of the foregoing Application of Craig W. Clark, Esquire to be admitted to practice Pro Hac Vice to be served by CM/ECF system, which will send notification of such filing to the following:

> Frederick A. Tecce
> McShea Tecce, P.C.
> The Bell Atlantic Tower, 28th Floor
> 1717 Arch Street
> Philadelphia, PA 19103
>
> Thomas J. Duffy, Esq.
> Patrick J. Keenan, Esq.
> Duffy & Keenan
> One Liberty Place, 55th Floor
> 1650 Market Street
> Philadelphia, PA 19103

Dennis P. McCooe (DPM3072)