APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CROSS ATLANTIC CAPITAL PARTNERS, INC.<br>v.<br>FACEBOOK, INC. and THE FACEBOOK, LLC | :<br>:<br>:<br>:<br>: | CIVIL ACTION<br><br>NO. 2:07-CV-02768-JP |

ORDER

FILED
JUN 5 - 2008
MICHAEL E. KU... ..erk
By_____ Dep. Clerk

AND NOW, this _____ Day of _____, 200_, it is hereby

ORDERED that the application of Craig W. Clark, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☒ GRANTED.

☐ DENIED.

_____ J.