**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CROSS ATLANTIC CAPITAL PARTNERS, INC. : : : | |
| Plaintiff, : | **CIVIL ACTION** |
| : | |
| v. : | **NO. 07-CV-02768-JP** |
| : | |
| FACEBOOK, INC and THEFACEBOOK, LLC, : : | **JURY TRIAL DEMANDED** |
| : | |
| Defendants. : | |

**MOTION FOR LEAVE TO FILE REPLY BRIEF IN FURTHER SUPPORT OF
<u>RENEWED MOTION TO COMPEL PRODUCTION OF DOCUMENTS</u>**

Defendants Facebook, Inc. and TheFacebook (collectively "Facebook"), by their undersigned counsel, respectfully move for leave to file a Reply Brief in Further Support of Renewed Motion to Compel Production of Documents (attached hereto as Exhibit "A" for the Court's consideration). Because Plaintiff's Response in Opposition to Defendants' Renewed Motion to Compel Production of Documents raised certain new factual issues and legal theories, Facebook's Reply Brief is needed to concisely address these newly raised arguments and thereby provide the Court with a comprehensive briefing on all issues before the Court on the Renewed Motion to Compel Production of Documents.

WHEREFORE, Defendants respectfully request that this Honorable Court grant their Motion for Leave to File Reply Brief in Further Support of Renewed Motion to Compel Production of Documents.

Dated: June 13, 2008

By: /s/ Dennis P. McCooe

Heidi L. Keefe
Mark R. Weinstein
Craig W. Clark
WHITE & CASE LLP
3000 El Camino Real
5 Palo Alto Square, 9th Floor
Palo Alto, CA 94306

Alfred W. Zaher
Dennis P. McCooe
BLANK ROME LLP
One Logan Square
Philadelphia, PA 19103

Attorneys for FACEBOOK, INC. and THEFACEBOOK, LLC

**CERTIFICATE OF SERVICE**

       This is to hereby certify that on this 13th day of June, 2008, I caused a true and correct copy of the foregoing documents to be served via this Court's Electronic Filing ("ECF") System, upon the following:

>Frederick A. Tecce, Esq.
>McShea/Tecce, P.C.
>The Bell Atlantic Tower – 28th Floor
>1717 Arch Street
>Philadelphia, PA 19103
>ftecce@mcshea-tecce.com
>
>Thomas J. Duffy, Esq.
>Patrick J. Keenan, Esq.
>Duffy & Keenan
>One Liberty Place, 55th Floor
>1650 Market Street
>Philadelphia, PA 19103
>pjk@duffykeenan.com
>
>Counsel for Plaintiff
>Cross Atlantic Capital Partners, Inc.

                                /s/ Dennis P. McCooe
                                Dennis P. McCooe