# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CROSS ATLANTIC CAPITAL PARTNERS, INC., | CIVIL ACTION |
| Plaintiff, | NO. 07-CV-02768-JP |
| v. | |
| FACEBOOK, INC. and THEFACEBOOK, LLC, | ORAL ARGUMENT REQUESTED |
| Defendants. | FACEBOOK MOTION NO. 1 |

## FACEBOOK'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT OF NON-INFRINGEMENT RE CURRENT FACEBOOK SYSTEM

COME NOW the defendants Facebook, Inc. and Thefacebook, LLC ("Facebook"), by and through undersigned counsel, and hereby move for partial summary judgment that Facebook's current system does not infringe U.S. Patent No. 6,519,629, as alleged by plaintiff Cross Atlantic Capital Partners, Inc.

The grounds for this motion are set forth in the accompanying memorandum, statement of material facts in accordance with the Hon. John R. Padova's Policies and Procedures, declarations and attached exhibits, which are incorporated by reference as if fully set forth herein.

A certificate of service and proposed order are also supplied herewith in accordance with Local Rules 7.1(a) and (d).

Oral argument is hereby requested in accordance with Local Rule 7.1(f).

**WHEREFORE**, defendant Facebook respectfully requests that this Court grant its motion and enter an order finding that Facebook's current system does not infringe the patent-in-suit.

Respectfully submitted,

Dated: June 20, 2008     By:      /s/ Heidi L. Keefe

        Heidi L. Keefe
        Mark R. Weinstein
        Craig C. Clark
        WHITE & CASE LLP
        3000 El Camino Real
        5 Palo Alto Square, 9th Floor
        Palo Alto, CA  94306

        Alfred W. Zaher
        Dennis P. McCooe
        BLANK ROME LLP
        130 N 18th St
        Philadelphia, PA 19103

        Attorneys for FACEBOOK, INC. and
         THEFACEBOOK, LLC

# CERTIFICATE OF SERVICE

This is to hereby certify that on June 20, 2008, I caused a true and correct copy of the foregoing **Facebook's Notice of Motion and Motion for Partial Summary Judgment of Non-infringement re Current Facebook System** to be served *via* this Court's Electronic Filing ("ECF") System, upon the following:

>Frederick A. Tecce, Esq.
>McShea/Tecce, P.C.
>The Bell Atlantic Tower – 28th Floor
>1717 Arch Street
>Philadelphia, PA  19103
>ftecce@mcshea-tecce.com
>
>Thomas J. Duffy, Esq.
>Patrick J. Keenan, Esq.
>Duffy & Keenan
>One Liberty Place, 55th Floor
>1650 Market Street
>Philadelphia, PA  19103
>pjk@duffykeenan.com
>
>Counsel for plaintiff
>Cross Atlantic Capital Partners, Inc.

        /s/ Heidi L. Keefe
Heidi L. Keefe