# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CROSS ATLANTIC CAPITAL PARTNERS, INC., | **CIVIL ACTION** |
| Plaintiff, | **NO. 07-CV- 02768-JP** |
| v. | **FACEBOOK MOTION NO. 1** |
| FACEBOOK, INC. and THEFACEBOOK, LLC, | |
| Defendants. | |

## [PROPOSED] ORDER

AND NOW this ___ day of _____, 2008, upon consideration of Facebook's Motion for Partial Summary Judgment of Non-infringement re Current Facebook System, and all papers filed in connection therewith, **IT IS HEREBY ORDERED** that Defendants' motion seeking partial summary judgment that the current Facebook System does not infringe the patent-in-suit and has not infringed said patent since at least April 2, 2008 is **GRANTED**.

**BY THE COURT:**

By: _____

Hon. John R. Padova
U.S. District Court Judge