# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CROSS ATLANTIC CAPITAL PARTNERS, INC., | CIVIL ACTION |
| Plaintiff, | NO. 07-CV- 02768-JP |
| v. | |
| FACEBOOK, INC. and THEFACEBOOK, LLC, | ORAL ARGUMENT REQUESTED |
| Defendants. | FACEBOOK MOTION NO. 2 |

## STATEMENT OF MATERIAL FACTS IN SUPPORT OF FACEBOOK'S MOTION FOR SUMMARY JUDGMENT OF INEQUITABLE CONDUCT

**[REDACTED VERSION FOR PUBLIC FILING]**

**(Unredacted version filed separately under seal pursuant to Protective Order)**

# FACEBOOK'S STATEMENT OF MATERIAL FACTS IN SUPPORT OF FACEBOOK'S MOTION FOR SUMMARY JUDGMENT OF INEQUITABLE CONDUCT

# (ENTIRE DOCUMENT FILED UNDER SEAL)

# CERTIFICATE OF SERVICE

This is to hereby certify that on this 20th day of June, 2008, I caused a true and correct copy of this Statement of Material Facts in Support of Facebook's Motion for Summary Judgment of Inequitable Conduct to be served *via* this Court's Electronic Filing ("ECF") System, upon the following:

>Frederick A. Tecce, Esq.
>McShea/Tecce, P.C.
>The Bell Atlantic Tower – 28th Floor
>1717 Arch Street
>Philadelphia, PA  19103
>ftecce@mcshea-tecce.com
>
>Thomas J. Duffy, Esq.
>Patrick J. Keenan, Esq.
>Duffy & Keenan
>One Liberty Place, 55th Floor
>1650 Market Street
>Philadelphia, PA  19103
>pjk@duffykeenan.com
>
>Counsel for plaintiff
>Cross Atlantic Capital Partners, Inc.

>/s/ Heidi L. Keefe
>Heidi L. Keefe