# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CROSS ATLANTIC CAPITAL PARTNERS, INC., | **CIVIL ACTION** |
| Plaintiff, | |
| | **NO. 07-CV- 02768-JP** |
| v. | |
| | **ORAL ARGUMENT REQUESTED** |
| FACEBOOK, INC. and THEFACEBOOK, LLC, | **FACEBOOK MOTION NO. 2** |
| Defendants. | |

## <u>DECLARATION OF DENNIS P. MCCOOE IN SUPPORT OF FACEBOOK'S MOTION FOR SUMMARY JUDGMENT OF INEQUITABLE CONDUCT</u>

### [REDACTED VERSION FOR PUBLIC FILING]

**(Unredacted Version filed separately under seal pursuant to Protective Order)**

Dockets.Justia.com

I, Dennis P. McCooe declare:

1.     I am an attorney with Blank Rome LLP, counsel of record in this action for Defendants Facebook, Inc. and Thefacebook, LLC ("Facebook"), and a member of the bar of this Court. I make this declaration in support of Facebook's Motion for Summary Judgment of Inequitable Conduct. I have personal knowledge of the facts contained within this declaration, and if called as a witness, I could testify competently to the matters contained herein.

2.     Attached hereto as **Exhibit A** is a true and correct copy of the news article "Web Portal War Intensifies over Communities" from Advertising Age, dated August 17, 1998, which bears the production number FCBK 0333505.

3.     Attached hereto as **Exhibit B** is a true and correct copy of the iKimbo Business Plan, dated October 1999, which bears the production numbers AF-00027-00056.

4.     Attached hereto as **Exhibit C** is a true and correct copy of relevant sections of the deposition of James Harvey, taken on January 25, 2008.

5.     Attached hereto as **Exhibit D** is a true and correct copy of the news article, "Dividing to Conquer" from The Washington Post, dated October 14, 1999, which bears the production number JH-00324.

6.     Attached hereto as **Exhibit E** is a true and correct copy of the news article "IKimbo Gives Community and You Give Commerce" from dbusiness.com, dated March 15, 2000, which bears the production numbers JH-00327-00328.

7.     Attached hereto as **Exhibit F** is a true and correct copy of relevant sections of the deposition of Jack Wu, taken on April 28, 2008.

8.     Attached hereto as **Exhibit G** is a true and correct copy of relevant sections of the deposition of Ethan Kan, taken on April 25, 2008.

9.     Attached hereto as **Exhibit H** is a true and correct copy of relevant sections of the deposition of Andrew Fregly, dated April 3, 2008.

10.     Attached hereto as **Exhibit I** is a true and correct copy of relevant sections of the deposition of Scott Derringer, taken on April 24, 2008.

11.     Attached hereto as **Exhibit J** is a true and correct copy of screenshots of Excite Communities, eGroups and Yahoo! Clubs produced by Internet Archive.org and the declaration of Internet Archive.org's custodian of records.

12.     Attached hereto as **Exhibit K** is a true and correct copy of the Yahoo! Press Release, "Yahoo! Further Expands Community Offerings with Yahoo! Clubs," dated August 18, 1998, produced as FCBK0333438_Excite-Yahoo-eGroups (screenshots).pdf.

13.     Attached hereto as **Exhibit L** is a true and correct copy of the news article "Data Soup: The Client is the Server" by Release 1.0, dated April 12, 2000, which bears the production number JH-00301.

14.     Attached hereto as **Exhibit M** is a true and correct copy of the news article "iKimbo sets its sights on grabbing a share of the on-line socializing, buying market" from Potomac Tech Journal, dated January 31, 2000, which bears the production number JH-00316.

15.     Attached hereto as **Exhibit N** is a true and correct copy of the news article "iKimbo says Draper Invests $1 million, seeks more at MAVA" from EntrepreneurMag.com, dated November 17, 1999, which bears the production number JH-00323.

16.     Attached hereto as **Exhibit O** is a true and correct copy of the iKimbo marketing document "Everybody belongs to a community" bearing the production numbers JH-00299-00300.

17.     Attached hereto as **Exhibit P** is a true and correct copy of the Joint Declaration for Patent Application and Power of Attorney for Patent Application No. 09/513,844, dated May 10, 2000.

