# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CROSS ATLANTIC CAPITAL PARTNERS, INC., | **CIVIL ACTION** |
| Plaintiff, | **NO. 07-CV- 02768-JP** |
| v. | |
| FACEBOOK, INC. and THEFACEBOOK, LLC, | **ORAL ARGUMENT REQUESTED** |
| Defendants. | **FACEBOOK MOTION NO. 2** |

### [PROPOSED] ORDER

AND NOW this ___ day of _____, 2008, upon consideration of Defendants' Motion for Summary Judgment of Inequitable Conduct, and all papers filed in connection therewith, **IT IS HEREBY ORDERED** that Defendants' motion seeking summary judgment of inequitable conduct during prosecution of U.S. Patent No. 6,519,629 is **GRANTED** and the patent is hereby rendered unenforceable.

**BY THE COURT:**

By: _____
Hon. John R. Padova
U.S. District Court Judge