IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CROSS ATLANTIC CAPITAL PARTNERS, INC., | CIVIL ACTION |
| Plaintiff, | NO. 07-CV- 02768-JP |
| v. | |
| FACEBOOK, INC. and THEFACEBOOK, LLC, | ORAL ARGUMENT REQUESTED |
| Defendants. | FACEBOOK MOTION NO. 4 |

**<u>FACEBOOK'S STATEMENT OF MATERIAL FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT</u>**

[REDACTED VERSION FOR PUBLIC FILING]

(Unredacted version filed separately under seal pursuant to Protective Order)

Defendants Facebook, Inc. and Thefacebook, LLC (collectively, "Facebook") submit the following statement of undisputed material facts in support of its Motion for Summary Judgment of Non-infringement:

1. U.S. Patent No. 6,519,629 entitled "System for Creating a Community for Users with Common Interests to Interact in" (the "'629 patent") issued on February 11, 2003. Declaration of Jeremiah J. Burke to Motion for Summary Judgment of Non-infringement ("Burke Decl."), Ex. A ('629 patent).

2. The '629 patent has 32 claims. Four of the 32 claims, Claims 1, 9, 17, and 25 of the '629 patent, are independent. Claims 2-8 are dependent claims of Claim 1, Claims 10-17 are dependent claims of Claim 17, Claims 18-24 are dependent claims of claim 17, and Claims 26-32 are dependent claims of claim 25. *Id.* Ex A.

3. Facebook operates the website at facebook.com. Declaration of Blake Ross in Support of Motion for Summary Judgment of Non-Infringement ("Ross Decl."), ¶ 2.

**Community Identification Information**

4. To create Facebook Groups or Events, users enter required information and, if desired, optional information into an electronic form provided by Facebook and click on the "Create a Group" or "Create Event" button, respectively. Ross Decl. ¶¶ 5-9, 15-19.

5. Redacted Ross Decl. ¶¶ 3, 14.

6. The user, and not Facebook, decides whether to send a transmission seeking to

create a Group or Event and what information should be supplied. Ross Decl. ¶¶ 5-9, 15-19.

7. Redacted

. Ross Decl. ¶¶ 10-15.

8. Redacted

Ross Decl. ¶¶ 18-19.

9. Facebook does not generate Groups or Events based on any user provided information. Ross Decl. ¶¶ 9-19.

10. Redacted Ross Decl. ¶¶ 9-12, 18-19.

11. Cross Atlantic Capital Partners, Inc.'s ("XACP") response to Facebook Interrogatory No. 1 states that: "facebook.com allows registered users to create 'groups' through which users with common interests can interact in …." Burke Decl. Ex. B (*XACP's First Response to Interrogatories*) at 13 (emphasis added).

12. XACP also states that: "creation transmission is transmitted *when a user clicks* on a 'Create a New Group' or '+ Create a New Group' button on Facebook's website." Burke Decl. Ex. B at 13 (emphasis added).

13. XACP further states that the user's selection of the "Create a New Group" or "+

Create a New Group" "indicates a desires [sic] to create a community." Burke Decl. Ex. B at 13.

14. The Specification of the '629 patent states, "[a]t step 204, central controller screens community identification information to determine if it is valid. If community identification information is already in use, such as a community name already in use, a creator may be informed of this event at step 206 and may be returned to step 202 to provide different community identification information." Burke Decl. Ex. A at col. 8, ll. 24-29.

15. Figure 2 of the '629 patent shows:



Burke Decl. Ex. A Fig. 2.

16. Mr. Yourdon, XACP's expert, testified,

*Redacted*

Burke Decl. Ex. C (*Deposition of Edward Yourdan*) at 181:23-182:8.

**Display Hardware**

17. Facebook does not make, sell, offer to sell, import or otherwise provide display hardware for its users. Ross Decl. ¶ 24.

18. Facebook plays no role in selecting display hardware for its users and does not advise or even encourage users to procure any display hardware. Ross Decl. ¶ 24.

**Vendor Fields**

19. *Redacted*

Ross Decl. ¶ 23.

20. Mr. Yourdon, XACP's expert, testified at his deposition:

*Redacted*

*Redacted*

Burke Decl. Ex. C. at 272:22–273:19.

*Redacted*

*Id.* Ex. C at 281:20-283:8.

**Transmitting Community**

21.     All Facebook Groups and Events remain, at all times, on the Facebook servers. Ross Decl. ¶¶ 20-21.

22.     Facebook does not send or otherwise transmit the actual Group or Event to invitees. Ross Decl. ¶¶ 20-21.

23.     Mr. Yourdon, XACP's expert, testified at his deposition:



Burke Decl. Ex. C at 243:16-24.

**Redacted**

*Id.* Ex. C at 249:8-18.

| | |
|---|---|
| Dated: June 20, 2008 | By: /s/ Heidi L. Keefe |
| | Heidi L. Keefe |
| | Mark R. Weinstein |
| | Craig W. Clark |
| | WHITE & CASE LLP |
| | 3000 El Camino Real |
| | 5 Palo Alto Square, 9th Floor |
| | Palo Alto, CA 94306 |
| | |
| | Alfred W. Zaher |
| | Dennis P. McCooe |
| | BLANK ROME LLP |
| | 130 N 18th St |
| | Philadelphia, PA 19103 |
| | |
| | Attorneys for FACEBOOK, INC. and THEFACEBOOK, LLC |

# CERTIFICATE OF SERVICE

This is to hereby certify that on June 20, 2008, I caused a true and correct copy of the foregoing **Facebook's Statement of Material Facts in Support of Its Motion for Summary Judgment of Non-Infringement** to be served *via* this Court's Electronic Filing ("ECF") System, upon the following:

Frederick A. Tecce, Esq.
McShea/Tecce, P.C.
The Bell Atlantic Tower – 28th Floor
1717 Arch Street
Philadelphia, PA 19103
ftecce@mcshea-tecce.com

Thomas J. Duffy, Esq.
Patrick J. Keenan, Esq.
Duffy & Keenan
One Liberty Place, 55th Floor
1650 Market Street
Philadelphia, PA 19103
pjk@duffykeenan.com

Counsel for plaintiff
Cross Atlantic Capital Partners, Inc.

/s/ Heidi L. Keefe