IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CROSS ATLANTIC CAPITAL PARTNERS, INC., <br><br>Plaintiff, <br><br> v. <br><br> FACEBOOK, INC. and THEFACEBOOK, LLC, <br><br> Defendants. | CIVIL ACTION <br><br> NO. 07-CV- 02768-JP <br><br> ORAL ARGUMENT REQUESTED <br><br> FACEBOOK MOTION NO. 5 |

**STATEMENT OF MATERIAL FACTS IN SUPPORT OF FACEBOOK'S MOTION FOR PARTIAL SUMMARY JUDGMENT PRECLUDING INJUNCTION**

[REDACTED VERSION FOR PUBLIC FILING]

(Unredacted version filed separately under seal pursuant to Protective Order)

Defendants Facebook, Inc. and Thefacebook, LLC (collectively "Facebook") submit the following statement of undisputed material facts in support of its Motion for Partial Summary Judgment Precluding Injunction:

1. XACP does not sell, offer to sell, make or import any product, service or method covered by any claim of U.S. Patent No. 6,519,629 ("the '629 Patent"). Declaration of Heidi L. Keefe ("Keefe Decl."), Ex. B [XACP Response to Request for Admission ("RFA") No. 38].

2. XACP has never sold, offered to sell, made or imported any product, service or method covered by any claim of the '629 Patent. Keefe Decl., Ex. B.

3. XACP has never licensed or offered to license the '629 Patent. Keefe Decl., Ex. C [XACP Response to RFA No. 47].

4.

5.

6.

7. Facebook is a social utility that connects people to each other on the Internet. www.facebook.com.

8.

9.

10.

11.



Dated: June 20, 2008					By:   /s/ Heidi L. Keefe

Heidi L. Keefe
Mark R. Weinstein
Craig W. Clark
WHITE & CASE LLP
3000 El Camino Real
5 Palo Alto Square, 9th Floor
Palo Alto, CA 94306

Alfred W. Zaher
Dennis P. McCooe
BLANK ROME LLP
130 N. 18th Street
Philadelphia, PA 19103

Attorneys for FACEBOOK, INC. and
THE FACEBOOK

# CERTIFICATE OF SERVICE

This is to hereby certify that on this 20th day of June, 2008, I caused a true and correct copy of this **Statement of Material Facts in Support of Facebook's Motion for Partial Summary Judgment Precluding Injunction** to be served *via* this Court's Electronic Filing ("ECF") System, upon the following:

>Frederick A. Tecce, Esq.
>McShea/Tecce, P.C.
>The Bell Atlantic Tower – 28th Floor
>1717 Arch Street
>Philadelphia, PA 19103
>ftecce@mcshea-tecce.com
>
>Thomas J. Duffy, Esq.
>Patrick J. Keenan, Esq.
>Duffy & Keenan
>One Liberty Place, 55th Floor
>1650 Market Street
>Philadelphia, PA 19103
>pjk@duffykeenan.com
>
>Counsel for plaintiff
>Cross Atlantic Capital Partners, Inc.

/s/ Heidi Keefe
Heidi Keefe