# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CROSS ATLANTIC CAPITAL PARTNERS, INC.,** | : | |
| | : | **CIVIL ACTION** |
| Plaintiff, | : | **NO.: 07-CV-02768** |
| | : | |
| vs. | : | |
| | : | |
| **FACEBOOK, INC. and THEFACEBOOK, LLC,** | : | |
| | : | |
| Defendants. | : | |

## ORDER

AND NOW, this _____ day of June, 2008, upon consideration of Plaintiff's Unopposed Motion For Continuance of Summary Judgment Response Dates, **IT IS HEREBY ORDERED** that the Plaintiff's Motion is **GRANTED**. It is further hereby **ORDERED** that the parties will submit their respective responses to the pending summary judgment motions on or before Monday, July 14, 2008.

**BY THE COURT:**

_____
**HON. JOHN R. PADOVA**
United States District Court Judge

# IN THE UNITED STATES DISTRICT COURTS
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CROSS ATLANTIC CAPITAL PARTNERS, INC., | : : | CIVIL ACTION |
| Plaintiff, | : : | NO.: 07-CV-02768 |
| vs. | : : | |
| FACEBOOK, INC. and THEFACEBOOK, LLC, | : : : | |
| Defendants. | : | |

## PLAINTIFF'S UNOPPOSED MOTION FOR
## CONTINUANCE OF SUMMARY JUDGMENT RESPONSE DATES

COMES NOW, plaintiff Cross Atlantic Capital Partners, Inc. ("XACP"), by and through its undersigned counsel, and hereby moves to continue the response dates of the currently pending motions for summary judgment. In support of this motion, plaintiff avers as follows:

1. On June 20, 2008, Plaintiff XACP filed a Motion For Partial Summary Judgment Regarding Infringement (D.E. # 143) which was served *via* hand delivery and first-class mail.

2. On June 20, 2008, defendants Facebook, Inc. and Thefacebook, LLC (collectively "Facebook") filed the following motions for summary judgment and served copies by hand delivery:

    (A) Motion For Partial Summary Judgment of Non-Infringement Re Current System (D.E. # 118);

    (B) Motion For Summary Judgment of Inequitable Conduct (D. E. # 124);

(C)     Motion For Summary Judgment of Non-Infringement (D.E. # 129);

(D)     Motion For Summary Judgment Precluding Injunction (D.E. # 134); and

(E)     Motion For Summary Judgment of Invalidity (D.E. # 138).

3.      The parties' respective responses to the pending motions are due on or before July 7, 2008.

4.      The parties seek a one week continuance of the time by which the respective responses must be filed and served.

5.      Heidi Keefe, Esquire, counsel of record for Facebook has advised that Facebook does not oppose the instant motion.

**WHEREFORE**, Plaintiff respectfully requests that this Court continue the time by which the parties must file and serve their respective responses to the pending summary judgment motions.

Respectfully submitted,

Dated: June 26, 2008   /s/ Frederick A. Tecce
Thomas J. Duffy, Esquire (PA ID # 34729)
Patrick J. Kennan, Esquire (PA ID # 53775)
**Duffy & Keenan**
The Curtis Center, Suite 1150
Independence Square West
Philadelphia, Pennsylvania 19106
(215) 238-8700
(215) 238-8710 (Fax)
pjk@duffykeenan.com

Frederick A. Tecce, Esquire
**MCSHEA\TECCE, P.C.**
The Bell Atlantic Tower - 28th Floor
1717 Arch Street
Philadelphia, Pennsylvania 19103
(215) 599-0800
(215) 599-0888 (Fax)
ftecce@mcshea-tecce.com

Counsel for plaintiff
Cross Atlantic Capital Partners, Inc.

# CERTIFICATE OF SERVICE

This is to hereby certify that on this 26th day of June, 2008, I caused a true and correct copy of the foregoing Plaintiff's Unopposed Motion To Continue Summary Judgment Response Dates to be served *via* this Court's Electronic Filing ("ECF") System, upon the following:

>Heidi L. Keefe, Esquire
>Mark R. Weinstein, Esquire
>Sam C. O'Rourke, Esquire
>**White & Case LLP**
>3000 El Camino Real
>5 Palo Alto Square, 9th Floor
>Palo Alto, California 94306
>
>Alfred W. Zaher, Esquire
>Dennis P. McCooe, Esquire
>Joel L. Dion, Esquire
>Blank Rome
>One Logan Square
>130 North 18th Street
>Philadelphia, PA 19103
>
>Counsel for defendants
>Face Book, Inc. and Thefacebook, LLC

                          /s/ Frederick A. Tecce, Esquire
                          **Frederick A. Tecce, Esquire**