

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CROSS ATLANTIC CAPITAL PARTNERS, INC.,** : | |
| : | **CIVIL ACTION** |
| Plaintiff, : | NO.: 07-CV-02768 |
| : | |
| vs. : | |
| : | |
| **FACEBOOK, INC. and THEFACEBOOK, LLC,** : | **FILED** |
| : | JUL 1 - 2008 |
| Defendants. : | MICHAEL E. KUNZ, Clerk |
| | By_____Dep. Clerk |

## ORDER

AND NOW, this 30th day of June, 2008, upon consideration of Plaintiff's Unopposed Motion For Continuance of Summary Judgment Response Dates, **IT IS** (Docket No. 149) **HEREBY ORDERED** that the Plaintiff's Motion is **GRANTED**. It is further hereby **ORDERED** that the parties will submit their respective responses to the pending summary judgment motions on or before Monday, July 14, 2008.

BY THE COURT:

HON. JOHN R. PADOVA
United States District Court Judge