IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CROSS ATLANTIC CAPITAL PARTNERS, INC., | : |
| | : CIVIL ACTION |
| Plaintiff, | : |
| | : NO.: 07-CV-02768 |
| vs. | : |
| | : HON. JOHN R. PADOVA |
| FACEBOOK, INC. and THE FACEBOOK, LLC, | : |
| | : |
| Defendants. | : |

PLAINTIFF CROSS ATLANTIC CAPITAL PARTNERS, INC.'S
RESPONSE TO DEFENDANTS FACEBOOK, INC. AND
THEFACEBOOK, LLC'S STATEMENT OF MATERIAL FACTS IN
SUPPORT OF MOTION FOR SUMMARY JUDGMENT OF INVALIDITY

Plaintiff Cross Atlantic Capital Partners, Inc., through its undersigned counsel, responds to defendants Facebook, Inc. and Thefacebook, LLC's Statement of Material Facts in Support of its Motion for Summary Judgment of Invalidity as follows:

1. Admitted.

2. Denied. The 1998 Application and '629 Patent are documents which speak for themselves, and plaintiff denies defendants' characterization of their content. The 1998 Application does contain parts of the material found in the '629 Patent.

3. Admitted.

4. Denied. The referenced '177 patent is a writing which speaks for itself, and plaintiff denies defendants' mischaracterization of its content. As is more fully discussed in plaintiff's brief in opposition to the present motion, the referenced patent discloses a "system and method for providing intranet-based groupware functionality." (Exhibit E attached to accompanying Appendix, Col. 1:5-8).

1

CROSS ATLANTIC CAPITAL PARTNERS, INC. v. FACEBOOK, INC. et al        Doc. 151

Dockets.Justia.com

5. Denied. The referenced '177 patent was filed on November 19, 1998, as a "continuation-in-part" of an application filed on October 22, 1997.

6. Denied. The referenced '881 patent is a writing which speaks for itself, and plaintiff denies defendants' mischaracterization of its content. As is more fully discussed in plaintiff's brief in opposition to the present motion, the referenced patent discloses a "a real time notification system that tracks, for each user, the logon status of selected co-users of an on-line or network system and displays that information in real time to the tracking user in a unique graphical interface." (Exhibit I attached to accompanying Appendix, Col. 1:53-57).

7. Admitted.

8. Denied. The referenced '636 patent is a writing which speaks for itself, and plaintiff denies defendants' mischaracterization of its content. As is more fully discussed in plaintiff's brief in opposition to the present motion, the referenced patent discloses "a virtual conferencing system which allows multiple persons to view, and also manipulate, a common video display, which is simultaneously displayed at their different locations." (Exhibit L attached to accompanying Appendix, Col. 1:28-31; claim 1).

9. Admitted.

10. Denied. The referenced '195 patent is a writing which speaks for itself, and plaintiff denies defendants' mischaracterization of its content. As is more fully discussed in plaintiff's brief in opposition to the present motion, the referenced patent "relates to customized electronic identification of desirable objects, such as news articles, in an electronic media environment...." ('195 Patent, Col. 1:18-20). The '195 patent also discloses using the invention within virtual communities and organizations. ('195, Col. 80:1-96:5). The '195 patent was

considered and cited by the PTO examiner before issuing an allowance of all 32 claims of the '629 Patent on a first office action.

Respectfully submitted,

/s/ Patrick J. Keenan
THOMAS J. DUFFY, ESQ. (TJD5052)
PATRICK J. KEENAN, ESQ. (PJK5053)
**DUFFY & KEENAN**
One Liberty Place
1650 Market Street, 55th Floor
Philadelphia, PA 19103
(215) 238-8700

and

FREDERICK A. TECCE, ESQ.
McShea\Tecce, P.C.
The Bell Atlantic Tower - 28th Floor
1717 Arch Street
Philadelphia, PA 19103
(215) 599-0800

Counsel for plaintiff
Cross Atlantic Capital Partners, Inc.

Dated: July 14, 2008

# CERTIFICATE OF SERVICE

This is to hereby certify that on this 14th day of July, 2008, I caused a true and correct copy of the foregoing Plaintiff Cross Atlantic Capital Partners, Inc.'s Response to Defendants Facebook, Inc. and Thefacebook, LLC's Statement of Material Facts in Support of Motion for Summary Judgment of Invalidity be served upon the following individuals by the Court's Electronic Court Filing System and in the following manner:

*Via Regular Mail*
Heidi L. Keefe, Esquire
**White & Case LLP**
3000 El Camino Real
5 Palo Alto Square, 9th Floor
Palo Alto, California 94306

*Via Regular Delivery*
Alfred W. Zaher, Esquire
Blank Rome
One Logan Square
130 North 18th Street
Philadelphia, PA 19103

Counsel for defendants
Face Book, Inc. and Thefacebook, LLC

/s/ Patrick J. Keenan
PATRICK J. KEENAN, ESQUIRE