# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CROSS ATLANTIC CAPITAL PARTNERS, INC., | **CIVIL ACTION** |
| Plaintiff, | **NO. 07-CV- 02768-JP** |
| v. | |
| FACEBOOK, INC. and THEFACEBOOK, LLC, | **ORAL ARGUMENT REQUESTED** |
| Defendants. | |

**DECLARATION OF MICHAEL KEARNS, PH.D.
IN SUPPORT OF FACEBOOK'S MEMORANDUM OF POINTS AND
AUTHORITIES IN SUPPORT OF ITS OPPOSITION TO PLAINTIFF'S
MOTION FOR PARTIAL SUMMARY JUDGMENT OF INFRINGEMENT**

**[REDACTED VERSION FOR PUBLIC FILING]**

**(Unredacted version filed separately under seal pursuant to Protective Order)**

# CERTIFICATE OF SERVICE

This is to hereby certify that on this July 14, 2008, I caused a true and correct copy of the foregoing Declaration of Michael Kearns, Ph.D. in support of Facebook's Memorandum of Points and Authorities in Support of Its Opposition to Plaintiff's Motion for Partial Summary Judgment of Infringement to be served via this Court's Electronic Filing ("ECF") system upon the following:

Frederick A. Tecce, Esq.
McShea/Tecce, P.C.
The Bell Atlantic Tower – 28th Floor
1717 Arch Street
Philadelphia, PA  19103
ftecce@mcshea-tecce.com

Thomas J. Duffy, Esq.
Patrick J. Keenan, Esq.
Duffy & Keenan
One Liberty Place, 55th Floor
1650 Market Street
Philadelphia, PA  19103
pjk@duffykeenan.com

Counsel for plaintiff
Cross Atlantic Capital Partners, Inc.


    /s/Heidi L. Keefe