# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CROSS ATLANTIC CAPITAL PARTNERS, INC., | **CIVIL ACTION** |
| Plaintiff, | **NO. 07-CV- 02768-JP** |
| v. | |
| | **ORAL ARGUMENT REQUESTED** |
| FACEBOOK, INC. and THEFACEBOOK, LLC, | |
| Defendants. | |

**FACEBOOK'S RESPONSE AND COUNTERSTATEMENT TO PLAINTIFF CROSS ATLANTIC CAPITAL PARTNERS, INC.'S STATEMENT OF UNCONTESTED FACTS IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT**

**[REDACTED VERSION FOR PUBLIC FILING]**

(Unredacted version filed separately under seal pursuant to Protective Order)

# CERTIFICATE OF SERVICE

This is to hereby certify that on July 14, 2008, I caused a true and correct copy of the foregoing Facebook's Response and Counterstatement To Plaintiff Cross Atlantic Capital Partners, Inc.'s Statement Of Uncontested Facts In Support Of Motion For Partial Summary Judgment to be served via this Court's Electronic Filing ("ECF") system upon the following:

>Frederick A. Tecce, Esq.
>McShea/Tecce, P.C.
>The Bell Atlantic Tower – 28th Floor
>1717 Arch Street
>Philadelphia, PA  19103
>ftecce@mcshea-tecce.com
>
>Thomas J. Duffy, Esq.
>Patrick J. Keenan, Esq.
>Duffy & Keenan
>One Liberty Place, 55th Floor
>1650 Market Street
>Philadelphia, PA  19103
>pjk@duffykeenan.com
>
>Counsel for plaintiff
>Cross Atlantic Capital Partners, Inc.

    /s/ Heidi L. Keefe