IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CROSS ATLANTIC CAPITAL PARTNERS, INC., | : | CIVIL ACTION |
| Plaintiff, | : | NO.: 07-CV-02768 |
| vs. | : | HON. JOHN R. PADOVA |
| FACEBOOK, INC. and THE FACEBOOK, LLC, | : | |
| Defendants. | : | |

## DECLARATION OF PATRICK J. KEENAN, ESQUIRE

I, Patrick J. Keenan, declare the following:

1. I am counsel of record for Plaintiff Cross Atlantic Capital Partners, Inc. ("XACP") in the above captioned action.

2. I reviewed Exhibits A through P to XACP's Brief in Opposition to Defendants' Motion for Summary Judgment of Invalidity, and they are true, correct and authentic copies of the original documents.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on July 14, 2008.

PATRICK J. KEENAN

Dockets.Justia.com