IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CROSS ATLANTIC CAPITAL PARTNERS, INC., | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| FACEBOOK, INC., and THE FACEBOOK, LLC | : | NO. 07-2768 |

## ORDER

**AND NOW**, this 22nd day of November, 2010, upon consideration of Plaintiff's Motion to Vacate Stay and Schedule a Rule 16 Conference (Docket No. 222), **IT IS HEREBY ORDERED** as follows:

1. Plaintiff's Motion is **GRANTED**.

2. The Court's Order dated August 18, 2008, staying this matter (Docket No. 209), is **VACATED**.

3. The Court's Order dated August 19, 2008, closing this matter for statistical purposes and placing this matter in civil suspense (Docket No. 210), is **VACATED**.

BY THE COURT:

/s/John R. Padova
_____
John R. Padova, J.