### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CROSS ATLANTICA CAPITAL INC. | : | **CIVIL ACTION** |
| | : | |
| Plaintiff, | : | |
| | : | **No. 07-CV-02768-JP** |
| v. | : | |
| | : | |
| FACEBOOK, INC. and | : | |
| THEFACEBOOK, LLC | : | |
| | : | |
| Defendants. | : | |
| | : | |
| | : | |

### NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that Cooley LLP hereby withdraws Sam O'Rourke as counsel

of record for Defendant Facebook in the above captioned case.  Please remove Mr. O'Rourke

from all notice and service lists and the Court's ECF System.

The attorneys at the law firm of Cooley LLP and Blank Rome LLP will remain as

counsel of record for Defendant Facebook, Inc. in this case.

Dated: January 19, 2011

By:___/s/ Heidi L. Keefe_____
   Heidi L. Keefe
   Mark R. Weinstein
   COOLEY LLP
   Five Palo Alto Square
   3000 El Camino Real
   Palo Alto, CA  94306
   (650) 843-5000

   Alfred W. Zaher
   Dennis P. McCooe
   BLANK ROME LLP
   One Logan Square
   Philadelphia, PA  19103
   (215) 569-5500

   *Attorneys for Defendants Facebook, Inc.and*
   *Thefacebook, LLC*

910963 v1/HN

## <u>CERTIFICATE OF SERVICE</u>

This is to hereby certify that on this 19th day of January, 2011, I caused a true and correct

copy of the foregoing **NOTICE OF WITHDRAWAL OF COUNSEL**  to be served via this

Court's Electronic Filing ("ECF") System, upon the following:


Frederick A. Tecce
McShea Tecce PC
Bell Atlantic Tower
1717 Arch Street, 28th Floor
Philadelphia, PA  19103
Email:  ftecce@mcshea-tecce.com

Gregory Lyons
James Wallace, Jr.
Kevin Anderson
Wiley Rein LLP
1776 K Street, N.W.
Washington, D.C. 20008
Email: glyons@wileyrein.com
Email:  jwallace@wileyrein.com
Email:  kanderson@wileyrein.com

Patrick Keenan
Thomas Duffy
Duffy & Partners
One Liberty Place, 55th Floor
1650 Market St.
Philadelphia, PA  19103-7301
Email:  pjk@duffyfirm.com
Email:  tjd@duffyfirm.com


        /s/ Heidi L. Keefe
Heidi L. Keefe