IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CROSS ATLANTIC CAPITAL PARTNERS, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| FACEBOOK, INC., and THE FACEBOOK, LLC | : | NO. 07-2768 |

## ORDER

**AND NOW**, this 17th day of March, 2011, upon consideration of Plaintiff Cross Atlantic Capital Partners, Inc.'s Motion to Amend the Court's Claim Construction (Docket No. 233), all responsive pleadings, as well as the supplemental Markman hearing held February 18, 2011, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion is **GRANTED IN PART AND DENIED IN PART** insofar as the following disputed claim terms of U.S. Patent No. 6,519,629 are construed as follows:

1. "Community" means *information and the at least one application object that was selected by the user relating to a specific transaction, interaction, and/or expression of interest that may be accessed and/or interacted with by a plurality of users with common interests through a private or public communications network, such as web pages or an Internet site*.

2. "Transmitting the Created Community" means *transmitting at least one application object of the community*.

3. "Registered User" means *a user who has provided, at least once, requested registration information (e.g., name, address, personal information, etc.) and forwarded the information to a controller*.

4. "Application Object" means *a computer program or module that a user from within the community can choose to access that functions to direct a user to specific information and/or enables a user to do something useful and may be, among other things, JAVA, chat, instant messaging, navigation, searching, addresses, a news group, announcements, a white board, a calendar, video conferencing, video chat, and/or a bulletin board.*

**IT IS HEREBY FURTHER ORDERED** that Defendants' Motion for Leave to File Reply Brief (Docket No. 254) is **GRANTED**.

                                                    BY THE COURT:

                                                    /s/John R. Padova

                                                    _____

                                                    John R. Padova, J.