IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CROSS ATLANTIC CAPITAL PARTNERS, INC. | : : : | CIVIL ACTION |
| v. | : : | |
| FACEBOOK, INC. and THEFACEBOOK, LLC | : | NO. 07-2768 |

### ORDER

**AND NOW,** this 13th day of July, 2011, **IT IS HEREBY ORDERED**, for the reasons stated during the telephone conference held this date, that the Clerk of Court mark this action CLOSED for statistical purposes and place the matter in the **CIVIL SUSPENSE FILE**. The Court shall retain jurisdiction, and the case shall be restored to the trial docket when the action is in a status so that it may proceed to final disposition. This order shall not prejudice the rights of the parties to this litigation.

**IT IS FURTHER ORDERED**, that the parties provide the Court with a joint, written status report on **January 13, 2012**.

BY THE COURT:

/s/John R. Padova
_____
John R. Padova,          J.