# DUFFY + PARTNERS
## PHILADELPHIA LAWYERS

*THOMAS J. DUFFY*

January 6, 2012



Honorable John R. Padova
United States District Court for the
  Eastern District of Pennsylvania
601 Market Street
Room 17613 – U.S. Courthouse
Philadelphia, PA 19106

**Re:   Cross Atlantic Capital Partners, Inc. v. Facebook, Inc., et al.
        No. 2:07-cv-02768-JP**

Dear Judge Padova:

Pursuant to your Order, the parties were requested to report the status of the action pending in the P.T.O.  To date, the P.T.O. has not rendered a final opinion.

Both plaintiff and defendant request the Court to therefore continue the stay.

Sincerely yours,

THOMAS J. DUFFY

TJD:amm
cc:   Heidi Keefe

55th Floor
One Liberty Place
Philadelphia, PA 19103
215.238.8700

DUFFYFIRM.COM