

Heidi L. Keefe
T: +1 650 843 5001
hkeefe@cooley.com

VIA E-FILING

March 20, 2013

Honorable John R. Padova
United States District Court for the Eastern District of Pennsylvania
601 Market Street
Room 17613 - U.S. Courthouse
Philadelphia, PA 19106

**RE: Cross Atlantic Capital Partners, Inc. v. Facebook, Inc., No. 2:07-cv-02768-JP**

Dear Judge Padova:

As the Court is aware, this action has been stayed as a result of the *inter partes* reexamination of U.S. Patent No. 6,529,619. At the time the parties last updated the Court regarding this action on January 9, 2012, the PTO had not issued a final opinion regarding the patent-in-suit. On February 5, 2013, the Patent Trial and Appeal Board (PTAB) rendered a decision confirming the rejection of all claims of the patent-in-suit. On March 5, 2013, the patent owner filed a request for rehearing of the Board's decision. That request will be ruled upon after the third-party requester has had an opportunity to respond on or before April 4, 2013.

The parties accordingly request that the Court continue the stay in the above-entitled action.

Sincerely,

Cooley LLP


*/s/ Heidi L. Keefe*
Heidi L. Keefe

cc:     Thomas J. Duffy