18.     Attached hereto as **Exhibit Q** is a true and correct copy of the Information Disclosure Statement submitted to the United States Patent and Trademark Office ("USPTO") in connection with Application No. 09/513,844, dated May 26, 2000.

19.     Attached hereto as **Exhibit R** is a true and correct copy of the Information Disclosure Statement submitted to the USPTO in connection with Application No. 09/513,844, on June 27, 2000.

20.     Attached hereto as **Exhibit S** is a true and correct copy of eGroups screenshots, which bear the production numbers YAHOO 000087-000093.

21.     Attached hereto as **Exhibit T** is a true and correct copy of a memo sent to Edwin Miller, the CEO of iKimbo, which bears the production numbers XACP 17042-17043.

22.     Attached hereto as **Exhibit U** is a true and correct copy of the 09/264,988 Patent Application filed with the USPTO on September 15, 1998.

23.     Attached hereto as **Exhibit V** is the USPTO Office Action rejecting the 09/264,988 Patent Application, mailed January 24, 2002.

24.     Attached hereto as **Exhibit W** is the 09/968,386 Patent Application filed with the USPTO on October 2, 2001.

25.     Attached hereto as **Exhibit X** is a true and correct copy of the Information Disclosure Statement filed in connection with Patent Application No. 09/968,386 on November 9, 2001.

26.     Attached hereto as **Exhibit Y** is a true and correct copy of relevant sections from the deposition of Edward Yourdon, taken on May 27, 2008.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on June 20, 2008, in Philadelphia, Pennsylvania.


_____/s/ Dennis P. McCooe_____
Dennis P. McCooe

<u>**CERTIFICATE OF SERVICE**</u>

This is to hereby certify that on this 20th day of June, 2008, I caused a true and correct copy of this **Declaration of Dennis P. McCooe In Support of Facebook's Motion for Summary Judgment of Inequitable Conduct** to be served *via* this Court's Electronic Filing ("ECF") System, upon the following:

> Frederick A. Tecce, Esq.
> McShea/Tecce, P.C.
> The Bell Atlantic Tower – 28th Floor
> 1717 Arch Street
> Philadelphia, PA  19103
> ftecce@mcshea-tecce.com
>
> Thomas J. Duffy, Esq.
> Patrick J. Keenan, Esq.
> Duffy & Keenan
> One Liberty Place, 55th Floor
> 1650 Market Street
> Philadelphia, PA  19103
> pjk@duffykeenan.com
>
> Counsel for plaintiff
> Cross Atlantic Capital Partners, Inc.

/s/ Heidi L. Keefe
Heidi L. Keefe

# EXHIBIT A

**Media & Marketing**

# Web portal war intensifies over communities

### Excite bets control is key to attracting ads

**By Patricia Riedman**

O NLINE COMMUNITIES are the latest essential portal accouterments, as evidenced by last week's stock and acquisition activity. And today Excite adds to the competition when it unveils Excite Communities, a free home page-building product, with backend technology supplied by Seattle-based Throw, which Excite acquired in March.

Excite Communities will try to address some of the criticism lobbed at home pages since, specifically that they have been unable to attract major advertising. In sum, online community GeoCities had $4.6 million in revenue, but reported a net loss of nearly $9 million.

**CONTROLLING OPTIONS**

Excite Communities hopes to attract ads through a controlled environment. (Excite said it's just beginning talks with advertisers for sponsorship and ad deals.) The service, which is a network of sites organized into categories, has a feature that lets a user select which other users are able to access the site. For instance, a user can have one area open to business associates while another might be open to family members. Even though a user creates the page, all invited community members can help build the site by adding content. Features may include an online photo album, group calendars and group address books. Users can also select the communities they want to be listed under, arrange private chat sessions and leave private or public comments on pages.

"This is where it crosses the line between traditional publishing and an enclosed communications tool," said Sean Derringer, Excite Communities product manager, explaining the privacy functions available to users.

"If you look at existing community products," said Craig Donato, VP-product marketing at Excite, "most of the traffic to home pages is an individual visiting his or her site. "It's the cul-de-sac of one—and that's not a great reach scenario for advertisers."

"This aggregates a very targeted audience," he added, "and it aggregates them in a controlled way."

**LATE IN ENTERING THE RACE**

Excite might be late entering the virtual city race. Last week, GeoCities' stock value jumped to $1.5 million in an initial public offering. In January, Yahoo! took a $5 million minority stake in the home pages site, which has $2 million members. Yahoo! has links to GeoCities for home page building.

Also, last week Lycos purchased WhoWhere?, which offers free home pages, e-mail and directory services, for $135 million in stock. WhoWhere? owns home pages site Angelfire, which has $1.3 million registered users. Lycos, which purchased Tripod in February for $58 million in stock, now claims to be the biggest online community with $1 million registered users.

In making the acquisition, Ruben Davis, chairman-CEO of Lycos, brushed off suggestions online communities don't have ad-potential. When Lycos bought the online community, Mr. Davis said, "Tripod was a site that had no revenue." He added it's contributing in a "positive way today."

**AOL TESTING SITE**

America Online is beta testing Hometown AOL (hometown.aol.com), a home page-building product divided into communities. And Infoseek is also working on a community site with a company it recently acquired.

"A lot of these add-on features, like chat, become commodities," said Melissa Bane, senior analyst at Yankee Group. "I don't necessarily picture these as customer-acquisition but [rather] as customer-retention features."

"I think where more of the opportunities lie for these guys [portal sites] is in acquisition," she added.

In the last six months, online communities "rocketed to the top of traffic on the Web," said Bill Bass, senior analyst at Forrester Research. "I'd think they're pretty important."

"Someone's not going to build personal home pages on six different sites, they're going to build one," he added.



**Building maxes:** With the addition of recent acquisition Angelfire, Lycos now says it has 31 million registered users and is the largest online community.

---

# Unilever speaks up about Internet strategy

**By Beth Snyder**

W HILE THE INDUSTRY is abuzz about Procter & Gamble Co.'s interactive strategy and the meeting the consumer goods giant is holding this week in Cincinnati, its chief competitor Unilever is taking a quieter, but still aggressive approach.

Richard Goldstein, president and CEO of Unilever U.S., said he's not bothered by the fact that P&G is receiving the lion's share of press, and said some Unilever employees will attend the Future of Advertising Stakeholders summit.

"I'd much rather spend money helping people know our brands," he said last week after giving a keynote speech at the Jupiter Online Conference. Unilever isn't just spending money on digital marketing advertising because everyone else is, but instead is "developing the interactive business because we believe it's the right thing to do. ... I don't know what's going to happen, but I'm convinced we've got to play and experiment to engage our consumers," Mr. Goldstein said.

Unilever has more than 40 branded Web sites, including one for Ragu spaghetti sauce (www. eat.com) and I Can't Believe It's Not Butter (tasteyouwant.com). It recently signed deals worth $20 million with America Online and Microsoft Corp.

The company also inked an agreement with online-supermarket NetGrocer that includes exclusive rights to promote, advertise, research and market Unilever products. These initiatives are just getting under way.

Mr. Goldstein said he views the company's initiatives as experiments about how to work with brands and consumers in the digital age.

"This is truly experimental. For me, it's the same as investing in having scientists play with molecules in order to come up with a

See UNILEVER on Page 2

■ See related story about Procter & Gamble's FAST summit and its Internet strategy. Page 1.

**NOT PLAYING 'ME-TOO' ROLE**

**$20 MIL IN ONLINE DEALS**

---

### CyberCritique

FCBK0333505

# EXHIBIT B

**(FILED UNDER SEAL)**

# EXHIBIT C
## (FILED UNDER SEAL)

# EXHIBIT D
## (FILED UNDER SEAL)

# EXHIBIT E
## (FILED UNDER SEAL)

# EXHIBIT F

## (FILED UNDER SEAL)

# EXHIBIT G
## (FILED UNDER SEAL)

# EXHIBIT H
## (FILED UNDER SEAL)

# EXHIBIT I

## (FILED UNDER SEAL)

# EXHIBIT J
## (FILED UNDER SEAL)

# EXHIBIT K

## (FILED UNDER SEAL)

# EXHIBIT L
## (FILED UNDER SEAL)

# EXHIBIT M
## (FILED UNDER SEAL)

# EXHIBIT N
## (FILED UNDER SEAL)

# EXHIBIT O
## (FILED UNDER SEAL)

# EXHIBIT P

## JOINT DECLARATION FOR PATENT APPLICATION AND POWER OF ATTORNEY

As the below named Inventors, we hereby declare that:

Our residences, post office addresses and citizenship as stated below next to our names:

We believe that we are the original, first and joint inventors of the subject matter which is claimed and for which a patent is sought on the invention entitled _System and Method For Information And Application Distribution_ , the specification of which

[  ]  is attached hereto.
[ X ] was filed on  February 25, 2000 _____ as Application Serial Number _____ 09/513,844 _____ and was amended on _____ .
(if applicable)

We hereby state that we have reviewed and understand the contents of the above identified specification, including the claims, as amended by any amendment referred to in this declaration.

We acknowledge the duty to disclose all information known to us to be material to the patentability of this application, as defined in 37 C.F.R. § 1.56.

We acknowledge the duty to disclose to the Office all information known to us to be material to patentability as defined in § 1.56, which became available between the filing date of the prior application and the national or PCT international filing date of the continuation-in-part application.

### Prior Foreign Application(s)

We hereby claim foreign priority benefits under Title 35, United States Code, § 119 of any foreign application(s) for patent or inventor's certificate listed below and have also identified below any foreign application(s) for patent or inventor's certificate having a filing date before that of the application on which priority is claimed:

| Country | Application Number | Date of Filing (day, month, year) | Date of Issue (day, month, year) | Priority Claimed Under 35 U.S.C. 119 |
|---|---|---|---|---|
|  |  |  |  | Yes [ ]    No [ ] |
|  |  |  |  | Yes [ ]    No [ ] |
|  |  |  |  | Yes [ ]    No [ ] |
|  |  |  |  | Yes [ ]    No [ ] |

### Prior United States Provisional Application(s)

I hereby claim the benefit under Title 35, United States Code, § 119(e) of any United States provisional application(s) listed below

| Application Serial Number | Date of Filing (day, month, year) |
|---|---|
|  |  |
|  |  |

### Prior United States Application(s)

We hereby claim the benefit under Title 35, United States Code, § 120 of any United States application(s) listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States application in the manner provided by the first paragraph of Title 35, United States Code, § 112, we acknowledge the duty to disclose material information as defined in Title 37, Code of Federal Regulations, § 1.56(a) which occurred between the filing date of the prior application and the national or PCT international filing date of this application:

| Application Serial Number | Date of Filing (day, month, year) | Status - Patented, Pending, Abandoned |
|---|---|---|
| 09/264,988 | 15, September, 1998 | Pending |
|  |  |  |

And we hereby appoint, both jointly and severally, as our attorneys with full power of substitution and revocation, to prosecute this application and to transact all business in the Patent and Trademark Office connected herewith the following attorneys, their registration numbers being listed after their names:

Thomas J. Scott, Jr., Registration No. 27,836; Stanislaus Aksman, Registration No. 28,562; James G. Gatto, Registration No. 32,694; Henry C. Su, Registration No. 37,738; Christopher C. Campbell, Registration No. 37,291; Charles B. Lobsenz, Registration No. 36,857; Charles F. Hollis, Registration No. 40,650; Brian M. Buroker, Registration No. 39,126; Jonathan D. Link, Registration No. 41,548; Christopher J. Cuneo, Registration No. 42,450; Raphael A. Valencia, Registration No. 43,216, Kevin T. Duncan, Registration No. 41,495; Kevin J. Dunleavy, Registration No. 32,024; George Georgellis, Registration No.43,632; Scott D. Balderston, Registration No. 35,436; Steven P. Klocinski, Registration No. 39,251; Yisun Song, Registration No. 44,487; Steven T. Schreiner, Registration No. 43,097; Jennifer A. Albert, Registration No. 32,012; Kerry Owens, Registration No. 37,412; Devin S. Morgan, Registration No. 45,562; Andrew J. Ririe, Registration No. P45,597; Milan M. Vinnola, Registration No. 45,979; Carl Benson, Registration No. 38,378.

All correspondence and telephone communications should be addressed to Hunton & Williams, 1900 K Street, N.W., Washington, D.C. 20006-1109, telephone number (202) 955-1500, which is also the address and telephone number of each of the above listed attorneys.

We hereby declare that all statements made herein of our own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issuing thereon.

Signature_____   Date_____

Full Name of First Inventor  HARVEY (Family Name)  Jamey (First Given Name)  Second Given Name

Residence  11400 Washington West, Reston, Virginia 20190
Citizenship  United States

Post Office Address  Same as above

Signature  _____  Date 5/10/2000

Full Name of Second Inventor  FEGLEY (Family Name)  Andrew (First Given Name)  Second Given Name

Residence  3151K Covewood Ct., Falls Church, Virginia 22042
Citizenship  United States

Post Office Address  Same as above

Signature  _____  Date 5/10/00

Full Name of Third Inventor  HULAN (Family Name)  Matt (First Given Name)  Second Given Name

Residence  308 Clagett Drive, Rockville, Maryland 20851
Citizenship  United States

Post Office Address  Same as above

Signature  _____  Date 5/10/00

| | | | |
|---|---|---|---|
| Full Name of Fourth Inventor | DEKELBAUM<br>Family Name | Robert<br>First Given Name | Second Given Name |

Residence      12824 Jingle Lane, Silver Spring, Maryland 20906

Citizenship      United States

Post Office
Address      Same as above

Signature _____      Date _5/10/00_

# EXHIBIT Q

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| In re Patent Application of: | ) | Attorney Docket No. 56914.000003 |
| HARVEY, *et al.* | ) | Group Art Unit: 2766 |
| Serial No: 09/513,844 | ) | Examiner: Not Assigned |
| Filed: February 25, 2000 | ) | |
| | ) | |
| For: SYSTEM AND METHOD FOR INFORMATION AND APPLICATION DISTRIBUTION | | |

O I P E JC90
MAY 2 6 2000
PATENT & TRADEMARK

### INFORMATION DISCLOSURE STATEMENT

Assistant Commissioner for Patents
Washington, DC 20231

Sir:

In accordance with 37 C.F.R. §§ 1.56, 1.97, and 1.98, Applicant respectfully submits the following documents for the Examiner's consideration. A copy of Form PTO-1449 and copies of each of the listed documents are enclosed for the Examiner's convenience.

Applicant respectfully requests that the Examiner considers the enclosed references and that the Examiner indicates that the references have been considered in this application by returning a copy of the Form PTO-1449 with the Examiner's initials in the left column per MPEP 609.

This Information Disclosure Statement is believed to be submitted before the mailing of a

first Office Action. Accordingly, no fees are due. However, if any fees are incurred upon the

filing of this Information Disclosure Statement, please charge the undersigned's Deposit Account

No. 50-0206.

Respectfully submitted,

HUNTON & WILLIAMS

Date: May 26, 2000          By: _____

Jonathan D. Link
Registration No. 41,548

1900 K Street, N.W.
Suite 1200
Washington, D.C. 20006-1109
(202) 955-1500 (Telephone)
(202) 778-2201 (Facsimile)

#5

| FORM PTO-1449 (REV. 7-80) | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | ATTY. DOCKET NO.: 56914.000003 | SERIAL NO.: 09/513,844 |
|---|---|---|---|
| | LIST OF MATERIALS CITED BY APPLICANT | INVENTOR'S NAME: HARVEY, *et al.* | EXAMINER: Unassigned |
| | (Use several sheets if necessary) | FILING DATE: February 25, 2000 | GROUP: 2766 |

**U.S. PATENT DOCUMENTS**

| *EXAMINER INITIAL | | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE |
|---|---|---|---|---|---|---|---|
| MMM | A | 5 6 0 0 3 6 4 | 02/1997 | Hendricks et al. | 725 | 9 | |
| MMM | B | 5 7 5 4 9 3 9 | 05/1998 | Herz et al. | 430 | 5 | |
| MMM | C | 5 8 0 5 8 1 1 | 09/1998 | Pratt et al. | 709 | 206 | |
| QMM | D | 5 7 3 4 9 0 1 | 03/1998 | Sidhu et al. | 709 | 206 | |
| | E | | | | | | |
| | F | | | | | | |
| | G | | | | | | |
| | H | | | | | | |
| | I | | | | | | |

**FOREIGN PATENT DOCUMENTS**

| | | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | YES | NO |
| | J | | | | | | | |
| | K | | | | | | | |
| | L | | | | | | | |
| | M | | | | | | | |
| | N | | | | | | | |
| | O | | | | | | | |
| | P | | | | | | | |
| | Q | | | | | | | |
| | R | | | | | | | |

**OTHER MATERIALS (Including Author, Title, Date, Pertinent Pages, Etc.)**

| | | |
|---|---|---|
| MMM | S | *Wutka, Mark et al.*, "JAVA Expert Solutions", Que Corporation 1997; Chapters 6, 10, 21, and 37 |
| MMM | T | International Search Report from PCT/US99/21046 |

| EXAMINER M. Nehy | DATE CONSIDERED 12/2/2001 |
|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

# EXHIBIT R

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re Patent Application of: ) | Attorney Docket No. 56914.000003 |
| HARVEY, *et al.* ) | Group Art Unit: 2776 |
| Serial No: 09/513,844 ) | Examiner: Not Assigned |
| Filed: February 25, 2000 ) | |
| For: SYSTEM AND METHOD FOR INFORMATION AND<br>APPLICATION DISTRIBUTION | |

### INFORMATION DISCLOSURE STATEMENT

Assistant Commissioner for Patents
Washington, DC 20231

Sir:

In accordance with 37 C.F.R. §§ 1.56, 1.97, and 1.98, Applicant respectfully submits the following documents for the Examiner's consideration. A copy of Form PTO-1449 a copy of the listed document is enclosed for the Examiner's convenience.

Applicant respectfully requests that the Examiner considers the enclosed references and that the Examiner indicates that the reference haas been considered in this application by returning a copy of the Form PTO-1449 with the Examiner's initials in the left column per MPEP 609.

This Information Disclosure Statement is believed to be submitted before the mailing of a first Office Action. Accordingly, no fees are due. However, if any fees are incurred upon the filing of this Information Disclosure Statement, please charge the undersigned's Deposit Account No. 50-0206.

Respectfully submitted,

HUNTON & WILLIAMS

Date: June 27, 2000            By: _____
                                    Jonathan D. Link
                                    Registration No. 41,548

1900 K Street, N.W.
Suite 1200
Washington, D.C. 20006-1109
(202) 955-1500 (Telephone)
(202) 778-2201 (Facsimile)

| FORM PTO-1449 U.S. DEPARTMENT OF COMMERCE (REV. 7-80) PATENT AND TRADEMARK OFFICE | ATTY. DOCKET NO.: 56914.000003 | SERIAL NO.: 09/513,844 |
|---|---|---|
| LIST OF MATERIALS CITED BY APPLICANT | INVENTOR'S NAME: HARVEY, et al. | EXAMINER: Unassigned |
| (Use several sheets if necessary) | FILING DATE: February 25.2000 | GROUP: ~~2226~~ 2153 |

### U.S. PATENT DOCUMENTS

| *EXAMINER INITIAL | | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE |
|---|---|---|---|---|---|---|---|
| | A | | | | | | |
| | B | | | | | | |
| | C | | | | | | |
| | D | | | | | | |
| | E | | | | | | |
| | F | | | | | | |
| | G | | | | | | |
| | H | | | | | | |
| | I | | | | | | |

### FOREIGN PATENT DOCUMENTS

| | | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | YES | NO |
| | J | | | | | | | |
| | K | | | | | | | |
| | L | | | | | | | |
| | M | | | | | | | |
| | N | | | | | | | |
| | O | | | | | | | |
| | P | | | | | | | |
| | Q | | | | | | | |
| | R | | | | | | | |

### OTHER MATERIALS (Including Author, Title, Date, Pertinent Pages, Etc.)

| MMM | S | "Mechanisms for Electronic Documentation Distribution", Andrew M. Fregly, 1997 |
|---|---|---|
| | T | |

| EXAMINER M. Nehy | DATE CONSIDERED 12/2/2001 |
|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

# EXHIBIT S
## (FILED UNDER SEAL)

# EXHIBIT T

## (FILED UNDER SEAL)